FILED
DISTRICT OF WYOMING

2003 MAR 10  PM 4:43

CLERK
U.S. DISTRICT COURT

ORIGINAL

Peter W. Rietz
Christopher Yvarrs
Carrie Rolle
THE RIETZ LAW FIRM, L.L.C.
P.O. Box 5268
Dillon, CO 80435 Attorneys for Defendants
VAIL RESORTS DEVELOPMENT
INCORPORATED, A Wyoming Corporation et al.

Paul Kapp
John A. Sundahl
Sundahl, Powers, Kapp & Martin
1725 Carey Avenue
P.O. Box 328
Cheyenne, Wyoming 82003

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| JOETTE H. WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. |
| | ) 02CV016J – 164 |
| VAIL RESORTS DEVELOPMENT COMPANY, a Colorado corporation, GRAND TETON LODGE COMPANY, a Wyoming corporation, TETON HOSPITALITY SERVICES, INC., (successor in interest to Teton Hospitality, LLC) a Wyoming corporation, JHL&S, LLC, a Wyoming corporation, MECH CO INCORPORATED, a Wyoming corporation and UNION POINTE CONSTRUCTION CORPORATION, a Utah corporation d/b/a UNION POINTE GENERAL CONTRACTORS, | ) |
| Defendants. | ) |
| and | ) |
| JHL&S, LLC, a Wyoming limited liability company, | ) |
| Cross-Claim Plaintiff, | ) |
| vs. | ) |
| MECH CO Incorporated, a Wyoming corporation and Union Pointe Construction Corporation, a Utah corporation, | ) |
| Cross-Claim Defendants, | ) |
| and | ) |
| JHL&S, LLC, a Wyoming limited liability company, | ) |

|  |  |
|---|---|
| Third-Party Plaintiff, | ) |
| vs. | ) |
| Nelson Engineering, a Wyoming corporation; Laars, Inc. d/b/a Laars Heating Systems and Teledyne Laars, a Delaware corporation; Modern Lighting & Electric, Inc., a Wyoming corporation; Blueline Supply, Inc., a Wyoming corporation, and Mike's Heating and Sheet Metal, a Wyoming corporation. | ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

**AND**

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

JOETTE H. WILLIAMS and DAVID D. WILLIAMS, co-personal representatives of the Estate of David Randall Williams, M.D., deceased, on behalf of and for the benefit of JOETTE H. WILLIAMS, DAVID D. WILLIAMS, LAURA K. WILLIAMS, IRA D. WILLIAMS, AND RUTH J. WILLIAMS, )
)
)
)
)
)

                                             Plaintiff, )

vs. )    Civil Action No.
)    02CV017J

VAIL RESORTS DEVELOPMENT COMPANY, a Colorado corporation, GRAND TETON LODGE COMPANY, a Wyoming corporation, TETON HOSPITALITY SERVICES, INC., (successor in interest to Teton Hospitality, LLC) a Wyoming corporation, JHL&S, LLC, a Wyoming corporation, MECH CO INCORPORATED, a Wyoming corporation and UNION POINTE CONSTRUCTION CORPORATION, a Utah corporation d/b/a UNION POINTE GENERAL CONTRACTORS,
                                             Defendants.
  and
JHL&S, LLC, a Wyoming limited liability company,

                                  Cross-Claim Plaintiff,
vs.
MECH CO Incorporated, a Wyoming corporation and Union Pointe Construction Corporation, a Utah corporation,

|                                                  | )   |
|--------------------------------------------------|-----|
| Cross-Claim Defendants,                          | )   |
| and                                              | )   |
|                                                  | )   |
| JHL&S, LLC, a Wyoming limited liability company, | )   |
|                                                  | )   |
| Third-Party Plaintiff,                           | )   |
| vs.                                              | )   |
| Nelson Engineering, a Wyoming corporation; Laars, Inc. d/b/a Laars Heating Systems and Teledyne Laars, a Delaware corporation; Modern Lighting & Electric, Inc., a Wyoming corporation; Blueline Supply, Inc., a Wyoming corporation, and Mike's Heating and Sheet Metal, a Wyoming corporation. | ) ) ) ) ) ) |
|                                                  | )   |
| Third-Party Defendants.                          | )   |

## DEFENDANTS AND THIRD PARTY DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER

**COMES NOW** all of the defendants (except Union Pointe General Contractors) and all five third party defendants, through their respective counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and U.S.D.C.L.R. 37.2(a) jointly move this Court for its entry of a protective order directing that Plaintiff and her counsel not be allowed discovery of these parties' February, 2003 confidential settlement agreement relating to this litigation. All defendants (except Union Pointe General Contractors) and all third party defendants also ask that, as part of the requested protective order, the Court prohibit Plaintiff and her counsel from inquiring of any witnesses as to any of the terms, conditions, or provisions of these parties' confidential settlement agreement.

In support of this joint motion for protective order, all defendants (except Union Pointe General Contractors) and all third party defendants submit their supporting memorandum of law.

**DATED** this 10th day of March, 2003.

VAIL RESORTS DEVELOPMENT COMPANY, a Colorado corporation, GRAND TETON LODGE COMPANY, a Wyoming corporation, TETON HOSPITALITY SERVICES, INC., a Wyoming corporation and successor in interest to TETON HOSPITALITY, LLC, and JHL&S, LLC, a Wyoming limited liability Company.

Defendants

By: _____
    Peter W. Rietz
    Christopher Yvars
    Carrie Roelle
    THE RIETZ LAW FIRM
    114 Village Place, Ste. 301
    P.O. Box 5268
    Dillon, CO 80435

and

MECHCO CO. INCORPORATED, a Wyoming corporation.

Defendant

By: _____
    John A. Sundahl
    SUNDAHL, POWERS KAPP & MARTIN, LLC
    P.O. Box 328
    Cheyenne, WY 82003

and

NELSON ENGINEERING, a Wyoming Corporation

Third-Party Defendant.

By: _____
    Glen Laird
    Monty L. Barnett
    Brett Huff
    WHITE AND STEELE, P.C.
    950 17th Street, #2100
    Denver, CO 80202-2804

VAIL RESORTS DEVELOPMENT COMPANY, a Colorado corporation, GRAND TETON LODGE COMPANY, a Wyoming corporation, TETON HOSPITALITY SERVICES, INC., a Wyoming corporation and successor in interest to TETON HOSPITALITY, LLC, and JHL&S, LLC, a Wyoming limited liability Company.

Defendants

By:_____

    Peter W. Rietz
    Christopher Yvarrs
    Carrie Rolle
    THE RIETZ LAW FIRM
    114 Village Place, Ste. 301
    P.O. Box 5268
    Dillon, CO 80435

and

MECHCO CO. INCORPORATED, a Wyoming corporation.

Defendant

By:_____

    John A. Sundahl
    SUNDAHL, POWERS KAPP & MARTIN, LLC
    P.O. Box 328
    Cheyenne, WY 82003

and

NELSON ENGINEERING, a Wyoming Corporation

Third-Party Defendant.

By:_____

    Glen Laird
    Monty L. Barnett
    Brett Huff
    WHITE AND STEELE, P.C.
    950 17th Street, #2100
    Denver, CO 80202-2804

VAIL RESORTS DEVELOPMENT COMPANY, a Colorado corporation, GRAND TETON LODGE COMPANY, a Wyoming corporation, TETON HOSPITALITY SERVICES, INC., a Wyoming corporation and successor in interest to TETON HOSPITALITY, LLC, and JHL&S, LLC, a Wyoming limited liability Company.

Defendants

By:_____
    Peter W. Rietz
    Christopher Yvarrs
    Carrie Rolle
    THE RIETZ LAW FIRM
    114 Village Place, Ste. 301
    P.O. Box 5268
    Dillon, CO 80435

        and

MECHCO CO. INCORPORATED, a Wyoming corporation.

Defendant

By:_____
    John A. Sundahl
    SUNDAHL, POWERS KAPP & MARTIN, LLC
    P.O. Box 328
    Cheyenne, WY 82003

        and

NELSON ENGINEERING, a Wyoming Corporation

Third-Party Defendant.

By: _/s/ Glen Laird_____
    Glen Laird
    Monty L. Barnett
    Brett Huff
    WHITE AND STEELE, P.C.
    950 17th Street, #2100
    Denver, CO 80202-2804

and

LAARS, INC., d/b/a Laars Heating Systems and Teledyne LAARS, a Delaware corporation

Third-Party Defendant

By: _____
     Sheila Kerwin
     HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON, PA
     Pillsbury Center South,
     Ste. 600
     220 S. 6th Street
     Minneapolis, MN 55402-4501

and

MODERN LIGHTING & ELECTRIC, INC., a Wyoming corporation

Third-Party Defendant

By: _____
     Criag Silva
     WILLIAMS, PORTER, DAY
     & NEVILLE, P.C.
     159 North Wolcott, Suite 400
     P. O. Box 10700
     Casper, Wyoming 82602

and

BLUELINE SUPPLY, INC., a Wyoming Corporation

Third-Party Defendant

By: _____
     L. Kathleen Chaney
     Martha C. Ferris
     LAMBDIN & CHANEY, LLP
     4949 S. Syracuse Street, Ste. 600
     Denver, CO 80237David B. Hooper

and

LAARS, INC., d/b/a Laars Heating Systems and Teledyne LAARS, a Delaware corporation

Third-Party Defendant

By: _____
Sheila Kerwin
HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON, PA
Pillsbury Center South,
Ste. 600
220 S. 6th Street
Minneapolis, MN 55402-4501

and

MODERN LIGHTING & ELECTRIC, INC., a Wyoming corporation

Third-Party Defendant

By: _____
Craig Silva
WILLIAMS, PORTER, DAY
& NEVILLE, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, Wyoming 82602

and

BLUELINE SUPPLY, INC., a Wyoming Corporation

Third-Party Defendant

By: _____
L. Kathleen Chaney
Martha C. Ferris
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Ste. 600
Denver, CO 80237David B. Hooper

and

LAARS, INC., d/b/a Laars Heating Systems and Teledyne
LAARS, a Delaware corporation

Third-Party Defendant

By: _____
Sheila Kerwin
HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON, PA
Pillsbury Center South,
Ste. 600
220 S. 6th Street
Minneapolis, MN 55402-4501

and

MODERN LIGHTING & ELECTRIC, INC., a Wyoming corporation

Third-Party Defendant

By: _____
Criag Silva
WILLIAMS, PORTER, DAY
& NEVILLE, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, Wyoming 82602

and

BLUELINE SUPPLY, INC., a Wyoming Corporation

Third-Party Defendant

By: _____
L. Kathleen Chaney
Martha C. Ferris
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Ste. 600
Denver, CO 80237David B. Hooper

and

MIKE'S HEATING AND SHEET METAL, a Wyoming corporation

Third-Party Defendant

By: _____
Tom A. Glassberg
David B. Hooper
HOOPER LAW OFFICE, P.C.
115 N. 7th East
P.O. Box 753
Riverton, WY 82501-0753

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this 10th day of March, 2003, addressed to:

| | | |
|---|---|---|
| Robert Schuster<br>Attorney at Law<br>230 Veronica Lane, Suite 204<br>P.O. Box 13160<br>Jackson, WY 83021<br>Attorneys for <u>Plaintiff</u> | [ x ]<br>[ ]<br>[ ]<br>[ ] | U. S. Mail (prepaid)<br>Fax  307/732-7801<br>Overnight Delivery<br>Hand Delivery |
| William L. Simpson<br>Larry B. Jones<br>Burg, Simpson, Eldridge, Hersh, & Jardine, P.C.<br>1135 14th St.<br>P.O. Box 490<br>Cody, WY 82414-0490<br>**Attorneys for <u>Defendant</u> Union Pointe Construction Corp.** | [ x ]<br>[ ]<br>[ ]<br>[ ] | U. S. Mail (prepaid)<br>Fax  307/527-7897<br>Overnight Delivery<br>Hand Delivery |
| J. Nick Murdock<br>BALZER CARMAN MURDOCK, P.C.<br>139 W. 2nd Street, Ste. 1B<br>Casper, WY 82601 | [ x ]<br>[ ]<br>[ ]<br>[ ] | U. S. Mail (prepaid)<br>Fax  307/527-7897<br>Overnight Delivery<br>Hand Delivery |

_____
John A. Sundahl