# ORIGINAL

U.S. DISTRICT COURT

Robert P. Schuster
Robert P. Schuster, P.C.
P.O. Box 13160
250 Veronica Lane
Jackson, WY 83002
Telephone: (307) 732-7800
Fax: (307) 732-7801

J. Nicholas Murdock
Balzer Carman & Murdock, PC
139 West Second Street, Suite 1B
Casper, WY 82601
Telephone: (307) 235-0480
Fax: (307) 235-0482

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ESTATE OF<br>DAVID RANDALL WILLIAMS, M.D., et al., | ) ) ) | 02-CV-17J |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VAIL RESORTS DEVELOPMENT COMPANY,<br>a Colorado corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |
| JOETTE WILLIAMS, | ) | 02-CV-16J |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PLAINTIFFS' DESIGNATION**<br>**OF EXPERT WITNESS:** |
| | ) | **DR. ERIN D. BIGLER, Ph.D.**<br>**(NEUROPSYCHOLOGIST)** |
| VAIL RESORTS DEVELOPMENT COMPANY,<br>a Colorado corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs designate the following individual as an expert witness in this matter:

Dr. Erin D. Bigler, Ph.D.
LDS Hospital Medical Plaza 2
Suite 106
370 East 9th Avenue
Salt Lake City, Utah  84103
801-377-1072

Dr. Bigler is a neuropsychologist.  He was provided the following documents for

his review:

| Beginning Bates Number | Ending Bates Number | General Category of Documents |
|---|---|---|
| 1247 | 1277 | Medical Records:  Mrs. Williams (St. John's Hospital) |
| 1278 | 1280 | Medical Records:  Mrs. Williams (Bannock Regional Air Transport) |
| 1281 | 1468 | Medical Records:  Mrs. Williams ( Bannock Regional Medical Center) |
| 1469 | 1509 | Medical Records:  Mrs. Williams (Bannock Hyperbarics) |
| 1510 | 1513 | Medical Records:  Mrs. Williams (Dr. Petty) |
| 1514 | 1527 | Medical Records:  Mrs. Williams (Pocatello Pulmonary) |
| 1528 | 1535 | Medical Records:  Mrs. Williams (Pocatello Radiology) |
| 1536 | 1542 | Medical Records:  Mrs. Williams (Hendersonville Neurology) |
| 1543 | 1546 | Medical Records:  Mrs. Williams (Park Ridge Hospital) |
| 1547 | 1551 | Medical Records:  Mrs. Williams (Western Carolina Chest Consultants) |
| 7931 | 7934 | Medical Records: Mrs. Williams (Park Ridge Hospital--EEG) |
| 7940 | 7962 | Medical Records: Mrs. Williams (Hendersonville Neurology) |
| | | MRI of Joette H. Williams taken at Park Ridge Hospital on 9/10/01 |

| Beginning Bates Number | Ending Bates Number | General Category of Documents |
|---|---|---|
| 10178 | 10208 | Employment: Mrs. Williams (Spartanburg Hospital System) |
|  |  | Teton Village Fire Department Investigation Report |
|  |  | Teton County Sheriff's Office Initial Report |
|  |  | Teton County Sheriff's Office Supplemental Report |
|  |  | Plaintiff's Complaint |

ξ   Response to JHL&S, LLC's First Set of Interrogatories to Plaintiff

Joette H. Williams.

ξ   Response to JHL&S, LLC's First Set of Interrogatories to Plaintiff

and Personal Representative David D. Williams.

Dr. Bigler's report is attached hereto as Exhibit A, his curriculum vitae and

publication list as Exhibit B, his case list as Exhibit C, and his rate schedule as Exhibit D.

Dr. Bigler has performed computer modeling of Mrs. Williams' brain imaging.  A

video representation of the computer modeling is attached as Exhibit E.

Dr. Bigler's charges for deposition are at the rate of $275 dollars per hour.

DATED this 14th day of April, 2003.

Robert P. Schuster
Robert P. Schuster, P.C.
P. O. Box 13160
250 Veronica Lane, Suite 204
Jackson, Wyoming 83002
(307) 732-7800
(307) 732-7801 (fax)

J. Nicholas Murdock
Mark L. Carman
Cody L. Blazer
Scott J. Olheiser
Balzer Carman & Murdock, PC
139 West Second Street, Suite 1B
Casper, WY  82601
Telephone: (307) 235-0480
Fax:    (307) 235-0482

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2003, a true and correct copy of the foregoing **PLAINTIFFS' DESIGNATION OF EXPERT WITNESS: DR. ERIN D. BIGLER, Ph.D. (NEUROPSYCHOLOGIST)** was served upon the persons named below, at the addresses set below their name, in the manner indicated.

Peter W. Rietz
Caroline M. Roelle
Christopher D. Yvars
The Rietz Law Firm , LLC
114 Village Place, Suite 301
P.O. Box 5268
Dillon, Colorado 80435
Phone: (970) 468-0210
*Counsel for Vail Entities*

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Hand Delivery
[ ] Fax (970) 468-0371
[x] Federal Express

Gordon C. Strachan
Strachan & Strachan
Old City, 528 Main Street
P.O. Box 1800
Park City, Utah 84060
Phone: (435)-649-4111
*Counsel for Vail Entities*

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Hand Delivery
[ ] Fax (435) 645-9429
[x] Federal Express

William L. Simpson
Burg, Simpson, Eldredge, Hersh & Jardin, PC
1135 14th Street
P.O. Box 490
Cody, Wyoming 82414-0490
Phone: (307) 527-7891
*Counsel for Union Pointe*

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Hand Delivery
[ ] Fax (307) 527-7897
[x] Federal Express

Paul Kapp
Sundahl, Powers, Kapp & Martin
P.O. Box 328
Cheyenne, Wyoming 82003-0328
Phone: (307) 632-6421
*Counsel for Mech Co*

[ ] U.S. Mail, Postage Prepaid
[ ] Express Mail
[ ] Hand Delivery
[ ] Fax (307) 632-7216
[x] Federal Express

BALZER CARMAN MURDOCK, P.C.

**Erin David Bigler, Ph.D.**
A Professional Corporation
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

May 17, 2002

## NEUROPSYCHOLOGICAL CONSULTATION REPORT

> RE:    Joette H. Williams
> DOB:  August 28, 1950
> AGE:  51
> DATE OF INJURY:  August 2, 2001
> MEDICATIONS:  Clonazepam, Effexor
> DATE OF EXAMINATION: May 17, 2002

## PRESENTING PROBLEM:

Severe anoxic brain injury, secondary to carbon monoxide poisoning. The patient indicates that her current symptoms center on persistent headaches and significant changes in cognitive and affective function.

## BACKGROUND HISTORY:

History is extensively detailed in the chart. This patient suffered a prolonged CO poisoning at the end of July, the beginning of August 2001 due to a furnace malfunction. She reports that prior to this severe anoxic injury she was very healthy and "athletic". She had no significant neurologic history or disorder. Family history reveals surviving mother who is 80 years of age, who has some heart disease and macular degeneration.   The father passed away at age 69 as a consequence of CVA. Educationally, the patient has an RN Degree and up to the time of the incident, she was an operating room nurse.  She has not been able to work since.

## BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION

Joette Williams is a 51-year-old female.  She was on time for her appointment and was appropriately dressed and groomed.  She was accompanied by a friend.  She was oriented to time, place and person, but did display difficulty with retention of four words on mental status examination.  She was aware of current events in the news.  She was able to adequately interpret proverbs.  She appeared depressed and anxious much of the time.  She obviously put forth good effort, however, as validated by a near perfect performance on the TNM.

## TESTS ADMINISTERED:

See attached data sheet.

**Mailing address:** PO Box 1968, Provo, Utah 84603-1968
**Clinic Address:** LDS Hospital Medical Plaza 2, Suite 106, 370 East 9th Avenue, Salt Lake City, Utah 84103
**Appointments:** (801) 377-1072; Fax: (801) 377-1079; **Billing:** (801) 374-8536; Fax: (801) 374-1072
**Salt Lake Office:** (801) 408-5755    FAX (801) 408-5704

Joette Williams
May 17, 2002
Page 2

Psychometrist:  Elona Suli, M.D.

## TEST RESULTS:

See attached data sheet for specific scores.

INTELLECTUAL FUNCTIONING:

WASI Results:

Full Scale IQ = 100

Given this patient's educational and vocational background, it would be expected that her scores should be a bit higher with regards to overall intellectual status. Accordingly, this probably does reflect some reduction.

ACADEMIC FUNCTIONING:

WRAT-III Results:

|             | Standard Score | Percentile | Grade Level Estimate |
|-------------|----------------|------------|----------------------|
| Reading     | 109            | 73         | HS+                  |
| Spelling    | 104            | 63         | HS+                  |
| Mathematics | 84             | 14         | 6                    |

Basic academic skill level is above average in reading and spelling and below average in mathematics. If standardized achievement scores are at all available from when this patient was in public school, it might help in identifying whether the low math performance is reflective of a residual deficit from the anoxic injury. With regards to academic functioning, the most common sequela associated with acquired brain injury is a deficit in mathematical ability.

PERSONALITY/EMOTIONAL FUNCTIONING:

The patient endorses a multitude of symptoms indicative of underlying psychological distress with prominent features of depression and anxiety. Results of BAI, SCL-90-R and Faschingbauer Short Form indicate endorsement of significant levels of psychological stress.

NEUROPSYCHOLOGIC FUNCTIONING:

This patient is left-side dominant for hand and foot, but displays mixed ocular dominance. Clinical motor and sensory-perceptual studies were within the broad context of normal. Motor examination reveals adequate finger oscillation speed and grip strength, although only in average ability range. Sensory-perceptual findings reveal no specific deficits in tactile, auditory, vision or olfactory function, although a variety of errors were made. These could be secondary to attentional problems. Language evaluation reveals reduced fluency and marginal naming. She also displayed some right-left

Joette Williams
May 17, 2002
Page 3

confusion on the Aphasia Screening Test. Basic visual/spatial function was intact as evidenced by average performance on the Hooper VOT and the Raven CPM. She was slow on Trails B and displayed impairment on executive function with regards to poor performance on the Category and Wisconsin Card Sort Test. Memory studies reflect considerable scatter, but with a general theme indicative of deficits in short-term memory function.

NEUROIMAGING FINDINGS:

Normal brain SPECT examination. MRI: Multiple, scattered foci of T2 and FLAIR hyperintense signal abnormalities within the white matter.

**IMPRESSION:**

Status post severe anoxic encephalopathy secondary to carbon monoxide poisoning with current neuropsychologic studies reflecting deficits in memory executive and affective function.

**RECOMMENDATIONS:**

This patient is an appropriate candidate for a comprehensive and integrated cognitive rehabilitation treatment program, however, the difficulty here will be what is available in her region.

Erin D. Bigler, Ph.D.

EDB/tlr

THIS REPORT IS A CONFIDENTIAL DOCUMENT FOR USE ONLY BY MEDICAL AND MENTAL HEALTH PROFESSIONALS WHO HAVE PERMISSION TO VIEW IT, OR WHEN PROPER LEGAL DOCUMENTATION IS PRESENT FOR ITS RELEASE. IT MAY CONTAIN INFORMATION THAT COULD BE HARMFUL TO THE PATIENT OR RELATED PARTIES. THE REPORT OR THE INFORMATION CONTAINED HEREIN SHOULD NOT BE RELEASED TO THE PATIENT EXCEPT BY A MENTAL HEALTH PROFESSIONAL QUALIFIED IN THE INTERPRETATION OF NEUROPSYCHOLOGICAL EVALUATION MATERIALS. FURTHER, THE REPORT SHOULD BE CONSIDERED CONFIDENTIAL AND PROTECTED BY FEDERAL LAW (42 CFR PT. 2). RELEASE CANNOT BE MADE WITHOUT EXPRESS WRITTEN PERMISSION OF THE PATIENT. A GENERAL RELEASE OF MEDICAL RECORDS IS NOT SUFFICIENT.

**Erin David Bigler, Ph.D.**
A Professional Corporation
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

DATE REC'D

JUN 24 2002

ORIG. TO: _____
C.C. TO: _____

May 29, 2002

Mrs. Joette Williams
1192 Hugh Champion Road
Columbus, NC  27882

Dear Mrs. Williams:

Thank you for coming in for neuropsychological consultation, and as I reviewed with you today, your test results do reflect what we typically find in patients who have experienced CO poisoning to the level that you did.

Specifically, the test results indicate problems in short-term memory, attention/concentration and what we term executive function.  These problems can be helped with cognitive rehabilitation therapies. We have looked at the National Academy of Neuropsychology directory and have not found a neuropsychologist in the Spartanburg, South Carolina region where you live.  Accordingly, I am at a little bit of a loss as to what is available in your area, but maybe there is a local psychology group who could give some advice on finding a local clinical neuropsychologist.  The treatment approach is a team approach that involves a clinical neuropsychologist, psychiatrist for medical management, particularly with respect to medications that help stabilize mood, and potential medications that may be helpful with regards to memory, and a neurologist.

You should have follow up neuropsychological testing on a regular basis, and I would recommend the next exam be in approximately one year's time.

Please let me know if I can be of any further help or assistance.

Sincerely,

Erin D. Bigler, Ph.D.

EDB/tlr

**Mailing Address:** PO Box 1968, Provo, Utah  84603-1968
**Clinic Address:** LDS Hospital Medical Office Plaza 2, Ste 106, 370 East 9th Avenue, Salt Lake City, Utah 84103
**Appointments:**  (801) 377-1072; Fax: (801) 377-1079   **Billing:** (801) 374-8536; Fax: (801) 374-1072
**Salt Lake Office:** (801) 408-5755

RADIOLOGY CONSULTATION

UNIVERSITY OF UTAH MEDICAL CENTER
DEPT. OF RADIOLOGY - SLC, UTAH 84132

PATIENT LOC: OA02                          MRN:  13721022
VISIT NUMBER: 77912764                     PAT NAME: JOETTE H WILLIAMS ✓
                                           DOB: Aug-28-1950  SEX: F

ACC #: 1555790               REQUESTING MD: ERIN BIGLER, PHD
COMPLETED: May-16-2002 AT: 1602   ATTENDING MD: ERIN BIGLER, PHD

EXAM: BRAIN IMAGING-SPECT BIGLERBSPI

Diagnosis: 854.00                          DISTRIBUTION DATE:May-16-200
-------------------------------------------------------------------

 HISTORY:  Head trauma.

 RADIOPHARMACEUTICAL:  26.1 mCi Tc99m Neurolite

 PROCEDURE:  45 minutes after the intravenous administration of
 Tc99m Neurolite, SPECT images of the brain were obtained.

 FINDINGS:  There are no focal or diffuse areas of abnormally
 increased or decreased activity within the cerebral or cerebellar
 cortices, or the basal ganglia.  There is symmetrically increased
 activity within the visual cortices.

 IMPRESSION:

 NORMAL BRAIN SPECT EXAMINATION.

 THE INCREASED ACTIVITY WITHIN THE VISUAL CORTICES SUGGESTS VISUAL
 ACTIVITY DURING OR SHORTLY AFTER INJECTION.

 APPROVED BY:
 Boyd Vomocil, MD  /signed by/ Boyd Vomocil, MD

 by Boyd Vomocil, MD

 TRANSCRIBED BY: TALKSTATION INTERFACE

RADIOLOGY CONSULTATION

UNIVERSITY OF UTAH MEDICAL CENTER
DEPT. OF RADIOLOGY - SLC, UTAH 84132

PATIENT LOC: OA02                          MRN:  13721022
VISIT NUMBER: 77912764                     PAT NAME: JOETTE H WILLIAMS
                                           DOB: Aug-28-1950   SEX: F

ACC #: 1556948                   REQUESTING MD: ERIN BIGLER, PHD
COMPLETED: May-16-2002 AT: 1715  ATTENDING MD: THOMAS V. MD BOLLING

EXAM: MRI3 BRAIN WO CON IBIGLERBSPII

Diagnosis: 784.0                          DISTRIBUTION DATE:May-16-2002
--------------------------------------------------------------------------

   History:  Bigler protocol.  Anxiety and difficulty with
   concentration.

   Technique:
   Axial:  Fast echo T2, FLAIR, T1, gradient recalled
   Sagittal:  3-D T1 weighted SPGR

   Findings:  No comparisons are available.

   There are scattered linear and nodular foci of T2 hyperintense
   signal within the deep white matter.  There is a 3 mm nodular
   focus within the right peri-occipital white matter, as well as
   multiple small foci within the centrum semiovale bilaterally.
   They are identified on the corresponding FLAIR images as increased
   signal, except for a single lesion within the left posterior
   centrum semiovale where there is central hypointense signal, with
   surrounding hyperintense signal.  These are nonspecific findings.

   There is no extra axial fluid collection identified.  There is no
   shift of midline structures.  The basilar cisterns are patent.
   The size of the ventricles and sulci are within normal limits for
   the patient's stated age.  The brainstem, cerebellum and brachium
   pontis are unremarkable bilaterally.  The extra calvarial soft
   tissues are unremarkable.  The orbits are grossly unremarkable.

   There is mild mucosal thickening of the maxillary sinuses and
   ethmoid air cells.  There may be a small air/fluid level within
   the left maxillary sinus.  The mastoid air cells are well-aerated.
   There is persistence of the normal flow voids within the major
   intracranial arteries.  No fracture of the skull is identified.

   IMPRESSION:

   MULTIPLE, SCATTERED FOCI OF T2 AND FLAIR HYPERINTENSE SIGNAL
   WITHIN THE WHITE MATTER AS DESCRIBED ABOVE.  THIS IS A NONSPECIFIC
   FINDING.  THIS MAY BE THE RESULT OF ADVANCED WHITE MATTER SMALL
   VESSEL ISCHEMIC DISEASE, ALTHOUGH A DEMYELINATING PROCESS OR THE
   SEQUELA OF TRAUMA IS NOT EXCLUDED.

   THERE IS NO MR EVIDENCE OF EXTRA AXIAL HEMORRHAGE.

   NO ACUTE INTRACRANIAL PROCESS EVIDENT.

RADIOLOGY CONSULTATION

UNIVERSITY OF UTAH MEDICAL CENTER
DEPT. OF RADIOLOGY - SLC, UTAH 84132

PATIENT LOC: OA02                    MRN:  13721022
VISIT NUMBER: 77912764               PAT NAME: JOETTE H WILLIAMS
                                     DOB: Aug-28-1950  SEX: F

ACC #: 1556948              REQUESTING MD: ERIN BIGLER, PHD
COMPLETED: May-16-2002 AT: 1715   ATTENDING MD: THOMAS V. MD BOLLING

EXAM: MRI3 BRAIN WO CON IBIGLERBSPII

Diagnosis: 784.0                     DISTRIBUTION DATE:May-16-2002
-----------------------------------------------------------------------

APPROVED BY:
John G Dalle, DO (FELLOW)  /signed by/ Anne G. Osborn
Anne G. Osborn  /signed by/ Anne G. Osborn

 I have personally reviewed the images for this examination and agree
 with the report transcribed.
by Anne G. Osborn


TRANSCRIBED BY: TALKSTATION INTERFACE
EDITED BY: TALKSTATION INTERFACE

Copy to: ERIN BIGLER, PHD

                                          Page 2

# Erin D. Bigler, Ph.D., ABPP

Clinical Neuropsychology
LDS Hospital Medical Plaza 2, Ste. 106
370 East 9th Ave, Salt Lake City, UT 84103
(801) 408-5755, FAX (801) 408-5704

| NAME: | Joette Williams | AGE: | 51 | DOB: | 08/28/50 | DOI | 05/01/01 | GENDER | Female |
|---|---|---|---|---|---|---|---|---|---|
| ETHNICITY: | Caucasian | EDUCATION: | 16 | | | EXAMINER: | ES | Date: | 05/17/02 |
| PRESENTING PROBLEM/ HISTORY: | | CO Poisoning | | | | | | | |

## Repeatable Battery Adult Neuropsychological Screening (RBANS)

| IMMEDIATE MEMORY | 76 | LANGUAGE | 90 | DELAYED MEMORY | 68 |
|---|---|---|---|---|---|
| VISUOSPATIAL | 96 | ATTENTION | 75 | TOTAL SCALE | 77 |

## MOTOR TESTS

| TPT: | | | | Motor: | Right: | Left: | Lateral Dominance: | |
|---|---|---|---|---|---|---|---|---|
| Dom: | Not administered | Mem: | | Grip: | 21 | 24.66 | Hand: | Left |
| Ndom: | | (10 in) | Loc: | Tap: | 41.2 | 37.7 | Eye: | Mixed |
| Both: | | (10 in) | 6/10 Form Total | Clinical | Present | Absent | Foot: | Left |
| | | | | Syn | AM | Nl | Brdl | Abnl | Writing Hand: | Left |

### SENSORY-PERCEPTUAL TESTS

**Visual Fields:**   OS   OD   Full: √

#### Tactile

| Hands | RH | | LH | | BOTH RH | | LH | |
|---|---|---|---|---|---|---|---|---|
| Contra | RH | | LF | | BOTH RH | 2 | LF | 1 |
| | LH | | RF | | BOTH LH | 2 | RF | 1 |
| Aud | RE | | LE | | BOTH RE | | LE | 2 |
| Vis | RV | | LV | | BOTH RV | | LV | |
| Finger Rec | RH | 0 | LH | 1 | | | | |
| F.N.W. | RH | 3 | LH | 5 | | | | |

Total Errors   Right: __7__   Left: __9__

Smell Test: **2   Out of 3**

### MSE AND BEHAVIORAL OBSERVATIONS

#### Mental Status Exam:

| Orientation | Time/Place/Person | Clear |
|---|---|---|
| Thought Content | NL | No observed disturbance |
| Dress/Presentation | NL | Casual, appropriate |
| Affect | ABNL | Anxious, depressed, cried several times during testing |
| Insight/Judgment | NL | No observed disturbances |
| Behavior/Mannerism | ABNL | Jittery, moving legs continuous |
| Stream Conversation | NL | But preoccupied by condition |

| Behavioral Observations | Poor | | Average | | Good |
|---|---|---|---|---|---|
| Motivation: | 1 | 2 | 3 | 4 | |
| Cooperation: | 1 | 2 | 3 | 4 | 5 |
| Attention: | 1 | 2 | 3 | 4 | 5 |
| Validity of Performance | 1 | 2 | 3 | 4 | 5 |

Comments: Pt appeared to be very preoccupied by her current state. She stated several times that she did not use to be so "stupid." She was easily fatigued but persistent to complete testing. Offered multiple breaks

## VERBAL-LANGUAGE TESTS

| REITAN-INDIANA APHASIA SCREEN | | WIDE RANGE ACHIEVEMENT TEST-3 | | | | WORD FLUENCY | |
|---|---|---|---|---|---|---|---|
| R→L confusion, dyscalculia, central auditory dysgnosia | | | St. Score | %ile | Grade | F | 8 (1P) |
| | | Reading | 109 | 73 | PHS | A | 9 |
| BOSTON NAMING SCORE: | 51 | Spelling | 104 | 63 | PHS | S | 8 |
| Speech Sounds | NOT ADMINISTERED | Math | 84 | 14 | 6 | Mean: | 8.33 |
| Seashore Rhythm | | | | | | | |

## VISUAL-SPATIAL

| VISUAL FORM DISCRIMINATION | Not Administered | Validity Measures | | | |
|---|---|---|---|---|---|
| HOOPER VISUAL ORGANIZATION | 25.5 (T=53) | TNM | 97% | Rey 15 Item | 13/15 |

## MEMORY TESTS

| CALIFORNIA VERBAL LEARNING TEST-2 | | | | REY OSTERREITH (LEZAK SCORING) | | | | |
|---|---|---|---|---|---|---|---|---|
| Trial | Raw Score | Trial | Raw Score | Copy | 34 (149") | | | |
| T$_1$ | 6 | SHORT DELAY FREE | 9 | 15' Recall | 10 (139") | | | |
| T$_2$ | 11 | SHORT DELAY CUED | 12 | Comments: | | | | |
| T$_3$ | 10 | LONG DELAY FREE | 11 | BENTON VISUAL RETENTION TEST-R | | | | |
| T$_4$ | 10 | LONG DELAY CUED | 11 | | Observed | | Expected | Norms |
| T$_5$ | 13 | TOTAL 1-5 TOTAL | 50 | Correct | 6 | LF | 2 | 7 | IQ: 95-109 |
| LIST B | 5 | TOTAL 1-5 T-SCORE | 51 | Errors | 6 | RF | 3 | 4 | Age: 50-59 |
| | | RECOGNITION | 14 | | | | | |
| | | FORCED CHOICE RECOG | 16   Of 16 | | | | | |

### Wechsler Memory Scale-III

| | | Subtests | Scaled Score | Subtests | Scaled Score |
|---|---|---|---|---|---|
| AUDITORY IMMEDIATE | 102 | Info/Orient | 13/14; 22%ile | Spatial Span Forward | 8 |
| VISUAL IMMEDIATE | -- | LM-1 | 11 | Spatial Span Backward | 12 |
| IMMEDIATE MEMORY | -- | LM Thematic | 11 | LM-2 | 11 |
| AUDITORY DELAYED | 102 | Faces -1 | 9 | LM-2 Thematic | 15 |
| VISUAL DELAYED | -- | Verbal Pairs 1 | 10 | Faces- 2 | 11 |
| AUDITORY RECOGNITION DELAYED | 95 | Family Pictures 1 | -- | Verbal Pairs-2 | 10 |
| GENERAL MEMORY | -- | Letter/# Sequence | 10 | Family Pictures-2 | -- |
| WORKING MEMORY | 102 | Spatial Span | 11 | Digit Span | 8 |

## INTELLECTUAL/COGNITIVE TESTS

| WASI | | | | Trail Making Test | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 Form: ✓ | | 4 Form: | | Trails A | Sec | 35 | Errors | 0 |
| VIQ | -- | PIQ | -- | FSIQ | 100 | Trails B | Sec | 100 | Errors | 0 |
| Subtest | T-Score | Comments: | | Raven's CPM | | | | |
| Vocab | 56 | | | + | 29 | Time | 412" | %ile | 50-75 |
| Sim | -- | | | Category Test ( SF ✓ LF ___ CCT1 ___ CCT2) | | | | |
| B.D. | -- | | | Errors | 111 | T-Score | | |
| M.R. | 45 | | | W.C.S.T. | | | | |
| | | | | # of Categories: | 3 | | | |
| | | | | # PSV Errors | 21 | # PSV Responses | 20 | |

## PERSONALITY/EMOTIONAL FUNCTIONING

| Symptom Checklist 90-R | | | | | | FASCHINGBAUER—MMPI | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOM | >80 | ANX | >80 | PSY | 78 | L | 46 | Mf | 39 |
| OC | >80 | HOS | 77 | GSI | >80 | F | 73 | Pa | 76 |
| IS | 79 | PHOB | >80 | PSDI | >80 | K | 46 | Pt | 96 |
| DEP | >80 | PAR | 77 | PST | 77 | Hs | 78 | Sc | 101 |
| | | | | | | D | 96 | Ma | 73 |

| BDI-2 | SASE |
|---|---|
| BAI | 38 |

| | | | |
|---|---|---|---|
| Hy | 80 | Si | 74 |
| Pd | 86 | | |

| Additional Tests | Completed | Sent with SASE |
|---|---|---|
| Adult Neuropsychological History | | ✓ |
| Neurobehavioral Signs and Symptoms Form | | ✓ |

Pt Name: WILLIAMS, Joette
Date of Exam: 05/17/02

March 2003

## <u>VITA</u>

| | |
|---|---|
| NAME: | **Erin D. Bigler Ph.D.** |
| OFFICE ADDRESS: | Psychology Department<br>1001 SWKT<br>Post Office Box 25543<br>Brigham Young University<br>Provo, Utah 84602<br>Phone: (801) 422-4289<br>Fax:    (801) 422-0602<br>E-mail: erin_bigler@byu.edu |
| DATE OF BIRTH: | July 9, 1949 |
| MARITAL STATUS: | Married to Janet Beckstrom<br>Two children - Alicia Suzanne and Erin Daniel |

### <u>EDUCATION</u>:

| | |
|---|---|
| Diploma | Vista High School<br>Vista, California<br>June 1967 |
| B.S. | Psychology<br>Brigham Young University<br>May 1971 |
| Ph.D. | Experimental-Physiological Psychology<br>Brigham Young University<br>December 1974 |
| Post-Doctorate | National Institute of Health<br>Post-Doctoral Fellow in Neurophysiology-Neuropsychology<br>Barrow Neurological Institute<br>St. Joseph's Hospital and Medical Center<br>Phoenix, Arizona<br>January 1975 to June 1977 |
| Major Areas of<br>Training and Expertise | Neuropsychology-Neurophysiology<br>Neuropsychological Diagnostics<br>Consultation Neuroimaging |

EXPERIENCE:

2000-Present          Adjunct Professor of Psychiatry
                     Department of Psychiatry
                     University of Utah
                     Salt Lake City, Utah

2000-Present          Adjunct Professor of Radiology
                     Department of Radiology
                     University of Utah
                     Salt Lake City, Utah

1996-August 2002     Department Chair
                     Psychology Department
                     Brigham Young University
                     Provo, Utah

1990-Present          Professor of Psychology and Neuroscience
                     Department of Psychology
                     Brigham Young University
                     Provo, Utah

1991-Present          Steven V. and Georgia A. White
                     Professor of Psychology

1989-1990             Adjunct Professor of Psychology
                     Department of Psychology
                     University of Texas at Austin
                     Austin, Texas

1978-1990             Private Practice/Full Partner
                     Austin Neurological Clinic & EEG Laboratory
                     Austin, Texas

1989-1990             Adjunct Professor of Psychiatry
                     Department of Psychiatry
                     University of Texas Health Science Center at San Antonio
                     San Antonio, Texas

1982-1989             Adjunct Associate Professor of Psychology
                     Department of Psychology
                     University of Texas at Austin
                     Austin, Texas

1986-1989             Adjunct Associate Professor of Psychiatry
                     Department of Psychiatry
                     University of Texas Health Science Center at San Antonio

                     Director of Neuropsychology Service at Austin State Hospital
                     Austin, Texas

2

| 1978-1982 | Adjunct Assistant Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
|-----------|---------------------------------------------------|
| 1977-1978 | Chief Psychologist-Program Director<br>Adolescent Unit<br>Austin State Hospital<br>Austin, Texas |
| 1975-1977 | Research Associate and NIH Post-Doctoral Fellow<br>Division of Neurobiology<br>Barrow Neurological Institute<br>St. Joseph's Hospital and Medical Center<br>Phoenix, Arizona |
| 1975-1977 | Consulting Psychologist, Outreach Services<br>Diagnostic and Evaluation Center<br>Mesa, Arizona |
| 1976-1977 | Visiting Instructor<br>Department of Psychology<br>Glendale College<br>Glendale, Arizona |
| 1972-1974 | Student Instructor<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1972-1974 | Research Assistant<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |

PSYCHOLOGY LICENSURE:

State of Utah, License 64625010
State of Texas, License 1600
State of Arizona, License 453
National Register of Health Service
Providers in Psychology, Certificate 20639

BOARD CERTIFICATION:

Diplomate, American Board of Professional Psychology
(Clinical Neuropsychology), Diploma 3722

3

NEUROPSYCHOLOGICAL TESTS AUTHORED:

| | |
|---|---|
| Reynolds, C.R., | & **Bigler, E.D.** (2001).  Test de Memoria y Aprendizaje. Adaptación española: (Edurne Goikoetxea). Madrid, Spain:  Publicaciones de Psicología Aplicada, (TEA Ediciones). |
| Reynolds, C.R., | & **Bigler, E.D.** (2001). <u>Clinical assessment scales for the elderly (CASE)</u>. Florida: Psychological Assessment Resources (PAR). |
| Reynolds, C.R., | & **Bigler, E.D.** (1994). <u>Test of memory and learning</u>. Austin, Texas: PRO-ED. |
| Stanton, H.C., | Smith, E.C., Reynolds, C.R. & **Bigler, E.D.** (1994).  <u>Test of memory and learning: Computer scoring program (IBM Version 1.0)</u>.  Austin, Texas: PRO-ED. |

BOOKS:

| | |
|---|---|
| **Bigler, E.D.** | (1996).  <u>Neuroimaging I. Basic science</u>.  New York: Plenum Press. |
| **Bigler, E.D.** | (1996).  <u>Neuroimaging II.  Clinical applications.</u>  New York:  Plenum Press. |
| **Bigler, E.D.** | (1990). <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention, & outcome</u>. Austin, Texas: PRO-ED. |
| **Bigler, E.D.** | (1988). <u>Diagnostic clinical neuropsychology</u>, (2nd edition). Austin, Texas: University of Texas Press. |
| **Bigler, E.D.** | (1984). <u>Diagnostic clinical neuropsychology</u>. Austin, Texas: University of Texas Press. |
| **Bigler, E.D.,** | Clark, E. & Farmer, J.E. (1997).  <u>Childhood traumatic brain injury: Diagnosis, assessment and intervention</u>.  Austin, TX: Pro-ED. |
| **Bigler, E.D.** | & Clement, P. (1997).  <u>Diagnostic clinical neuropsychology</u> (3rd ed.).  Austin, Texas:  University of Texas Press. |
| **Bigler, E.D.,** | Yeo, R. & Turkheimer, E. (1989). <u>Neuropsychological function and brain imaging</u>. New York: Plenum Press. |
| Naugle, R., | Cullum, C.M. & **Bigler, E.D.** (1998).  <u>Introduction to Clinical Neuropsychology</u>. Austin, TX: PRO-ED. |
| Nussbaum, N.L. | & **Bigler, E.D.** (1990).  <u>Identification and treatment of ADD: Child guidance mental health series</u>. Austin, Texas: PRO-ED. |

BOOK CHAPTERS

**Bigler, E.D.**        (2003) Structural Neuroimaging in Traumatic Brain Injury.  In J.M. Silver, S.C. Yudofsky, and R.E. Hales (Eds): <u>Neuropsychiatry of Traumatic Brain Injury, 2nd Edition</u>. (in press). Washington, D.C.: American Psychiatric Publishing, Inc.

**Bigler, E.D.,**        (2002) Neuroimaging and the ROCF. In, Rey-Osterrieth Handbook.  Edited by Jeffery Knight and Edith Kaplan. (pp.67-78) Lutz, Fl:  Psychological Assessment Resources, Inc. (PAR).

**Bigler, E.D.**        (2001).  Structural and functional neuroimaging of traumatic brain injury.  In J. T. McDeavitt (Ed.), <u>Physical Medicine and Rehabilitation: State of the Art Reviews</u>, <u>15</u>(2) (pp. 349-361).  Philadelphia: Hanley & Belfus, Inc.

**Bigler, E.D.**        (2000). Neuroimaging and rehabilitation outcome. In R.G. Frank & T.R. Elliott (Eds.), <u>Handbook of Rehabilitation Psychology</u>, Washington, D.C.: American Psychological Association.

**Bigler, E.D.**        (1999).  Neuroimaging in mild TBI.  In N.R. Varney & R.J. Roberts (Eds.), <u>The Evaluation and Treatment of Mild Traumatic Brain Injury</u>.  Mahwah, New Jersey: Lawrence Erlbaum Associates.

**Bigler, E.D.**        (1999).  Neuroimaging in mild traumatic brain injury.  In M.J. Raymond, T.L. Bennet, L.C. Hartlage & C.M. Cullum (Eds.), <u>Mild Traumatic Brain Injury.  A Clinician's Guide</u>.  Austin, TX: Pro-ED.

**Bigler, E.D.**        (1997).  Brain injury and behavioral outcome in traumatic brain injury.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.),  <u>Childhood traumatic brain injury: Diagnosis, assessment, and intervention</u>.  Austin, TX: Pro-ED.

**Bigler, E.D.**        (1997). Neuroimaging in aging and dementia. In P.D. Nussbaum (Ed.), <u>Handbook of Neuropsychology and Aging</u> (pp. 409-421).  New York: Plenum Press.

**Bigler, E.D.**        (1997). Functional imaging in medical diagnosis. In R. Tarter, M. Butters & E.M. Donahue (Eds.), <u>Handbook of Neuropsychology</u> (2nd ed.).  New York: Plenum Publishing Corporation.

**Bigler, E.D.**        (1996).  Introduction.  In E.D. Bigler, (Ed.), <u>Neuroimaging I: Basic science</u>, and <u>Neuroimaging II: Clinical applications.</u>  New York and London: Plenum Press.

**Bigler, E.D.**        (1996). Bridging the gap between psychology and neurology: Future trends in pediatric neuropsychology.  In Batchelor, E.S. & Dean R.S. (Eds.), <u>Pediatric neuropsychology</u> (pp. 27-54).  Boston: Allyn & Bacon.

**Bigler, E.D.**        (1996) Neuroimaging and traumatic brain injury.  In E.D. Bigler (Ed.), <u>Neuroimaging II: Clinical applications</u>. N.Y.:  Plenum Press.

5

**Bigler, E.D.**       (1995). Advances in brain imaging with children and adolescents.  In Tramontana, M.G. & S.R. Hooper (Eds.), <u>Advances in child neuropsychology</u>. New York: Springer-Verlag.

**Bigler, E.D.**       (1995). The neurobiology and neuropsychology of adult learning disorders.  In Patton, J.R. & Polloway, E.A. (Eds.), <u>Learning disabilities: The challenge of adulthood</u> (pp. 205-233).  Austin, Texas: PRO-ED.

**Bigler, E.D.**       (1994). Neuroimaging in neuropsychology.  In R.E. Kelly (Ed.), <u>Functional neuroimaging</u>.  Armonk, NY:  Futura Publishing Company, Inc.

**Bigler, E.D.**       (1994). Brain structure and cognitive function.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective.</u> New York: Plenum Press.

**Bigler, E.D.**       (1994). Neuroimaging and neuropsychological assessment.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective</u>. New York: Plenum Press.

**Bigler, E.D.**       (1992). Neuroimaging and neuropsychological assessment. In C.R. Reynolds (Ed.), <u>Cognitive assessment</u>. New York: Plenum Press.

**Bigler, E.D.**       (1992). Utilization of brain imaging techniques in neuropsychology. In D. Tucker (Ed.), <u>Physical medicine and rehabilitation: State of the art reviews</u>. Philadelphia: Hanley & Belfus.

**Bigler, E.D.**       (1990). Conclusion/Synthesis to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**       (1990). Introduction to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**       (1990). Neuropathology of traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**       (1990). Preface to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**       (1989). Radiologic techniques in neuropsychological assessment. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), <u>Child neuropsychology: Techniques of assessment and treatment</u>  (pp. 247-264). New York: Plenum Press.

**Bigler, E.D.**       (1989). Remediating nonverbal problems associated with learning disabilities. In P.I. Myers & D.D. Hammill (Eds.), <u>Learning disabilities</u>. Austin, Texas: PRO-ED.

6

**Bigler, E.D.**          (1988). Neuropsychological and CT identification in dementia. In H.A. Whitaker (Ed.), <u>Neuropsychological studies of non-focal brain damage: Dementia and trauma</u> (pp. 61-85). New York: Springer-Verlag.

**Bigler, E.D.**          (1988). The role of neuropsychological assessment in relation to other types of assessment with children. In M.G. Trammatoma & S.F. Hooper (Eds.), <u>Assessment issues in child neuropsychology</u> (pp. 67-91). New York: Plenum Press.

**Bigler, E.D.**          (1987). Assessment of cortical function. In L.C. Hartlage, M.J. Asken, & J.L. Horsby (Eds.), <u>Essentials of neuropsychological assessment</u> (pp. 46-70). New York: Springer.

**Bigler, E.D.**          (1987). CAT scan. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of Special Education</u> (Vol. 1, pp. 279-280). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Dendrites. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 1, pp. 471-473). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Glial cells. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 724-725). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Nuclear magnetic resonance (NMR) or magnetic resonance imaging (MRI). In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 1110-1111). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Putamen. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1288). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Substantia nigra. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1515). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). X-ray scanning techniques. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1685). John Wiley & Sons Publishers.

**Bigler, E.D.**          (1986). Forensic neuropsychology. In D. Wedding, A.M. Horton, & J. Webster (Eds.), <u>The neuropsychology handbook</u> (pp. 526-547). New York: Springer.

**Bigler, E.D.**          (1982). Clinical assessment of cognitive deficit in traumatic and degenerative disorders: Brain scan and neuropsychologic findings. In R.N. Malathesa & L. Hartlage (Eds.), <u>Neuropsychology and cognition</u> (Vol. 2, pp. 165-182). The Hague: Martinus Nijhoff Publishers.

**Bigler, E.D.**          (1980). Child and adolescent neuropsychology. In J.E. Gilliam (Ed.), <u>Emotional disturbance</u> (pp. 63-82). University of Texas: Austin, Texas.

**Bigler, E.D.**          & Adams, W.V. (2001).  Clinical neuropsychological assessment of child and adolescent memory with the Wide Range Assessment of Memory and Learning,

the Test of Memory and Learning, and the California Verbal Learning Test–Children's Version.  In A. Kaufman & N. Kaufman (Eds.), <u>Specific Learning Disabilities and Difficulties in Children and Adolescents: Psychological Assessment and Evaluation.</u>(pp. 387-429).  Cambridge, UK:  Cambridge University Press.

**Bigler, E.D.,**   Nielsen, D., Wilde, E., Bartholomew, J., Brooks, M. & Bradford, L.W. (1999).  Neuroimaging and genetic disorders.  In S. Goldstein & C.R. Reynolds (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Children</u> (pp. 61-83).  N.Y.: Guilford Press.

**Bigler, E.D.,**   Clark, E., & Farmer, J.E. (1997).  Traumatic brain injury: 1990's update.  In **Bigler, E.D.,** Clark, E., & Farmer, J.E. (Eds.), <u>Childhood traumatic brain injury: Diagnosis, assessment, and intervention</u>.  Austin, TX: Pro-ED.

**Bigler, E.D.,**   Lowry, C.M., & Porter, S.S. (1997).  Neuroimaging in clinical neuropsychology.  In Horton A.M. Jr., Wedding, D., & Webster, J.  (Eds.) <u>The neuro-psychological handbook</u> (Vol. 2, 2nd ed.).  New York, NY: Springer Publishing Co.

**Bigler, E.D.,**   Nilsson, D.E., Burr, R.B., & Boyer, R.S. (1997).  Neuroimaging in pediatric neuropsychology.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), <u>Handbook of clinical child neuropsychology</u>.  New York and London: Plenum Press.

**Bigler, E.D.,**   Nussbaum, N.L., & Foley, H.A.  (1997).  Child neuropsychology in the private medical practice.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), <u>Handbook of clinical child neuropsychology</u>.  New York and London: Plenum Press.

**Bigler, E.D.,**   Blatter, D.D. & Ryser, D. (1996).  Neuroimaging and Traumatic Brain Injury.  In J. Ponsford, P. Snow & V. Anderson (Eds.),  <u>International Perspective in Traumatic Brain Injury</u> (pp.  84-89).  Bowen Hills: Australian Academic Press.

**Bigler, E.D.,**   Porter, S.S., & Lowry, C.M.  (1996).  Neuroimaging:  Interface with clinical neuropsychology.  In M.E. Maruish & J.A. Moses (Eds.), <u>Clinical neuropsychology: Theoretical foundations for practitioners</u>.  N.Y.:  Lawrence Erlbaum Associates.

**Bigler, E.D.,**   Lowe, J., & Yeo, R. (1989). Structural anomalies and neuropsychological function. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging</u>. New York: Plenum Press.

**Bigler, E.D.,**   & Nussbaum, N.L. (1989). The child neuropsychology in the private medical practice. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), <u>Handbook of child clinical neuropsychology</u> (pp. 557-572). New York: Plenum Press.

**Bigler, E.D.,**   Yeo, R., & Turkheimer, E. (1989). Neuropsychological function and brain imaging: Introduction and overview.  In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging</u>. New York: Plenum Press.

**Bigler, E.D.,**          Yeo, R., & Turkheimer, E. (1988). Neuropsychological function and brain imaging: Synthesis and future directions. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging</u>. New York: Plenum Press.

Hopkins, R.O.          & **Bigler, E.D.** (2001).  Pulmonary Disorders. In R. Tarter et al. (Eds.), <u>Medical Neuropsychology (2nd ed.)</u> (pp.25-50). New York: Plenum Publishers.

Lilliquist, M.W.          & **Bigler, E.D.** (1992). Neurological and neuropsychological consequences of drug abuse. In L. Hartlage, D. Templer, & W.G. Cannon (Eds.), <u>Preventable brain damage: Brain vulnerability and brain health</u>. New York: Springer.

Miller, M.J.,          **Bigler, E.D.,** & Adams, W.V. (2003). Comprehensive Assessment of Child and Adolescent Memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version, in Hersen, M., Goldstein, G., and Beers, S.R. (Eds.) <u>The Handbook of Psychological Assessment, Volume I:  Intellectual and Neuropsychological Assessment, (in press)</u> Hoboken, NJ:  John Wiley & Sons, Inc.

Naugle, R.I.          & **Bigler, E.D.** (1989). Brain imaging and neuropsychological identification in dementia. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging</u>. New York: Plenum Press.

Nussbaum, N.L.          & **Bigler, E.D.**(1997).  Halstead-Reitan neuropsychological test batteries for children.  In Reynolds, C.R. & Fletcher-Janzen, E. <u>Handbook of clinical child neuropsychology</u>.  New York and London: Plenum Press.

Nussbaum, N.L.          & **Bigler, E.D.** (1989). Halstead-Reitan neuropsychological test batteries for children. In C.R. Reynolds & E. Fletcher (Eds.), <u>Handbook of child clinical neuropsychology</u> (pp. 181-191). New York: Plenum Press.

Reynolds, C.R.          & **Bigler, E.D.**(1997).  Clinical neuropsychological assessment of child and adolescent memory with the test of memory and learning.  In C.R. Reynolds, & E. Fletcher-Janzen (Eds.), <u>Handbook of clinical child neuropsychology</u>.  New York and London: Plenum Press.

Ryser, D.K.,          **Bigler, E.D.** & Blatter, D. (1996).  Clinical and neuroimaging predictors of post TBI outcome.  In J. Ponsford, P. Snow & V. Anderson (Eds.),  <u>International Perspectives in Traumatic Brain Injury</u> (pp. 79-83).  Bowen Hills QLD: Australian Academic Press.

Steed, M.          & **Bigler, E.D.** (1996).  Appendix MRI brain atlas.  In E.D. Bigler (Ed.), <u>Neuroimaging I:  Basic science</u>.  New York and London: Plenum Press.

Weight, D.G.          & **Bigler, E.D.** (1998).  Neuroimaging in psychiatry.  In D.A. Tomb (Guest Ed.), <u>The Psychiatric Clinics of North America.  Diagnostic Dilemmas, Part II</u>.  Philadelphia, London, Toronto, Montreal, Sydney & Tokyo: W.B. Saunders Company. Blatter, D.D.,**Bigler, E.D.**,  Johnson, C.S., Anderson, C., Gale, S.D.

9

|  | (1996).  A normative database from magnetic resonance imaging.  In E.D. Bigler, Neuroimaging I:  Basic science.  New York and London: Plenum Press. |
|---|---|
| Blatter, D.D., | **Bigler, E.D.**, Johnson, C.S., Anderson, C., Gale, S.D. (1996).  A normative database from magnetic resonance imaging.  In E.D. Bigler, Neuroimaging I: Basic science.  New York and London: Plenum Press. |
| Willerman, L., | Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Brain structure and cognitive function. In C.R. Reynolds (Ed.), Cognitive assessment. New York: Plenum Press. |

## PUBLICATIONS:

| **Bigler, E.D.** | (2001). Frontal lobe pathology and antisocial personality disorder. Archives of General Psychiatry, 58, 609-611. |
|---|---|
| **Bigler, E.D.** | (2001). Premorbid brain volume and dementia.  Archives of Neurology, 58 (May), 831-833. |
| **Bigler, E.D.** | (2001).  Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities.  Archives of Clinical Neuropsychology, 16, (3), 227-236 |
| **Bigler, E.D.** | (2001). The lesion(s) in traumatic brain injury: Implications for clinical neuropsychology.  Archives of Clinical Neuropsychology, 16, (2), 95-131. |
| **Bigler, E.D.** | (2001).  3-D and quantitative neuroimaging and neuropsychological outcome in traumatic brain injury (Abstract). Journal of the International Neuropsychological Society, 7 (2), 259. |
| **Bigler, E.D.** | (2001).  Quantitative magnetic resonance imaging in traumatic brain injury. Journal of Head Trauma Rehabilitation, 16, (2), 117-134. |
| **Bigler, E.D.** | (2000). Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities. Archives of Clinical Neuropsychology, 16, 227-236. |
| **Bigler, E.D.** | (1999).  Neuroimaging in pediatric traumatic head injury: Diagnostic considerations and relationships to neurobehavioral outcome.  Journal of Head Trauma and Rehabilitation, 14(4), 70-87. |
| **Bigler, E.D.** | (1998).  Brain anomaly and plasticity: Hydrocephalus.  In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition).  From The Annenberg/CPB Multimedia Collection. NY, NY:  Worth Publishers. (Videotape). |
| **Bigler, E.D.** | (1998).  Neuroimaging: Revealing the brain.  Recovery, 9 (3), 17-21. |

**Bigler, E.D.**     (1998).  Quantitative neuroimaging in neuropsychology (Abstract).  The Clinical Neuropsychologist, 12 (2), 284.

**Bigler, E.D.**     (1998).  Magnetic resonance imaging of the brain:  Relationship between structure and function.  Medical and Pediatric Oncology, 31, 17-24.

**Bigler, E.D.**     (1997).  Neuroimaging correlates of APOE 04 (Abstract).  Journal of the International Neuropsychological Society, 3 (1), 138.

**Bigler, E.D.**     (1996).  Brain imaging and behavioral outcome in traumatic brain injury.  Journal of Learning Disabilities, 29 (5), 515-530.

**Bigler, E.D.**     (1995).  Brain morphology and intelligence.  Developmental Neuropsychology, 11 (4), 377-403.

**Bigler, E.D.**     (1995).  Design fluency in dementia of Alzheimer's type, multi-infarct dementia and dementia associated with alcoholism.  Applied Neuropsychology, 2, 7-14.

**Bigler, E.D.**     (1994).  Day-of-injury CT as an index to pre-injury brain morphology (Abstract).  Journal of Neurotrauma, 11, (2), 219.

**Bigler, E.D.**     (1992). Neurobiology and neuropsychology of adult learning disorder. Journal of Learning Disabilities, 25, 488-506.

**Bigler, E.D.**     (1992). Three-dimensional image analysis of trauma induced degenerative changes: An aid to neuropsychological assessment. Archives of Clinical Neuropsychology, 7, 449-456.

**Bigler, E.D.**     (1991). Neuropsychological assessment, neuroimaging and clinical neuropsychology: A synthesis. Archives of Clinical Neuropsychology, 6, 113-132.

**Bigler, E.D.**     (1991). Theophylline neurotoxicity resulting in diffuse brain damage. Developmental Medicine and Child Neurology, 31, 191-195.

**Bigler, E.D.**     (1990). Neuropsychology and malingering: Comment on Faust, Hart, and Guilmette (1988). Journal of Consulting and Clinical Psychology, 58, 244-247.

**Bigler, E.D.**     (1989). On the neuropsychology of suicide. Journal of Learning Disabilities, 22, 180-185.

**Bigler, E.D.**     (1989). Behavioral and cognitive changes in traumatic brain injury: A spouse's perspective. Brain Injury, 3, 73-78.

**Bigler, E.D.**     (1988). Acquired cerebral trauma: Attention, memory and language disorders. Journal of Learning Disabilities, 21, 325-326.

**Bigler, E.D.**     (1988). Acquired cerebral trauma: Epilogue. Journal of Learning Disabilities, 21, 476-485.

11

**Bigler, E.D.**    (1988). Frontal lobe damage and neuropsychological assessment. <u>Archives of Clinical Neuropsychology</u>, <u>3</u>, 279-297.

**Bigler, E.D.**    (1988). Good outcome associated with cerebral reconstitution in hydrocephalus. <u>Journal of Child Neurology</u>, <u>3</u>, 297-298.

**Bigler, E.D.**    (1988). The neuropsychology of hydrocephalus. <u>Archives of Clinical Neuropsychology</u>, <u>3</u>, 81-100.

**Bigler, E.D.**    (1987). Acquired cerebral trauma: Behavioral, neuropsychiatric, psycho-educational assessment and cognitive retraining issues. <u>Journal of Learning Disabilities</u>, <u>20</u>, 579-580.

**Bigler, E.D.**    (1987). Acquired cerebral trauma: Epidemiology, neuropsychological assessment and academic/educational deficits. <u>Journal of Learning Disabilities</u>, <u>20</u>, 516-517.

**Bigler, E.D.**    (1987). Acquired cerebral trauma: Introduction to a special series. <u>Journal of Learning Disabilities</u>, <u>20</u>, 454-456.

**Bigler, E.D.**    (1987). The clinical significance of cerebral atrophy in dementia. <u>Archives of Clinical Neuropsychology</u>, <u>2</u>, 177-190.

**Bigler, E.D.**    (1987). The clinical significance of cortical atrophy and ventricular enlargement in schizophrenia. <u>Archives of Clinical Neuropsychology</u>, <u>2</u>, 385-392.

**Bigler, E.D.**    (1987). Grand Rounds. <u>Archives of Clinical Neuropsychology</u>, <u>2</u>, 175-176.

**Bigler, E.D.**    (1987). Neuropathology of acquired cerebral atrophy in traumatic brain injury. <u>Archives of Clinical Neuropsychology</u>, <u>2</u>, 293-304.

**Bigler, E.D.**    (1987). Neuropathology of acquired cerebral trauma. <u>Journal of Learning Disabilities</u>, <u>20</u>, 458-473.

**Bigler, E.D.**    (1983). Workshops in neuropsychological assessment. <u>Professional Psychology</u>, <u>14</u>, 155.

**Bigler, E.D.**    (1980). Forensic neuropsychology: A case example. <u>Texas Psychologist</u>, <u>32</u>, 7-9.

**Bigler, E.D.**    (1980). Neuropsychological assessment and brain scan results: A case study approach. <u>Clinical Neuropsychology</u>, <u>2</u>, 13-24.

**Bigler, E.D.**    (1979). Neuropsychological evaluation of adolescent patients hospitalized with chronic inhalant abuse. <u>Clinical Neuropsychology</u>, <u>1</u>, 8-12.

**Bigler, E.D.**    (1979). Visually evoked potentials: Neuropharmacologic interactions. <u>Gesellschaft fur Pharmakologie and Toxikologie der DDR</u>, <u>20</u>, 12.

**Bigler, E.D.**    (1978). Limitations of neuropsychological interpretations based on Bender-Gestalt and WAIS results. <u>Texas Psychologist</u>, <u>30</u>, 5-8.

**Bigler, E.D.**      (1977). Bicuculline potentiation of the photically evoked after-discharges. Proceedings of the Western Pharmacology Society, 20, 191-214.

**Bigler, E.D.**      (1977). Comparison of the effects of bicuculline, strychnine and picrotoxin with pentylenetetrazol on photically evoked after-discharges. Epilepsia, 18, 465-470.

**Bigler, E.D.**      (1977). Neurophysiology, neuropharmacology and behavioral relations of visual system evoked after-discharges: A review. Biobehavioral Review, 1, 95-112.

**Bigler, E.D.**      (1976). Diazepam modification of evoked and spontaneous lateral geniculate activity. Electroencephalography and Clinical Neurophysiology, 41, 428-433.

**Bigler, E.D.**      (1976). Childhood and adolescent inhalant abuse: Where's the behavioral research? Behavioral Disorders. 2, 250-251.

**Bigler, E.D.**      (1975). Lateral geniculate multiple-unit activity related to Metrazol potentiated after-discharges. Electroencephalography and Clinical Neurophysiology, 39, 491-497.

**Bigler, E.D.**      & Tate, D.F. (2001). Brain volume, intracranial volume and dementia. Investigative Radiology, 36(9), 539-546.

**Bigler, E.D.**      & Dodrill, C.B. (1997). Assessment of neuropsychological testing. Neurology, 49, 1180-1182.

**Bigler, E.D.,**     & Snyder, J.L. (1995). Neuropsychological outcome and quantitative neuroimaging in mild head injury. Archives of clinical neuropsychology, 10 (2), 159-174.

**Bigler, E.D.**      & Snyder, J.L. (1993). Pre- and Post-injury neuroimaging: Comparison with neuropsychological outcome in mild head injury (Abstract). Archives of Clinical Neuropsychology, 8, 214.

**Bigler, E.D.**      & Alfano, M. (1988). Anoxic encephalopathy: Neuroradiological and neuropsychological findings. Archives of Clinical Neuropsychology, 3, 383-396.

**Bigler, E.D.**      & Naugle, R.I. (1985). Case studies in cerebral plasticity. The International Journal of Clinical Neuropsychology, 8, 12-23.

**Bigler, E.D.**      & Naugle, R.I. (1985). Neuropsychological consequences of chloride deficiency during infancy (Abstract). International Journal of Neuropsychology, 7, 68.

**Bigler, E.D.**      & Ehrfurth, J.W. (1981). The continued inappropriate singular use of the Bender Visual Motor Gestalt Test. Professional Psychology, 12 (5), 562-569.

**Bigler, E.D.**      & Steinman, D.R. (1981). Neuropsychology and computerized axial tomography: Further comments. Professional Psychology, 12, 195-197.

13

**Bigler, E.D.**      & Tucker, D.M. (1981). Comparison of verbal IQ, tactual performance, seashore rhythm, and finger oscillation tests in the blind and brain damaged. Journal of Clinical Psychology, 37, 849-851.

**Bigler, E.D.**      & Ehrfurth, J.W. (1980). Critical limitations of the Bender-Gestalt test in clinical neuropsychology: Response to lacks. Clinical Neuropsychology, 2, 88-90.

**Bigler, E.D.**      & Tucker, D.M. (1979). The Quality Extinction Test: Results with psychiatric patients. Clinical Neuropsychology, 1(4), 8-12.

**Bigler, E.D.**      & Fleming, D.E. (1977). Food-deprivation induced arousal: Evidence against "behavioral inhibition" in electrocortical hypersynchrony. Psychological Reports, 40, 527-531.

**Bigler, E.D.**      & Eidelberg, E. (1976). Diazepam suppression of evoked after-discharges in rat lateral geniculate nucleus and visual cortex. Proceedings of the Western Pharmacology Society, 19, 435-438.

**Bigler, E.D.**      & Eidelberg, E. (1976). Nigrostriatal effects of morphine in two mouse strains. Life Sciences, 19, 1399-1406.

**Bigler, E.D.**      & Eidelberg, E. (1976). Principal cells in lateral geniculate: Effects of Metrazol on capacity to after-discharge. Brain Research Bulletin, 1, 485-487.

**Bigler, E.D.**      & Fleming, D.E. (1976). Effects of shock induced arousal on the elicitation and waveform elaboration of photically evoked after-discharges. Physiological Psychology, 4, 86-90.

**Bigler, E.D.**      & Fleming, D.E. (1976). Frequency of intermittent photic stimulation: Effect on photic after-discharges, photic driving and behavioral activity. Bulletin of the Psychonomic Society, 8, 596-597.

**Bigler, E.D.**      & Fleming, D.E. (1976). Pharmacological suppression of photically evoked after-discharges in rats: Incremental dose, hippocampal EEG and behavioral activity correlates. Psychopharmacologia, 46, 73-82.

**Bigler, E.D.**      & Fleming, D.E. (1974). Habituation and occurrence of photically evoked after-discharges in the albino rat. Bulletin of the Psychonomic Society, 4 (4A), 275-277.

**Bigler, E.D.,**      Lowry, C. M., Kerr, B., Tate, D. F., Hessel, C. D., Earl,H. D., Miller, M. J., Rice, S. A., Smith, K. H., Tschanz, J. T., Welsh-Bohmer, K., Plassman, B., Victoroff, J. (2003). Role of White Matter Lesions, Cerebral Atrophy and APOE on Cognition in Demented and Nondemented Elderly:  The Cache County, Utah Study of Memory and Aging, Neuropsychology (in press).

14

**Bigler, E.D.,**       Tate, D.F., Neeley, E.S., Wolfson, L. J., Miller, M.J., Rice, S.A., Cleavinger, H., Anderson, C., Coon, H., Ozonoff, S., Johnson, M., Dinh, E., Lu, J., Mc Mahon, W., Lainhart, J.E. (2003) Temporal Lobe, Autism and Macrocephaly, <u>American Journal of Neuroradiology,</u> (provisional acceptance, in final review).

**Bigler, E.D.,**       Tate, D.F., Miller, M.J., Rice, S.A., Hessel, C.D., Earl, H.D., Tschanz, J.T., Plassman, B., & Welsh-Bohmer, K.A. (2002). Dementia, asymmetry of temporal lobe structures, and Apolipoprotein E genotype: Relationships to cerebral atrophy and neuropsychological impairment. <u>Journal of the International Neuropsychological Society, 8,</u> 925-933.

**Bigler, E.D.,**       Kerr, B., Victoroff, J., Tate, D.F., Breitner, J.C. (2002) White matter lesions, quantitative magnetic resonance imaging, and dementia. <u>Alzheimer Disease and Associated Disorders, 16</u>(3), 161-170.

**Bigler, E.D.**       Anderson, C.V., & Blatter, D.D. (2002). Temporal lobe morphology in normal aging and traumatic brain injury. <u>American Journal of Neuroradiology,</u> 23 (2), 255-266.

**Bigler, E.D.**       Blahus, P., Tate, D.F., Hessell, C., Tschanz, J.T., Welsh-Bohmer, K.A., Plassman, B., Norton, M.C., & Victoroff, J.I. (2002). Linking structure to function: MR neuroimaging findings related to performance on the MMSE and an expanded CERAD battery of neuropsychological tests: The Cache County Study. Submitted.

**Bigler, E.D.**       Lowry, S.M., Anderson, C.V., Johnson, S.C., Terry, J. & Steed, M. (2000). Dementia, quantitative neuroimaging, and apolipoprotein E genotype. <u>American Journal of Neuroradiology, 21,</u> 1857-1868.

**Bigler, E.D.**       Johnson, S.C. & Blatter, D.D. (1999). Head trauma and intellectual status: Relation to quantitative magnetic resonance imaging findings. <u>Applied Neuropsychology, 6</u>(4), 217-225.

**Bigler, E.D.**       Lajiness-O'Neill, R. & Howes, N.L. (1998). Technology in the assessment of learning disability. <u>Journal of Learning Disabilities, 31</u> (1), 67-82.

**Bigler, E.D.,**       Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B.L, Tschantz, T., Welsh-Bohmer, K.A., Saunders, A.M., Saunders, & Breitner, J.C.S. (1997). A population-based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging. <u>Journal of the International Neuropsychological Society, 3,</u> 214.

**Bigler, E.D.,**       Blatter, D.D., Anderson, C.V., Johnson, S.C., Gale, S.D., Hopkins, R.O., & Burnett, B. (1997). Hippocampal Volume in Normal Aging and Traumatic Brain Injury. <u>AJNR American Journal of Neuroradiology 18,</u> 11-23.

**Bigler, E.D.,**       Blatter, D.D., Johnson, S.C., & Pinkston, J.B. (1997). Effects of handedness and gender of the surface area of the human corpus callosum: A preliminary study

15

using magnetic resonance imaging (Abstract). Archives of Clinical Neuropsychology, 12(4), 386.

**Bigler, E.D.,**   Booth, E.J., Blatter, D.D., Gale, S.D., Hopkins, R.O., &Weaver, L.K. (1997). Brain perfusion defects following carbon monoxide poisoning: Relationship to MRI, quantitative MRI, and neuropsychological findings.  Archives of Clinical Neuropsychology (Abstract), 12(4), 321.

**Bigler, E.D.,**   Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B.L., Tschantz, T., Welsh-Bohmer, K.A., Saunders, A.M., & Breitner, J.C.S. (1997).  A population-based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging (Abstract). Journal of the International Neuropsychological Society. 3 (3), 214.

**Bigler, E.D.,**   Blatter, D.D., Johnson, S.C., Anderson, C.V., Russo, A.A., Gale, S.D., Ryser, D.K., Macnamara, S.E., & Bailey, B.J. (1996).  Traumatic brain injury, alcohol and quantitative neuroimaging: preliminary findings. Brain Injury, 10 (3), 197-206.

**Bigler, E.D.,**   Clark, E., & Farmer, J. (1996). Traumatic Brain Injury:  1990s Update-Introduction to the Special Series.  Journal of Learning Disabilities, 29 (5), 512-513.

**Bigler, E.D.,**   Johnson, S.C., Anderson, C.V., Blatter, D.D., Gale, S.D., Russo, A.A., Ryser D.K., Macnamara, S.E., Bailey, B.J., Hopkins, R.O.& Abildskov, T.J. (1996). Traumatic brain injury and memory: The role of hippocampal atrophy. Neuropsychology 10, 333-342.

**Bigler, E.D.,**   Johnson, S.C., Anderson, C.V., Gale, S.D., & Blatter, D.D. (1996).  Brain morphology and neuropsychological relationships:  Time post injury (Abstract). Journal of the International Neuropsychological Society, 1, 16.

**Bigler, E.D.,**   Johnson, S.C., Jackson, C., Blatter, D.D. (1995).  Aging, brain size, and IQ. Intelligence, 21, (1) 109-119.

**Bigler, E.D.,**   Burr, R., Gale, S., Norman, M., Kurth, S., Blatter, D. & Abildskov, T. (1994). Day of injury CT scan as an index to pre-injury brain morphology. Brain Injury, 8 (3),  231-238.

**Bigler, E.D.,**   Burr, R.B., Abildskov, T.J., Norman, M.A., Gale, S.D., Kurth, S.M., & Blatter, D. (1993). Quantitative day of injury CT scan analysis in traumatic brain injury: A method for a within subjects design to estimate pre-injury brain morphology (Abstract). Journal of Clinical and Experimental Neuropsychology, 15, 71.

**Bigler, E.D.,**   Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Degenerative changes in traumatic brain injury: Post-injury magnetic resonance identified ventricular expansion compared to pre-injury levels. Brain Research Bulletin, 28.  651-653.

16

**Bigler, E.D.,**        Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Day of injury CT as an index to pre-injury brain morphology: Degree of post-injury degenerative changes identified by CT and MR neuroimaging. Brain Injury, 7 (2), 125-134.

**Bigler, E.D.,**        Snyder, J.L., & Abildskov, T.J. (1992). PC-based three dimensional neuroimaging of MRI in cerebral trauma: An aid to neuropsychological assessment (Abstract). Journal of Clinical and Experimental Neuropsychology, 14, 78.

**Bigler, E.D.,**        Nelson, J.E., & Schmidt, R.D. (1989). Identification of mamillary body atrophy in Korsakoff's syndrome using magnetic resonance imaging. The Journal of Neuropsychiatry and Clinical Neurosciences, 1, 341-342.

**Bigler, E.D.,**        Nelson, J.E., & Schmidt, R.D. (1989). Mamillary body atrophy identified by magnetic resonance imaging in alcoholic amnestic (Korsakoff's) syndrome: Neuropsychological Correlates. Neuropsychiatry, Neuropsychology and Behavioral Neurology, 2, 189-201.

**Bigler, E.D.,**        Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's Disease and closed head injury. Journal of clinical Psychology, 45, 277-280. Abstracted in Clinical Digest Series, 1990.

**Bigler, E.D.,**        Schultz, F., Hall, S., Rosa, L., & Harns, J. (1989). Performance on the Raven Colored Progressive Matrices in patients with closed head injury and dementia of the Alzheimer's type: Clinical considerations. Archives of Clinical Neuropsychology, 4, 111-112.

**Bigler, E.D.,**        Rosenstein, L.D., Roman, M., & Nussbaum, N.L. (1988). The clinical significance of congenital agenesis of the corpus callosum. Archives of Clinical Neuropsychology, 3, 189-200.

**Bigler, E.D.,**        Schultz, R., Grant, M., Knight, G., Lucas, J., Roman, M., Hall, S., & Sullivan, M. (1988). Design fluency in dementia of the Alzheimer's type. Neuropsychology, 2, 127-133.

**Bigler, E.D.,**        Hubler, D.W., Cullum, C.M., & Turkheimer, E. (1985). Intellectual and memory impairment in dementia: CT volume correlations. Journal of Nervous and Mental Disease, 173, 347-352.

**Bigler, E.D.**        & Naugle, R.I. (1985). Case studies in cerebral plasticity. Clinical Neuropsychology, 7, 12-23.

**Bigler, E.D.,**        Cullum, M.C., Paver, S., Turkheimer, E., & Yeo, R. (1984). Neuropsychological and computerized tomographic correlates in post traumatic head injury. The International Journal of Clinical Neuropsychology, 6, 83.

17

**Bigler, E.D.,**   Hubler, D.W., Cullum, C.M., Turkheimer, E., & Yeo, R. (1984). Neuropsychological performance and volumetric CT scan measures in degenerative diseases. The International Journal of Clinical Neuropsychology, 6, 77.

**Bigler, E.D.,**   Hubler, D.W., Turkheimer, E., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CAT measures and neuropsychological performance in Alzheimer's disease. International Journal of Neuroscience, 24, 291-294.

**Bigler, E.D.,**   Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D.W., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy and neuropsychological performance following head injury. International Journal of Neuroscience, 24, 295-298.

**Bigler, E.D.,**   Bennet, J., & Newton, J.S. (1983). The hyperlexic syndrome: A case study. Clinical Neuropsychology, 5, 95-96.

**Bigler, E.D.,**   Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, I: Effects of age and degenerative disease. Clinical Neuropsychology, 3, 5-13.

**Bigler, E.D.,**   Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, II: Cerebral trauma. Clinical Neuropsychology, 3, 13-18.

**Bigler, E.D.,**   Tucker, D.M., & Piran, N. (1979). Neuropsychological differentiation in a psychiatric late adolescent-young adult population: Preliminary report. Clinical Neuropsychology, 1, 9-14.

**Bigler, E.D.,**   Shearer, D.E., Dustman, R.E., & Fleming, D.E. (1978). Differential effects of convulsants on visually evoked responses in the albino rat. Pharmacology, Biochemistry, and Behavior, 8, 727-733.

**Bigler, E.D.,**   Fleming, D.E., & Shearer, D.E. (1977). Comparison of ethanol consumption by methods of schedule-induced polydipsia and water deprivation. Psychological Record, 3, 577-580.

**Bigler, E.D.,**   Fleming, D.E., & Shearer, D.E. (1976). Metrazol potentiated after-discharges: Dose-response relationships and effects of selective lesions. Pharmacology, Biochemistry, and Behavior, 5, 423-429.

**Bigler, E.D.,**   Fleming, D.E., & Shearer, D.E. (1976). Stabilization of photically evoked after-discharge activity: Control procedures and effects of classical trace conditioning. Behavioral Biology, 16, 425-437.

**Bigler, E.D.,**   Fleming, D.E., & Shearer, D.E. (1974). Pharmacological modulation of photically evoked after-discharge patterns in hooded Long-Evans rats. Bulletin of the Psychonomic Society, 4, 179-181.

**Bigler, E.D.,**   Fleming, D.E., & Shearer, D.E. (1974). Schedule-induced polydipsia and neocortic lesions in the rat. Psychological Reports, 35. 935-941.

Anderson, C.V.,       Woods, D.M., **Bigler, E.D.**, & Blatter, D.D. (1996). Lesion volume, injury severity, and thalamic integrity following head injury. <u>Journal of Neurotrauma,</u> <u>13</u>(2), 35-40.

Anderson, C.V.       & **Bigler, E.D.** (1995). Ventricular dilation, cortical atrophy, and neuropsychological outcome following traumatic brain injury. <u>Journal of</u> <u>Neuropsychiatry and Clinical Neurosciences, 7</u>(1), 42-48.

Anderson, C.V.,       **Bigler, E.D.**, & Blatter, D.D. (1995). Frontal lobe lesions, diffuse damage, and neuropsychological functioning in traumatic brain-injured patients. <u>Journal of</u> <u>Clinical and Experimental Neuropsychology 17</u>, 900-908.

Anderson, C.V.,       Wood, D.M. & **Bigler, E.D.** (1995). Lesion localization and executive functioning in traumatic brain injured patients (Abstract). <u>Archives of Clinical</u> <u>Neuropsychology</u> , <u>10</u>, 290.

Anderson, C.V.       & **Bigler, E.D.** (1994). The role of caudate nucleus and corpus callosum atrophy in trauma-induced anterior horn dilation. <u>Brain Injury, 8</u>, 565-569.

Anderson, C.V.       & **Bigler, E.D.** (1994). Ventricular dilation as a predictor of cognitive outcome (Abstract). <u>Archives of Clinical Neuropsychology, 9</u>, 106-107.

Barker, L.H.,       **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Russo, A.A., Boineau, B. & Blatter, D.D. (1999). Polysubstance abuse and traumatic brain injury: Quantitative magnetic resonance imaging and neuropsychological outcome in older adolescents and young adults. <u>Journal of the International Neuropsychological</u> <u>Society, 5</u>, 593-608.

Barker, L.H.,       **Bigler, E.D.**, Blatter, D.D., Boineau, B., & Johnson, S. (1997). Polysubstance abuse and traumatic brain injury: A quantitative study of magnetic resonance imaging and neuropsychological assessment (Abstract). <u>Archives of Clinical</u> <u>Neuropsychology, 12</u> (4), 284-285.

Barker, L.H.,       **Bigler, E.D.**, Gale, S.D., Russo, A.A., & Stenroos, J.F. (1997). Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R (Abstract). <u>Archives of Clinical Neuropsychology,</u> <u>12</u>(4), 399.

Barker, L.H.,       Mueller, R.M., Russo, A.A., Lajiness-O'Neill, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). The word selective reminding subtest of the Test of Memory and Learning (TOMAL): A concurrent and construct validity study using the Rey Auditory Verbal Learning Test (RAVLT) and the Wechsler Memory Scale-Revised (WMS-R) (Abstract). <u>Archives of Clinical Neuropsychology, 10</u>, 295-296.

19

Blatter, D.D.,        **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., Ryser, D., Macnamara, S.E., & Bailey, B.J. (1997). MR-based brain and cerebrospinal fluid measurement after traumatic brain injury: Correlation with neuropsychological outcome. <u>American Journal of Neuroradiology, 18,</u> 1-10.

Blatter, D.D.,        **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C., Burnett, B.M., Parker, N., Kurth, S. & Horn, S. (1995). Quantitative volumetric analysis of brain MRI: Normative database spanning five decades (16-65). <u>American Journal of Neuroradiology, 16,</u> 241-251.

Bowen, J. M.,        Clark, E., **Bigler, E.D.**, Gardner, M., Nilsson, D., Gooch, J., Pompa, J. (1997). Childhood traumatic brain injury: neuropsychological status at the time of hospital discharge. <u>Developmental Medicine and Child Neurology, 39,</u>17-25.

Burr, R.,        Gale, S., Johnson, S., & **Bigler, E.D.**, (1993). Corpus Callosum morphology and neuropsychological function following traumatic brain injury (Abstract). <u>Archives of Clinical Neuropsychology, 8,</u> 217.

Cato, M.,        Delis, D., Abildskov, T., & Bigler, E.D. (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage: Case study of a modern-day Phineas Gage. (Abstract). <u>Journal of the International Neuropsychological Society, 9(2), 183.</u>

Connor, P.D.,        Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1995). Cingulate degeneration following traumatic brain injury: Quantitative neuroimaging, memory and executive functions (Abstract). <u>Journal of the International Neuropsychological Society, 1</u> (2), 174.

Craft, S.,        Willerman, L., & **Bigler, E.D.** (1987). Callosal dysfunction in schizophrenia and schizoaffective disorder. <u>Journal of Abnormal Psychology, 96,</u> 205-213.

Cullum, C.M.,        & **Bigler, E.D.** (1991). Short and long term psychological status following cerebrovascular accidents: Short-form MMPI findings. <u>Journal of Nervous and Mental Disease, 179,</u> 274-278.

Cullum, C.M.,        & **Bigler, E.D.** (1988). Psychological adjustment following stroke: The effects of time and lesion size (Abstract). <u>Journal of Clinical and Experimental Neuropsychology, 10,</u> 31.

Cullum, C.M.,        & **Bigler, E.D.** (1988). Short form MMPI findings in patients with predominately lateralized cerebral dysfunction: Neuropsychological and CT-derived parameters. <u>Journal of Nervous and Mental Diseases, 176,</u> 332-342.

Cullum, C.M.,        & **Bigler, E.D.** (1987). Lateralized cerebral dysfunction and the MMPI revisited (Abstract). <u>Journal of Clinical and Experimental Neuropsychology, 9,</u> 61.

Cullum, C.M.,        **Bigler, E.D.** (1986). Ventricle size, cortical atrophy and the relationship with neuropsychological status in closed head injury: A quantitative analysis. <u>Journal of Clinical and Experimental Neuropsychology, 8,</u> 437-452.

20

| Cullum, C.M., | **Bigler, E.D.** (1985). Late effects of hematoma on brain morphology and memory in closed head injury. <u>International Journal of Neuroscience</u>, <u>28</u>, 279-283. |

Cullum, C.M.,      **Bigler, E.D.** (1984). The effects of prior hematoma on brain morphology and neuropsychological functioning following closed head injury (Abstract). <u>The INS Bulletin</u>, <u>1</u>, 1-12.

Cullum, C.M.,      Steinman, D.R., & **Bigler, E.D.** (1984). Relationship between fluid and crystallized cognitive function using Category Test and WAIS test scores. <u>The International Journal of Clinical Neuropsychology</u>, <u>6</u>, 172-174.

Earl, H.D.,      Olsen, J., & **Bigler, E.D.** (1999). Neuropsychological and anatomical correlates of $\epsilon$4 in Alzheimer's disease (Abstract). <u>Archives of Clinical Neuropsychology</u>, <u>14</u>(8), 619-620.

Ehrfurth, J.W.,      Phelan, C., & **Bigler, E.D.** (1981). The utility of a short, modified WAIS with a neurological patient population. <u>Clinical Neuropsychology</u>, <u>3</u>, 42-43.

Fearing, M.,      Hanna, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (2003, Feb. 5-8). Dementia, cerebral atrophy, and neuropsychological performance: Relationship to APOE-$\epsilon$ 4. (Abstract). <u>Journal of the International Neuropsychological Society</u>, <u>9</u> (2), 317.

Fleming, D.E.,      & **Bigler, E.D.** (1974). Relationship between photically evoked after-discharge occurrence and hippocampal EEG rhythms in restrained and unrestrained albino rats. <u>Physiology and Behavior</u>, <u>13</u>, 757-761.

Foley, H.A.,      Kelser, S. & **Bigler, E.D.** (1998). The relationship of SPECT and MRI to neuropsychological outcome, intelligence quotients, and traumatic brain injury (Abstract). <u>Archives of Clinical Neuropsychology</u>, <u>13</u> (1), 132.

Gale, S.,      Hopkins, R., Weaver, L., Walker, J., **Bigler, E.D.**, & Cloward, T. (2000). Hippocampal atrophy following sleep apnea and carbon monoxide poisoning: Similarities and differences (Abstract). <u>Journal of the International Neuropsychological Society</u>, <u>6</u> (2), 154.

Gale, S.D.,      Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1999). MRI, Quantitative MRI, SPECT, and neuropsychological findings following carbon monoxide poisoning. <u>Brain Injury</u>, <u>13</u>(4), 229-243.

Gale, S.D.,      Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1997). Brain Perfusion Defects Following Carbon Monoxide Poisoning: Relationship to MRI, Quantitative MRI, and Neuropsychological Findings (Abstract). <u>Archives of Clinical Neuropsychology</u>, <u>12</u> (4), 321.

Gale, S.D.,      **Bigler, E.D.**, Johnson, S.C. & Blatter, D.D. (1995). Global degeneration following traumatic brain injury: Anatomic and neuropsychologic correlates (Abstract). <u>Journal of the International Neuropsychological Society</u>, <u>1</u> (2), 162.

| | |
|---|---|
| Gale, S.D., | Johnson, S.J., **Bigler, E.D.** & Blatter, D. (1995). Trauma induced temporal horn dilation: Neuropsychologic correlates. Journal of the International Neuropsychological Society, 1 (4), 369-370. |
| Gale, S.D., | Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995). Nonspecific white matter degeneration following traumatic brain injury. Journal of the International Neuropsychological Society, 1, 17-28. |
| Gale, S.D., | Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995). Trauma-induced degenerative changes in brain injury: A morphometric analysis of three patients with preinjury and postinjury MR scans. Journal of Neurotrauma, 12(2), 151-158. |
| Gale, S.D., | Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1995). Trauma induced cerebral peduncle degeneration: Correlative relationships with tests of motor function (Abstract). Archives of Clinical Neuropsychology, 10(4), 328-329. |
| Gale, S.D., | Johnson, S., **Bigler, E.D.**, & Blatter D.D. (1994). Degenerative changes secondary to traumatic brain injury: A morphometric analysis of three patients with pre- and post-injury MR scans and neuropsychological outcome (Abstract). Archives of Clinical Neuropsychology, 9, 129. |
| Gale, S.D., | Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1994). Traumatic brain injury and temporal horn enlargement correlates with tests of intelligence and memory. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 7, 160-165. |
| Gale, S.D., | Burr, R.B., **Bigler, E.D.**, & Blatter, D. (1993). Fornix degeneration and memory in traumatic brain injury. Brain Research Bulletin, 32, 345-349. |
| Gale, S.D., | Burr, R.B., **Bigler, E.D.**, & Blatter, D.D. (1993). Neuropsychological outcome and morphological changes in the fornix as a result of traumatic brain injury (Abstract). Journal of Clinical and Experimental Neuropsychology, 15, 104. |
| Gale, S.D., | Norman, M.A., & **Bigler, E.D.** (1992). A comparison of performance on the Raven Coloured Progressive Matrices in patients with closed head injury (CHI) and dementia of the Alzheimer's type (Abstract). Archives of Clinical Neuropsychology, 7, 327-328. |
| Gandhi, P.V., | **Bigler, E.D.**, Wilde, E., Ryser, D.K, & Johnson, S. (2001). Quantitative lesion analysis, FIM, and neuropsychology test performance in TBI (Abstract). Journal of the International Neuropsychological Society, 7(2), 180. |
| Gandhi, P.V., | Wilde, E., **Bigler, E.D.**, Ryser, D.K., & Blatter, D.D. (1999). QMRI correlates with neuropsychological indicators of general impairment in TBI patients (Abstract). Archives of Clinical Neuropsychology, 14(8), 773. |
| Grant, M.L., | Nussbaum, N.L., & **Bigler, E.D.** (1996). Electrophysiological components in children with ADD or ADHD (Abstract). Journal of the International Neuropsychological Society, 1, 58. |

Grant, M.L.,        McNelly, M., Stavinoha, P.L., Nussbaum, N.L., & **Bigler, E.D.** (1992). A comparison of response task behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity (Abstract). Journal of Clinical and Experimental Neuropsychology, 14, 109-110.

Grant, M.L.,        Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The concurrent validity of continuous performance and traditional neuropsychological measures in attention deficit hyperactivity disorder and learning disabilities (Abstract). Journal of Clinical and Experimental Neuropsychology, 12, 101.

Grant, M.L.,        Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The relationship between continuous performance tasks and neuropsychological tests in children with attention-deficit hyperactivity disorder. Perceptual and Motor Skills, 70, 435-445.

Hall, S.,           **Bigler, E.D.**, & Rutledge, J.N. (1989). Depression preceding choreiform movements in Huntington's Disease: A case study. Archives of Clinical Neuropsychology, 4, 79-92.

Hallam, B.J.,       Brown, W.S., Buckwalter, J.G., Ross, C., & **Bigler, E.D.** (2002). [Abstract] Functional Channels of the Corpus Callosum: Evidence from Alzheimer's Disease Patients. Journal of the International Neuropsychological Society, 8(2), 266.

Hannan, C.R.,       Fearing M., White J., Mortensen J., Tate D.F, **Bigler, E.D.** (2002, October). The Mini-Mental State Examination, Temporal Lobe Morphology and Alzheimer's Disease. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Heaton, T.B.       & **Bigler, E.D.** (1993). Neuroimaging techniques in neuropsychological research. Bulletin of The National Academy of Neuropsychology, 9, 14-17.

Hedges, D.,        Tate, D.F., Miller, M.J., Cleavinger, H.B., Rice, S.A., Thatcher, W., Allen, S., Sood, S., **Bigler, E.D.** (2001).Brain morphology in non-substance-abusing male Vietnam veterans with Posttraumatic Stress Disorder. (Abstract). Archives of Clinical Neuropsychology, 16 (2001), 796-797.

Hopkins, R.O.,     McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003). White matter hyperintensities and neuropsychological outcome following traumatic brain injury. (Abstract). Journal of the International Neuropsychological Society, 9(2), 234.

Hopkins, R.O.      Weaver, L.K., Parkinson, R.B., Foley, J., Cleavinger, H., Victoroff, J., & **Bigler, E.D.** (2002). (Abstract) White matter hyperintensities, and neuropsychological outcome following carbon monoxide poisoning. Neurology, in press.

Hopkins, R.O.,     Weaver, L.K., Hessel, C., Tate, D., **Bigler, E.D.**, & Blatter, D. (2001). Hippocampal atrophy following carbon monoxide poisoning: Gender differences (Abstract). Journal of the International Neuropsychological Society, 7(2), 232.

23

Hopkins, R.O.,       Weaver, L.K. & **Bigler, E.D.**  (2000). Longitudinal outcome following carbon monoxide poisoning: Psychological changes (Abstract). <u>Journal of the International Neuropsychological Society</u>, <u>6</u>(4), 393.

Hopkins, R.O.,       Gale, S.D., Pope, D., Weaver, L.K., & **Bigler, E.D.**  (2000). Ventricular enlargement in patients with acute respiratory distress syndrome (Abstract). <u>Journal of the International Neuropsychological Society</u>, <u>6</u>(2), 229.

Hopkins, R.O.,       Weaver, L.K., Pope, D., Orme, J.F. Jr., **Bigler, E.D.**, & Larson-Lohr, V.  (1999). Neuropsychological sequelae and impaired health status in survivors of severe acute respiratory distress syndrome.  <u>American Journal of Respiratory Critical Care Medicine</u>, <u>160</u>(11), 50-56.

Hopkins, R.O.,       **Bigler, E.D.**, Weaver, L., Gale, S., & Brooth, E.  (1998). Neuropsychological outcome and brain perfusion defects following carbon monoxide poisoning (Abstract). <u>The Clinical Neuropsychologist</u>, <u>12</u> (2), 284.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D. & **Bigler, E.D.**  (1998). Neuropsychological outcome, brain perfusion defects and quantitative magnetic brain resonance imaging following carbon monoxide (CO) poisoning (Abstract).  <u>Undersea and Hyperbaric Medicine</u>, <u>25</u>, 47-48.

Hopkins, R.O.,       Larson-Lohr, V., Weaver, L.K., & **Bigler, E.D.**  (1998). Neuropsychological impairments following hantavirus pulmonary syndrome.  <u>Journal of the International Neuropsychological Society</u>, <u>4</u> (2), 190-196.

Hopkins, R.O.,       Abildskov, T.J., **Bigler, E.D.**, & Weaver, L.K.  (1997). Three dimensional image reconstruction of neuroanatomical structures: Methods for isolation of the cortex, ventricular system, hippocampus, and fornix.  <u>Neuropsychology Review</u>, <u>7</u>, 87-104.

Hopkins, R.O.,       Weaver, L.K. & **Bigler, E.D.**  (1997). Psychological/Emotional changes following carbon monoxide poisoning.  <u>Undersea & Hyperbaric Medicine</u>, <u>24</u> (20).

Hopkins, R.O.,       Abildskov, T.J., **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Blatter, D.D., & Weaver, L.K.  (1996). Three-dimensional image analysis of hippocampal atrophy and neuropathological changes following anoxia (Abstract).  <u>Society</u>, <u>1</u>, 34.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D. & Abildskov, T.J. (1996).  Three dimensional and quantitative image analysis of neuropathological changes following carbon monoxide poisoning (Abstract). <u>Undersea & Hyperbaric Medicine</u>, <u>23</u>, 9.

Hopkins, R.O.,       Weaver, L.K., Pope, D., Orme, J.F., **Bigler, E.D.**, & Larsen-Lohr, V.  (1996). One year quality of life (QAL) and neuropsychological outcome following adult respiratory distress syndrome (ARDS).  <u>Chest</u>, <u>110</u>, 58S.

| | |
|---|---|
| Hopkins, R.O., | Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, Blatter, D.D. & Weaver, L.K. (1995).  A case study in review: Severe anoxia with and without concomitant brain atrophy and  neuropsychological impairments.  <u>Journal of the International Neuropsychological Society</u>, <u>1</u>, 501-509. |
| Howes, N.L., | **Bigler, E.D.**, Burlingame, G.M., & Lawson, J.S. (2002).  Memory performance of children with dyslexia:  A comparative analysis of theoretical perspectives.  <u>Journal of Learning Disabilities</u>, (in press). |
| Howes, N.L, | **Bigler, E.D.**, Lawson, J.S. & Burlingame, G.M. (1999).  Reading disability subtypes and the Test of Memory and Learning.  <u>Archives of Clinical Neuropsychology</u>, <u>14</u>(3), 317-339. |
| Hughes, S.K., | Nilsson, D.E., Boyer, R.S., Bolte, R.G., Hoffman, R.O., Lewine, J.D., & **Bigler, E.D.** (2002).  Neurodevelopmental outcome for extended cold water drowning:  A longitudinal case study.  <u>JINS Journal of the International Neuropsychological Society</u>, <u>8</u>, 588-596. |
| Hurley, R.A. | Hopkins, R.O., **Bigler, E.D.**, & Taber, K.H. (2001).  Applications of functional imaging to carbon monoxide poisoning.  <u>Journal of Neuropsychiatry and Clinical Neuroscience</u>, 13(2), 157-161. |
| Johnson, S.C., | Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1997).  Logical memory *versus* verbal paired associate learning and hippocampal volume in a sample of male closed head injury patients (Abstract).  <u>Journal of the International Neuropsychological Society</u>, <u>3</u> (1), 54. |
| Johnson, S.C., | Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  A regional analysis of the corpus callosum in TBI patients and normal controls: Neuropsychological correlates (Abstract).  <u>Archives of Clinical Neuropsychology</u>, <u>11</u> (5), 404. |
| Johnson, S.C., | Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  Corpus callosum morphology in normal controls and traumatic brain injury.  Sex differences, mechanisms of injury, and neuropsychological correlates.  <u>Neuropsychology</u>, <u>10</u>, 408-415. |
| Johnson, S.C., | **Bigler, E.D.**, & Burr R.B. (1994).  Magnetic resonance imaging predictors of cognitive outcome in traumatic brain injury (Abstract).  <u>Archives of Clinical Neuropsychology</u>, <u>9</u> (2), 144. |
| Johnson, S.C., | **Bigler, E.D.**, Burr, R.B., & Blatter, D.D. (1994). White matter atrophy, ventricular dilation, and intellectual functioning following traumatic brain injury.  <u>Neuropsychology</u>, <u>8</u>, 307-315. |
| Johnson, S.C., | Farnsworth, T., Pinkston, J.B., **Bigler, E.D.**, & Blatter, D.  (1994). Corpus callosum surface area across the human adult life span:  Effect of age and gender.  <u>Brain Research Bulletin</u>, <u>35</u>(4), 373-377. |
| Johnstone, B., | Frank, R.G., Belar, C., Belk, S., Bieliauskas, L.A., **Bigler, E.D.**, Caplan, B., Elliott, T.R., Glueckauf, R.L., Kaplan, R.M., Kreutzer, J.S., Mateer, C.A., |

25

Patterson, D., Puente, A.E., Richards, J.S., Rosenthal, M., Sherer, M., Shewchuk, R., Sigel, L.J., Sweet, J.J. (1995). Psychology in health care: Future directions. Professional Psychology: Research and Practice, 26(4), 341-365.

Kesler, S.R.,   Hopkins, R.O., Weaver, L.K., Blatter, D.D., Edge-Booth, H., & **Bigler, E.D.** (2001). Verbal memory deficits associated with fornix atrophy in carbon monoxide poisoning. Journal of the International Neuropsychological Society, 7(5), 640-646.

Kesler, S.R.,   Adams, H.F., **Bigler, E.D.** (2000). SPECT, MR and Quantitative MR Imaging: Correlates with Neuropsychological and Psychological Outcome in Traumatic Brain Injury. Brain Injury, 14(10), 851-857.

Kesler, S.R.,   Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Blatter, D.D., & Edge-Booth, H. (1999). Fornix and mammillary body atrophy and verbal memory deficit in carbon monoxide (CO) poisoned humans (Abstract). Archives of Clinical Neuropsychology, 14(8), 660-661.

Kesler, S.R.,   Foley, H.A. & **Bigler, E.D.** (1998). Relationships between brain abnormalities and cognitive-neurobehavioral symptoms in traumatic rain injury (TBI) using single photon mission computed tomography SPECT), clinical (MRI) and quantitative (QMR) magnetic resonance (Abstract). Journal of the International Neuropsychological Society, 4(1), 8.

Kozora, E.,   West, S.G., Kotzin, B.L., Julian, L., Porter, S. & **Bigler, E.D.** (1998). MRI bnormalities and cognitive deficits in Systemic Lupus Erythematosus patients without Overt Central Nervous System Disease. Arthritis & Rheumatism, 41 (1), 41-47.

Kurth, S.M.,   **Bigler, E.D.** & Blatter, D.D. (1994). Neuropsychological outcome and quantitative image analysis of acute hemorrhage in traumatic brain injury: preliminary findings. Brain Injury, 8, 489-500.

Kurth, S.,   **Bigler, E.D.** & Blatter, D.D. (1993). The effects of petechial hemorrhages lesion volume and lesion location on clinical outcome in traumatic brain injury (Abstract). Journal of Clinical and Experimental Neuropsychology, 15(1), 104.

Lu, L.,   **Bigler, E.D.** (2002). Normative data on Trail Making test for neurologically normal, Chinese-speaking adults. Applied Neuropsychology, 9, 219-225.

Lu, L.,   **Bigler, E.D.** (2000). Performance on original and a Chinese version of Trail Making Test Part B: A normative bilingual sample. Applied Neuropsychology, 7, 243-246.

Lucas, J.A.   **Bigler, E.D.** & Telch, M.J. (1991). Memory functioning in panic disorder (Abstract). Journal of Clinical and Experimental Neuropsychology, 13, 31.

26

Lucas, J.A.          Telch, M.J., & **Bigler, E.D.** (1991). Memory functioning in panic disorder: A neuropsychological perspective. Journal of Anxiety Disorders, 5, 1-20.

Lucas, J.A.          **Bigler, E.D.**, & Telch, M.J. (1990). Neuropsychological memory functioning in patients with panic disorder (Abstract). Journal of Clinical and Experimental Neuropsychology, 12, 50.

Lucas, J.A.          Rosenstein, L.D., & **Bigler, E.D.** (1989). Handedness and language in the mentally retarded: Implications for sex differences in hemispheric specialization and the model of pathological left-handedness. Neuropsychologia, 27, 713-723.

Macnamara, S.E.,     **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Structural MRI changes in traumatic brain injury: Comparison of pre- and post-injury scan results (Abstract). Archives of Clinical Neuropsychology, 7, 346.

Macnamara, S.E.,     **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Magnetic resonance identified ventricular dilation in traumatic brain injury: Comparison of pre- and post-injury scan results. Archives of Clinical Neuropsychology, 7, 275-284.

Massman, P.J.        & **Bigler, E.D.** (1993). A quantitative review of the diagnostic utility of the WAIS-R field profile. Archives of Clinical Neuropsychology, 8(6), 417-428.

Massman, P.J.,       & **Bigler, E.D.** (1992). A critical appraisal of the formulation and validity of the WAIS-R "cholinergic deficit" profile (Abstract). Archives of Clinical Neuropsychology, 7, 348-349.

Massman, P.J.,       & **Bigler, E.D.** (1991). Neuropsychological differentiation of depression pseudodementia from Alzheimer's disease (Abstract). Archives of Clinical Neuropsychology, 6, 205-206.

Massman, P.J.,       Nussbaum, N.L., & **Bigler, E.D.** (1988). The mediating effect of age on the relationship between Child Behavior Checklist hyperactivity scores and neuropsychological test performance. Journal of Abnormal Child Psychology, 16, 89-95.

Massman, P.J.,       **Bigler, E.D.**, Cullum, C.M., & Naugle, R.I. (1986). The relationship between cortical atrophy and ventricular volume in Alzheimer's disease and closed head injury. International Journal of Neuroscience, 30, 87-99.

Mathias, J.L.        **Bigler, E.D.**, Jones, N.R., Brown, G.C., & Taylor, D.J. (2002).Information processing deficits and their relationship to neuroimaging following moderate and severe traumatic brain injury. (Abstract). Journal of Neurotrauma, 19(10), 1293.

Miller, V.S.,        & **Bigler, E.D.** (1982). Neuropsychological aspects of tuberosus sclerosis. Clinical Neuropsychology, 4 (1), 26-34.

Morris, J.M.,        & **Bigler, E.D.** (1987). Hemispheric functioning and the K-ABC: Results in neurologically impaired children. Developmental Neuropsychology, 3, 67-69.

Morris, J.M.,     & **Bigler, E.D.** (1984). An investigation of the Kaufman Assessment Battery for Children (K-ABC) with neurologically impaired children (Abstract). The INS Bulletin. November, 1984, 27-28.

Mortensen J.,     White J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (2002, October). The Benton Visual Retention Test, Dementia, and Temporal Lobe Pathology. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Mortensen, J.,     Hannan, C.R., White, J., Fearing, M., Tate, D., **Bigler, E.D.** (2003 February). The Boston Naming Test, Dementia, and Temporal Lobe Pathology. (Abstract ). Journal of the International Neuropsychological Society, 9(2), 306.

Mueller, R.M.,     Russo, A.A., Barker, L.H., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). Memory testing and memory for sentences: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) Utilizing the Wechsler Memory Scale-Revised (WMS-R) (Abstract). Archives of Clinical Neuropsychology, 10, 369-370.

Naugle, R.I.,     Cullum, C.M. & **Bigler, E.D.** (1990). Evaluation of intellectual and memory function among dementia patients who were intellectually superior. The Clinical Neuropsychologist, 4, 355-374.

Naugle, R.I.,     **Bigler, E.D.**, Cullum, C.M., & Massman, P.J. (1987). Handedness and dementia. Perceptual and Motor Skills, 65, 207-210.

Naugle, R.I.,     Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1986). Neuropsychological characteristics and atrophic brain changes in senile and presenile dementia. Archives of Clinical Neuropsychology, 1, 219-230.

Naugle, R.I.,     Cullum, C.M., **Bigler, E.D.**, & Massman, P.J. (1985). Neuropsychological and CT volume characteristics of empirically derived dementia subgroups. Journal of Nervous and Mental Disease, 173 (10), 596-604.

Naugle, R.I.,     Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1985). Senile and presenile dementia: Neuropsychological and CT brain morphology characteristics (Abstract). Journal of Clinical and Experimental Neuropsychology, 7, 616.

Norman, M.A.,     Delis, D.C., Salmon, D. & **Bigler, E.D.** (1998). Differential rates of cognitive decline in subgroups of Alzheimer's patients (Abstract). Journal of the International Neuropsychological Society, 4 (1), 31.

Norman, M.A.,     Lajiness-O'Neill, R.R., Nilsson, D.E., Walker, M.L., Boyer, R.S., Connor, P.D., & **Bigler, E.D.** (1994). Quantitative neuroimaging in neuropsychological outcome in benign hydrocephalous (Abstract). Archives of Clinical Neuropsychology, 9, 168-169.

Norman, M.A.,     **& Bigler, E.D.** (1992). Grand Rounds: Neuropsychological assessment and neuroimaging in traumatic brain injury. <u>Bulletin of The National Academy of Neuropsychology, 9,</u> 11-16.

Norman, M.A.,     Gale, S.D., & **Bigler, E.D.** (1992). A comparison of performance on the raven coloured progressive matrices in patients with closed head injury (CHI), left cerebrovascular accidents (LCVA), and right cerebrovascular accidents (RCVA) (Abstract). <u>Archives of Clinical Neuropsychology, 7,</u> 352.

Nussbaum, N.L.,     Grant, M.L., Roman, M.J., Poole, J.H., & **Bigler, E.D.** (1990). Attention deficit disorder and the mediating effect of age on academic and behavioral variables. <u>Journal of Developmental and Behavioral Pediatrics, 11,</u> 22-26.

Nussbaum, N.L.,     **Bigler, E.D.,** Ingram, J.W., Rosa, L., & Massman, P. (1988). Anterior/Posterior functional cerebral asymmetry and personality/behavioral characteristics in children. <u>Archives of Clinical Neurology, 3,</u> 127-135.

Nussbaum, N.L.,     Roman, M., Grant, M., & **Bigler, E.D.** (1988). ADD and the mediating effect of age on academic and behavioral variables (Abstract). <u>Journal of Clinical and Experimental Neuropsychology, 10,</u> 29.

Nussbaum, N.L.,     **& Bigler, E.D.** (1986). Neuropsychological & behavioral profiles of empirically derived subgroups of learning disabled children. <u>International Journal of clinical Neuropsychology, 8</u> (2), 82-89.

Nussbaum, N.L.,     **Bigler, E.D.,** & Kich, W. (1986). Neuropsychologically derived subgroups of learning disabled children: Personality/behavioral dimensions. <u>Journal of Research and Development in Education, 19,</u> 57-67.

Nussbaum, N.L.,     **& Bigler, E.D.** (1985). Neuropsychological and Personality/Behavioral profiles in learning disabled children derived from cluster analysis (Abstract). <u>International Journal of Clinical Neuropsychology, 7,</u> 67-68.

Orme, S.F.,    Clark, E., **Bigler, E.D.**, Pompa, J., Kircher, J.C., & Gardner, M.K. (1998). Agreement of ratings and behavioral measures of attention and concentration (Abstract). The Clinical Neuropsychologist, 12 (2), 277.

Parish, R.V.,    Tate, D.F., **Bigler, E.D.** (2001). Estimation of intelligence with the Wechler Abbreviated Scale of Intelligence (WASI) in an adult neuropsychological patient population: are the two- and four-subtest forms of the WASI equivalent? (Abstract). Archives of Clinical Neuropsychology, 16 (8), 836.

Parkinson, R.B.,    Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., Foley, J.F., & **Bigler, E.D.** (2002). White matter hyperintensities and neuropsychological outcome following carbon monoxide poisoning. Neurology, 58, 1525-1532.

Parkinson, R.B.,    Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., **Bigler, E.D.** (2001). White matter hyperintensities in carbon-monoxide-poisoned subjects. (Abstract). Archives of Clinical Neuropsychology, 16 (2001), 731-732.

Pinkston, J.B.,    Johnson, S.C., Bigler E.D., & Blatter D.D. (1997). Effects of handedness and gender on the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging (Abstract). Archives of Clinical Neuropsychology, 12 (4), 386.

Piran, N.,    & **Bigler, E.D.** (1982). A neuropsychological contribution to the theory of schizophrenia. Technical Report, Hogg Foundation, 83.

Piran, N.,    **Bigler, E.D.**, & Cohen, D. (1982). Motoric laterality and eye dominance suggest a unique pattern of cerebral organization in schizophrenia. Archives of General Psychiatry, 39, 1006-1010. Abstracted in Digest of Neurology and Psychiatry, December 1982, p. 460.

Plassman, B.L.,    Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Helms, M.J., Saunders, A.M., Breitner, J.C.S. (1997). Apolipoprotein E 04 allele and hippocampal volume in twins with normal cognition. Neurology, 48, 985-989.

Plassman, B.L.,    Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Simons, M.E., Helms, M.J., & Breitner, J.C.S. (1997). Similarity in brain volumes of aging monozygotic twins (Abstract). JINS, 3(1), 68-69.

Plassman, B.L.,    Welsh, K.A., Abildskov, T., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, & Breitner, J.C. (1995). Merging methods: MRI volumetric studies in twin pairs discordant for Alzheimer's Disease (Abstract). Archives of Clinical Neuropsychology, 10, 377.

Porter, S.S., Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (2002). Corpus callosum atrophy and neuropsychological outcome following carbon monoxide poisoning. Archives of Clinical Neuropsychology, 17. (2), 195-204.

Porter, S.,                 Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (1999).  White
                            matter atrophy and neuropsychological outcome following carbon monoxide
                            exposure (Abstract).  <u>Archives of Clinical Neuropsychology, 14</u>(8), 659-660.

Porter, S.S.,               Kozora, E., & **Bigler, E.D.** (1997).  Corpus callosum and cognitive performance
                            in patients with systemic Lupus Erythematosis (Abstract).  <u>Archives of Clinical
                            Neuropsychology.  12</u> (4), 388.

Porter, S.S.,               Anderson, C.V., & **Bigler, E.D.** (1995).  Changes in medial temporal lobe and
                            neuropsychological outcome of thirty-five traumatically brain-injured patients
                            (Abstract). <u>Archives of Clinical Neuropsychology, 10</u>, 377-378.

Primus, E.A.,               **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., & Mueller, R.M.  (1997).
                            Subcortical dementia symptoms and corpus striatum degeneration following
                            traumatic brain injury (TBI): a quantitative analysis of magnetic resonance
                            imaging (MRI) and neuropsychological assessment (Abstract). <u>JINS, 3</u>(1), 3 .

Primus, E.A.,               **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., Mueller, R.M. & Blatter, D. (1997).
                            Corpus striatum and traumatic brain injury.  <u>Brain Injury, 11</u>(8), 577-586.

Pugh, M.,                   & **Bigler, E.D.** (1986). Schizophrenia and prior history of "MBD":
                            Neuropsychological findings. <u>The International Journal of Clinical
                            Neuropsychology. 8</u>, 22-26.

Raz, N.,                    Raz, S., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia, the role of
                            control groups and the perils of dichotomous thinking: A reply to Smith and
                            Iacono. <u>Psychiatry Research, 26</u>, 245-248.

Raz, N.,                    Raz, S., Yeo, R.A., Turkheimer, E.N., **Bigler, E.D.**, & Cullum, C.M. (1987).
                            Relationship between cognitive and morphological asymmetry in dementia of the
                            Alzheimers type: A CT scan study. <u>International Journal of Neuroscience, 35</u>,
                            225-232.

Raz, S.,                    Raz, N., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: Is the choice
                            of controls important?  <u>Psychiatry Research, 24</u>, 71-77.

Raz, S.,                    Raz, N., Weinberger, D.R., Boronow, J., Pickar, D., **Bigler, E.D.**, & Turkheimer,
                            E. (1987). Morphological brain abnormalities in schizophrenia determined by
                            computerized tomography: A problem of measurement? <u>Psychiatry Research, 22</u>,
                            91-98.

Raz, S.,                    Raz, N., **Bigler, E.D.**, & Turkheimer, E.T. (1985). Volumetric assessment of CT
                            abnormalities in schizophrenia (Abstract). <u>Journal of Clinical and Experimental
                            Neuropsychology, 7</u>, 630.

Reynolds, C.R.              Hopkins, R.O. & **Bigler, E.D.** (1999).  Continuing decline of memory skills with
                            significant recovery of intellectual function following severe carbon monoxide
                            exposure: Clinical, psychometric, and neuroimaging findings.  <u>Archives of
                            Clinical Neuropsychology, 14</u> (2), 235-249.

Reynolds, C.R.,        & **Bigler, E.D.** (1996). Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and Learning (TOMAL). Archives of Clinical Neuropsychology, 11, 29-43.

Reynolds, C.R.,        & **Bigler, E.D.** (1995).  Standardized factor scores for use with the Test of Memory and Learning (TOMAL) (Abstract).  Archives of Clinical Neuropsychology, 10, 382-383.

Reynolds, C.R.,        & **Bigler, E.D.** (1994).  Factor structure of the test of memory and learning (TOMAL) (Abstract). Archives of Clinical Neuropsychology, 9, 176.

Roman, M.J.,           Grant, M.L., & **Bigler, E.D.** (1992). Performance of boys with attention-deficit hyperactivity disorder and learning disabilities on the core and diagnostic subtests of the differential abilities scales (Abstract). Journal of Clinical and Experimental Psychology, 14, 108.

Roman, M.J.,           Nussbaum, N.L., & **Bigler, E.D.** (1988). Neuropsychological findings in a case of occipital encephalocele (Abstract). Journal of Clinical and Experimental Neuropsychology, 10, 44.

Roman, M.J.,           Nussbaum, N.L., Grant, M.L., & **Bigler, E.D.** (1990). A comparison of neuropsychological test performance in boys and girls with attention-deficit hyperactivity disorder (Abstract). Journal of Clinical and Experimental Neuropsychology, 12, 101-102.

Ross, C.,              Hallam, B.,  Buckwalter, J.G., **Bigler, E.D.** (2003, Feb 5-8). Regional callosal changes in 3 forms of dementia. (Abstract). Journal of the International Neuropsychological Society, 9(2), 317.

Rosenstein, L.D.,      & **Bigler, E.D.** (1987). No relationship between handedness and sexual preference. Psychological Reports, 60, 704-706.

Ruger, J.,             Hopkins, R., Weaver, L., Johnson, S., Tate, D., **Bigler, E.D.**, & Blatter, D. (2001).  MR-based temporal horn enlargement following carbon monoxide poisoning (Abstract).  Journal of the International Neuropsychological Society, 7 (2), 190.

Russo, A.A.,           **Bigler, E.D.**, Gale, S.D., Barker, L.H., & Stenroos, J.F. (1997).  Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R (Abstract).  Archives of Clinical Neuropsychology. 12 (4), 399.

Russo, A.A.,           Barker, L.H., Mueller, R.M., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.** & Reynolds, C.R. (1995). Memory and digit span: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) utilizing the Wechsler Memory Scale-Revised (WMS-R) (Abstract).  Archives of Clinical Neuropsychology, 10, 386.

32

Russo, A.A.,        Johnson, S.C., Ryser, D., MacNamara, S., Bailey, B., Icke, W., Blatter, D., Gale, S., Anderson, C. & **Bigler, E.D.** (1995). Functional assessment following traumatic brain injury: Correlations of the DRS, FIM, and MRI (Abstract). Journal of the International Neuropsychological Society, 1, 121.

Ryser, D.K.        Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & Bigler, E.D. (2003). Measuring medical complexity during inpatient rehabilitation following traumatic brain injury. (submitted).

Sands, D.,        McCary, R.C., **Bigler, E.D.**, Becker, H.A., & Walker, P.R. (1987). Understanding ETC. Journal of Psychosocial Nursing, 25, 27-30.

Schultz, R.,        Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1992). The relationship between intelligence, gray-white matter image contrast, and brain size: An MRI study of healthy college students (Abstract). Journal of Clinical and Experimental Neuropsychology, 14, 32.

Schultz, R.,        Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1989). MRI contrast and intelligence (Abstract). Archives of Clinical Neuropsychology, 5, 12.

Sephton, S.E.,        Bloch, G.J., Burlingame, G.M., Steffen, P.R., Johnson, S.C., Tuttle, K.C. & **Bigler, E.D.** (1993). A structured interview to define and measure chronic stress in humans. Society for Neuroscience Abstracts, 19, 170.

Shearer, D.E.,        Fleming, D.E., & **Bigler, E.D.** (1976). The photically evoked after-discharge: A model for the study of drugs useful in the treatment of petit mal epilepsy. Epilepsia, 17, 429-435.

Shearer, D.E.,        Fleming, D.E., **Bigler, E.D.**, & Wilson, C.E. (1976). Suppression of photically evoked after-discharge bursting following administration of anticonvulsants in waking rats. Pharmacology, Biochemistry and Behavior, 2, 839-842.

Skenazy, J.A.,        & **Bigler, E.D.** (1985). Psychological adjustment and neuropsychological performance in diabetic patients. Journal of Clinical Psychology, 41 (3), 391-396.

Skenazy, J.A.,        & **Bigler, E.D.** (1984). Neuropsychological findings in Diabetes Mellitus. Journal of Clinical Psychology, 40 (1), 246-258.

Standage, C.P.,        Fleming, D.E., & **Bigler, E.D.** (1981). Thalamocortical coupling and component properties of visually evoked after-discharges. Brain Research Bulletin, 7, 89-92.

Steinman, D.R.,        & **Bigler, E.D.** (1986). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm. International Journal of Clinical Neuropsychology, 8, 135-140.

Steinman, D.R.,        & **Bigler, E.D.** (1984). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm (Abstract). The International Journal of Clinical Neuropsychology, 6, 83.

Tate, D.F.,          & **Bigler, E.D.** (2000). Fornix and hippocampal atrophy in traumatic brain injury. Learning and Memory, 7(6), 442-446.

Tate, D.F.,          Gilbert-Tate, J.J., & **Bigler, E.D.** (2000). Neurologic tests and their predictive value among children in India: Correlations between motor skills, VMI, and TONI-2 Scores (Abstract). Journal of the International Neuropsychological Society, 6(2), 133.

Tate, D.F.,          **Bigler, E.D.**, & Wolfson, L.J. (1999). Fornix area and hippocampal volume in traumatic brain injury: Relationships to memory function (Abstract). Archives of Clinical Neuropsychology, 14(8), 776-777.

Tate, D.F.,          Gilbert-Tate, J.J. & **Bigler, E.D.** (1998). Berry's Test of Visual-motor integration and the Test of Nonverbal Intelligence: A comparison among school children in India (Abstract). Journal of the International Neuropsychological Society, 4(1), 58.

Tate, D.F.,          Tate, J.J., Johnson, S., & **Bigler, E.D.** (1997). Ethnic and socioeconomic differences on the developmental test of visual-motor integration: A study of South Indian school children. Journal of the International Neuropsychological Society, 3, 26.

Tucker, D.M.,        & **Bigler, E.D.** (1989). Clinical assessment of tactile extinction: Traditional double simultaneous stimulation versus quality extinction test. Archives of Clinical Neuropsychology, 4, 283-296.

Tucker, D.M.,        **Bigler, E.D.**, & Chelune, G.J. (1981). Reliability of the Halstead-Reitan Battery in individuals displaying acutely psychotic behavior. Journal of Behavioral Assessment. 3 (4), 311-319.

Turkheimer, E.,      Farace, E., Yeo, R.A., & **Bigler, E.D.** (1993). Quantitative analysis of gender differences in the effects of lateralized lesions on verbal and performance IQ. Intelligence, 17, 461-474.

Turkheimer, E.,      Farace, E., Yeo, R.A., & **Bigler, E.D.** (1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions (Abstract). Journal of Clinical and Experimental Neuropsychology, 14, 88.

Turkheimer, E.,      Yeo, R.A., & **Bigler, E.D.** (1990). Basic relations among lesion location, lesion volume and neuropsychological performance. Neuropsychologia, 28, 1011-1019.

Turkheimer, E.,      Yeo, R.A., Jones, C.L., & **Bigler, E.D.** (1990). Quantitative assessment of covariation between neuropsychological function and location of naturally occurring lesions in humans. Journal of Clinical and Experimental Neuropsychology, 12, 549-565.

Turkheimer, E.,          Cullum, C.M., Hubler, D., Paver, S., Yeo, R.A., & **Bigler, E.D.** (1984).
                         Quantifying cortical atrophy. <u>Journal of Neurology, Neurosurgery, & Psychiatry</u>,
                         <u>47</u>, 1314-1318.

Turkheimer, E.,          Yeo, R.A., & **Bigler, E.D.** (1983). Digital planimetry in APLSF. <u>Behavior
                         Research Methods & Instrumentation</u>, <u>15</u> (4), 471-473.

Weight, D.G.,            & **Bigler, E.D.** (1998).  Diagnostic dilemmas, Part I.  <u>The Psychiatric Clinics of
                         North America</u>, September.

Weight, D.G.            & **Bigler, E.D.** (1998).  Neuroimaging in psychiatry. <u>Psychiatric Clinics of
                         North America</u>, <u>21</u>(4), 725-759.

Weight, D.G.,           & **Bigler, E.D.** (1994).  The discrepancy between clinical history, ventricle/brain
                         ratios and neurobehavioral test findings: Two case studies (Abstract).  <u>Archives
                         of Clinical Neuropsychology</u>, <u>9</u>, 200.

White J.,               Mortensen J., Hannan C.R., Fearing M., Tate D., & **Bigler, E.D.** (2002,
                        October). <u>The Controlled Oral Word Association Measure and Animal
                        Fluency Test and Temporal Lobe Atrophy.</u> Poster accepted for
                        presentation at the 22nd Annual Conference of the National Academy of
                        Neuropsychology, Miami, FL.

Wilde, E.A.,            **Bigler, E.D.**, Gandhi, P.V., Lowry, C.M., Ryser, D.K., Blatter, D.D., Brooks, J.
                        (2002).  Alcohol abuse and traumatic brain injury:  Quantitative magnetic
                        resonance imaging and neuropsychological outcome, <u>Journal of Neurotrauma (in
                        press).</u>

Wilde, E.,              Bartholomew, J., **Bigler, E.D.**, Nielsen, D., Brooks, M.,  Lowry, C., Foley, H.A.,
                        Ryser, D., & Blatter, D.  (1998).  PTA and QMRI outcome in TBI patients with
                        positive blood alcohol levels at time of injury (Abstract).  <u>Journal of the
                        International Neuropsychological Society</u>, <u>4</u> (1), 9.

Willerman, L.,          Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Hemisphere size asymmetry
                        predicts relative verbal and non-verbal intelligence differently in the sexes: An
                        MRI study of structure-function relations. <u>Intelligence</u>, <u>16</u>, 315-328.

Willerman, L.,          Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1991). In vivo brain size and
                        intelligence. <u>Intelligence</u>, <u>15</u>, 223-228.  Reviewed in <u>Science</u>, <u>254</u>, 1584, 1991.

Wood, D.G.,             & **Bigler, E.D.** (1995).  Diencephalic changes in traumatic brain injury:
                        Relationship to sensory perceptual function.  <u>Brain Research Bulletin</u>, <u>38</u>, 545-
                        549.

Yeates, K.O.,           Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. &
                        Anderson, C.  (1999).  Postconcussive symptoms in children with mild closed-
                        head injuries. <u>Journal of Head Trauma and Rehabilitation</u>, <u>14</u>(4), 337-350.

Yeates, K.O.,       Luria, J., Bartkowski, H., Rusin, J., Martin, L., Bigler,    E.D., Johnson, S.C. & Anderson, C. (1998).  Postconcussive symptoms in children with mild closed-head injuries (Abstract).  Journal of the International Neuropsychological Society, 4(1), 63.

Yeo, R.A.,       & Bigler, E.D. (1991). Callosal morphology in closed head injury patients (Abstract). Journal of Clinical and Experimental Neuropsychology, 13, 63.

Yeo, R.A.,       Turkheimer, E., & Bigler, E.D. (1990). Neuropsychological methods of localizing brain dysfunctions: Clinical versus empirical approaches. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 3, 290-303.

Yeo, R.A.,       Turkheimer, E., Raz, N., & Bigler, E.D. (1987). Volumetric asymmetries of the human brain: Intellectual correlates. Brain and Cognition, 6, 15-23.

Yeo, R.A.,       Turkheimer, E., & Bigler, E.D. (1984). The influence of sex and age on unilateral cerebral lesion sequelae. International Journal of Neuroscience, 24, 299-301.

Yeo, R.A.,       Turkheimer, E., Raz, N., & Bigler, E.D. (1984). Volumetric parameters of the normal human brain: Intellectual correlates (Abstract). The INS Bulletin, November, 1984, 45.

Yeo, R.A.,       Turkheimer, E., & Bigler, E.D. (1983). Computer analysis of lesion volume: Reliability, utility and neuropsychological applications (Abstract). Clinical Neuropsychology, 1, 45.

Yount, R.,       Raschke, K.A., Biru, M., Tate, D.F., Miller, M. J., Abildskov, T., Gandhi P., Ryser, D., Hopkins, R.O. & Bigler, E.D. (2002).  Traumatic brain injury and atrophy of the cingulate gyrus, The Journal of Neuropsychiatry and Clinical Neurosciences, 14,(4), 416-423.

PUBLISHED BOOK REVIEWS:

Bigler, E.D.       (1997). A practical neuropsychology primer. [Review of R.E. Cytowic The neurological side of neuropsychology, Cambridge, MA: MIT Press, 1996] Contemporary Psychology Journal of Review, 8, 529.

Bigler, E.D.       (1997).  Neuroimaging from two different angles. [Review of A. Kertesz Localization and neuroimaging in neuropsychology. New York: Academic Press, 1994 and review of R. Thatcher, M. Hallett, T. Zeffiro, E. R. John, and M. Heurta. Functional neuroimaging: Technical foundations.  New York: Academic Press, 1994.] Journal of International Neuropsychological Society, 3, 201-202.

Bigler, E.D.       (1996).  [Review of L. Cermak.  Neuropsychology explorations of memory and cognition:  Essays in honor of Nelson Butters.  New York: Plenum Press, 1994.] Archives of Clinical Neuropsychology, 11 (4), 355-356.

**Bigler, E.D.**          (1993).  Brain and behavior. [Review of A. Ardila and F. Ostrosky-Solis <u>Brain organization of language and cognitive processes</u>, New York: Plenum Press, 1989.] <u>Contemporary Psychology. 38</u> (4), 356-357.

**Bigler, E.D.**          (1992). Suicide intervention in the schools. [Review of S. Poland. <u>Suicide intervention in the schools</u>. New York: Guilford Press.] <u>Journal of Psychoeducational Assessment, 3.</u> 302-304.

**Bigler, E.D.**          (1992). Premorbid factors are critical in brain injury research. [Review of J. Schulkin (Ed.) <u>Preoperative events: Their effects on behavior following brain damage</u>. New York: Lawrence Erlbaum, 1989.] <u>Contemporary Psychology, 37,</u> 370-371.

**Bigler, E.D.**          (1991). Neurobiology of higher cognitive function. [Review of A.B. Scheibel & A.F. Wechsler (Eds.), <u>Neurobiology of higher cognitive function</u>. New York: Guilford Press, 1990.] Bulletin of <u>The National Academy of Neuropsychology, 8,</u> 14-15.

**Bigler, E.D.**          [Review of <u>Neurobehavioral recovery from head injury</u>. H.S. Levin, J. Grafman, & H.M. Eisenberg (Eds.), New York: Oxford University Press, 1989.] <u>Archives of Clinical Neuropsychology, 4,</u> 93-99.

**Bigler, E.D.**          (1984). The loss of a mind. [Review of R. Mayeux & W.G. Rosen (Eds.), <u>Advances in neurology: The dementias</u>. New York: Raven Press, 1982.] <u>Contemporary Psychology, 29,</u> 420-421.

**Bigler, E.D.**          (1984). The silent epidemic: Cerebral trauma. [Review of M. Rosenthal, E.R. Griffith, M.R. Bond, & J.D. Miller (1983). <u>Rehabilitation of the head injured adult</u>. Philadelphia: F.A. Davis.] <u>Contemporary Psychology, 29,</u> 643-644.

**Bigler, E.D.**          (1982). [Review of M.L. Albert, H. Goodglass, N.A. Helm, A.B. Rubens, & M.P. Alexander (Eds.), <u>Clinical aspects of dysphasia</u>. New York: Springer-Verlag, 1981.] <u>Clinical Neuropsychology, 4,</u> 94.

**Bigler, E.D.**          (1981). Functional disorders of memory. [Review of J.F. Kihlstrom & F.J. Evans (Eds.) <u>Functional disorders of memory</u>. Lawrence Erlbaum Associates, Hillside, NJ, 1979.] <u>Clinical Neuropsychology, 3,</u> 39-40.

**Bigler, E.D.**          Brain organization of language and cognitive processes.  [Review of A. Ardilg & F. Ostrosky-Solix (Eds.), <u>Brain organization of language and cognitive processes</u>. New York: Plenum Press.]

Russo, A.A.,          & **Bigler, E.D.** (1996). [Review of D.C. Delis, J.H. Kramer, E. Kaplan, & B.A. Ober, <u>The California Verbal Learning Test--Children's version (CVLT-C)</u>.  San Antonio, CA: The Psychological Corporation, 1994 and T. Boll, <u>Children's Category Test (CCT)</u>.  San Antonio, CA: The Psychological Corporation, 1993.] <u>Archives of Clinical Neuropsychology, 11,</u> 171-173.

ACADEMIC COURSES TAUGHT:

> Psychobiology/Behavioral Neurobiology
> Human Neuropsychology
> Clinical Neuropsychology
> Seminar in Clinical Neuropsychology
> Experimental Psychology: Research Design

PAPERS, SPECIAL LECTURES, AND TRAINING SEMINARS:

**Bigler, E.D.,** (2002, October 25). Keynote Speaker. Society for Neuroscience: Intermountain Chapter Fall Meeting: Thanksgiving Point, Lehi, Utah.

**Bigler, E.D.,** (2002, October 24-25). Negative Effects of Substance Abuse on Brain Injury Outcome. The Ninth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture. The Radisson Hotel Los Angeles International Airport, Los Angeles, CA.

**Bigler, E.D.,** (2002, August 22-25) Symposium: Genetics, Imaging, and Neuropsychologic Contributions to the Prediction of Dementia. Division 40 APA Annual Convention, McCormick Place, Chicago, Illinois.

**Bigler, E.D.,** (2002, April 25-28). Forensic Neuropsychology with Adults: Assessment and Interpretation. University of California, San Diego (UCSD) Department of Psychiatry's "Nelson Butters' West Coast Neuropsychology Conference": Hyatt Hotel, La Jolla, California.

**Bigler, E.D.,** (2002, March 9). Structural, Functional, and Three-Dimensional Neuroimaging In Evaluating Traumatic Brain Injury: Relationships with Neuropsychological Outcome. Pacific Northwest Neuropsychological Society, 15th Annual Conference, University of Washington Faculty Center: Seattle, Washington.

**Bigler, E.D.** (2002, February 1). Structural and Developmental Neuroimaging Findings in Autism. (Session III) Annual Meeting, Psychiatric Research Society. Park City, Utah.

**Bigler, E.D.** (2002, January 18) Contemporary Neuroimaging in Assessment of Brain Injury. Keynote Speaker, Hilltop Treatment Program--Building Dedication and Presentation. Dripping Springs, Texas

**Bigler, E.D.** (2001, October 4-6). Contemporary Neuroimaging Methods in the Evaluation of Traumatic Brain Injury, (Keynote Address). 19th Annual Conference, Brain Injury Association of Colorado. Vail, Colorado.

**Bigler, E.D.** (2001, May 23). Forensics and Neuroimaging. 35th Semi-annual Forensic Symposium; Neurobiology in the Courtroom: A New Frontier. University of Virginia, Richmond, Virginia.

**Bigler, E.D.**  (2001, April 30-May 2).  Volumetric MRI Studies of Autism.  Collaborative Programs of Excellence in Autism (CPEA) Annual Meeting, Yale University, New Haven, Connecticut.

**Bigler, E.D.**  (2000). Neuropsychology and neuroimaging. Distinguished Visiting Professors to Wilford Hall Medical Center.  San Antonio, Texas.

**Bigler, E.D.**  (2000, October 19-20). Brain volumetric changes in substance abuse and traumatic brain injury.  7th Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse, and Culture. Los Angeles, California.

**Bigler, E.D.**  (2000, October 12-15). Neuroimaging or neuropsychologists. Frontiers in Brain-Behaviour Research and Clinical Practice:  Neuropsychology's Challenge for the 21st Century. Kirkton Park Hunter Valley NSW.

**Bigler, E.D.**  (2000, September 14-16). Neuro-imaging:  Creative methods for visualizing brain injury.  Brain Injury Association 14th Annual Conference for Attorneys. Palm Beach, Florida.

**Bigler, E.D.**  (2000, August 25-26). Neuroimaging:  Rehabilitation Outcome in T.B.I. Brain Injury Association of Texas 18th Annual Conference. Austin, Texas.

**Bigler, E.D.**  (2000, July 29-Aug 1). Neuroimaging of TBI:  Correlates with Neuropsychological Outcome. Brain Injury Association 19th Annual Symposium. Chicago, Illinois.

**Bigler, E.D.**  (2000, June 9).  Neuroimaging and Neuropsychology of Traumatic Brain Injury. Annual Brain Injury Symposium. Ohio Brain Injury Association. Ohio State University, Columbus, Ohio.

**Bigler, E.D.**  (2000, May 15).  Imaging Studies and Their Impact on Cognitive Function. Hydrocephalus Conference.  Phoenix, Arizona.

**Bigler, E.D.**  (2000, March 22-24).  Neuroimaging and neurophysiological studies in reading disabilities. Rapallo, Italy.

**Bigler, E.D.**  (1999, November 23).  The Brain, Mind and Behavior: Clinical Neuroscience in the New Millennium.  Distinguished Faculty Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.**  (1999, November 19). Functional Brain Injury–Impact and Treatment.  Mild Brain Injury: The Issues and Controversies.  The Rehabilitation Institute, Kansas City, MO.

**Bigler, E.D.**  (1999, November 12).  The Lesions in Traumatic Brain Injury: Implications for the Practice of neuropsychology.  Distinguished Neuropsychologist Award for Career Contributions.  National Academy of Neuropsychology, San Antonio, TX.

| | |
|---|---|
| **Bigler, E.D.** | (1999, November 4-5).  <u>Neuroimaging of Traumatic Brain Injury: Relationship to Substance Abuse.</u>  Sixth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture.  Crown Plaza Hotel, Los Angeles, CA. |
| **Bigler, E.D.** | (1999, September 17-19).  <u>Three Dimensional Neuroimaging of the Brain: Relationship to Cognition and Behavior.</u>  NeuroHealth for the New Millennium. The Key to Independence.  An interactive conference focusing on brain injury, presented by Bancroft NeuroHelath.  Wyndham Franklin Plaza, Philadelphia, PA. |
| **Bigler, E.D.** | (1999, September 16-18).  <u>NeuroImaging–Creative Methods for Visualizing Brain Injury.</u>  Winning Brain Injury Cases: Legal and Medical Issues.  13th Annual Conference for Attorneys.  Arizona Biltmore Resort and Spa, Phoenix, AZ. |
| **Bigler, E.D.** | (1999, June, 23-26).  <u>Neuropsychology and Neuroimaging: Quantitative and 3-D Analysis,</u> Continuing Education Program.  The International Neuropsychological Society and the South African Clinical Neuropsychology Association 22nd International Conference, "Neuropsychology: Toward the Millennium".  Holiday Inn, Durban South Africa. |
| **Bigler, E.D.** | (1999, June, 11).  <u>Neuropsychology Aspects of the Mild to Sever Brain Injury.</u> Idaho Trial Lawyer's Association Annual Meeting Seminar.  Elkhorn Resort, Sun Valley, Idaho. |
| **Bigler, E.D.** | (1999, May 22).  <u>Visualizing the Brain: Health and Disorders.</u>  The Third Annual Claremont Conference on Applied Developmental Psychology: Issues in Development and the Neurosciences.  Claremont Graduate University, Claremont, California. |
| **Bigler, E.D.** | (1999, August).  <u>Interview with Experts:  Traumatic Brain Injury.</u>  APA Division 16 1998 Conversation Series videotape presentation.  , Toronto, Canada. |
| **Bigler, E.D.** | (1998, September 23-24).  <u>Neuro-Imaging and Clinical Outcomes in Childhood Traumatic Brain Injury.</u>  Critical Issues in Child & Adolescent Mental Health: Mood Disorders, Learning Disabilities, & Substance Abuse.  Jointly sponsored by The Center for Pediatric Continuing Education and The Children's Mental Health Institute (CMHI).  DoubleTree Hotel, Salt Lake City, Utah. |
| **Bigler, E.D.** | (1998, September 18).  General Session: TBI Update.  IHC Rehabilitation Services Conference.  Salt Lake City, Utah. |
| **Bigler, E.D.** | (July, 1998) <u>Quantitative Neuroimaging and Neuropsychological Outcome in Dementia, Traumatic Brain Injury, and Anoxia.</u> Invited Symposium; Annual Meeting of the International Neurological Society (INS). Hotel Atrium Hyatt, Budapest, Hungary. |
| **Bigler, E.D.** | (1998, June 4-7).  <u>Imaging and Brain Function.</u>  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury. Williamsburg, Virginia. |

| | |
|---|---|
| **Bigler, E.D.** | (1998, June 4-7).  Brain Imaging, Quantitative Analysis, and Outcomes.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury.  Williamsburg, Virginia. |
| **Bigler, E.D.** | (1998, May 14 & 15).  Neuroimaging and Neuropsychological Outcome.  Walter Reed Army Medical Center Neuropsychology Service Department of Psychology.  Walter Reed Army Medical Center, Washington D.C. |
| **Bigler, E.D.** | (1998, April 25).  What is dementia?  Neurology Section of the Texas Medical Association '98.  Austin, Texas. |
| **Bigler, E.D.** | (1998, April 25).  Alzheimer's disease: Epidemiology/collaborative study.  Neurology Section of the Texas Medical Association '98.  Austin, Texas. |
| **Bigler, E.D.** | (1997, November 10).  The interface of diagnostic neuroimaging with neuropsychological assessment: The role of quantitative MRI.  Seventeenth Annual National Academy of Neuropsychology Conference.  The Riviera Hotel and Casino, Las Vegas, Nevada. |
| **Bigler, E.D.** | (1997, October 26).  Neuroimaging: Quantitative analysis.  Braintree Hospital Rehabilitation Network in conjunction with Healthsouth.  Neurorehabilitation Conference.  Royal Sonesta Hoteal, Cambridge, Massachusetts. |
| **Bigler, E.D.** | (1997, October 26).  Neuroimaging and outcome.  Braintree Hospital Rehabilitation Network in conjunction with Healthsouth.  Neurorehabilitation Conference.  Royal Sonesta Hoteal, Cambridge, Massachusetts. |
| **Bigler, E.D.** | (1997, October 17).  Substance abuse and traumatic brain injury: Neuroimaging.  Fifth Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture.  Los Angeles, California. |
| **Bigler, E.D.** | (1997, October).  Brain Injury without the loss of consciousness: Fact or Fiction?.  Park City, UT. |
| **Bigler, E.D.** | (1997, September 18).  Clinical Correlations and Neurobehavioral Profiles and Recovery.  Shepherd Center Acquired Brain Injury Conference.  Atlanta, Georgia. |
| **Bigler, E.D.** | (1997, September 18).  Forensic Neuropsychology: The Role of Neuroimaging.  Shepher Center Acquired Brain Injury Conference.          Atlanta, Georgia. |
| **Bigler, E.D.** | (1997, May).  Brain Imaging.  Brain Damage Institute.  Seattle, Washington. |
| **Bigler, E.D.** | (1997, May).  Brain Imaging in Traumatic Brain Injury.  An Educator's Guide for Children with Acquired Brain Injury:  Creating a Collaborative Community of Care.  Buffalo, NY. |
| **Bigler, E.D.** | (1997, May).  Neuroimaging and Neuropsychological Correlates of Language Disorders.  Utah Speech and Hearing Association.  Salt Lake City, UT. |

41

**Bigler, E.D.**     (1997, April).  Test of Memory and Learning (TOMAL) in Evaluating Child and Adolescent Memory.  Nelson Butter's West Coast Neuropsychology Conference. San Diego, CA.

**Bigler, E.D.**     (1996, November 16).  Chair, Neuropathology of TBI.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia

**Bigler, E.D.**     (1996, November 16).  Chair, Neuroimaging, Evoked Potentials and Outcome. Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia.

**Bigler, E.D.**     (1996, October 31).  Neuroimaging and Neuropsychological Assessment Update. 16th Annual Meeting, National Academy of Neuropsychology, Inc., New Orleans, LA.

**Bigler, E.D.**     (1996, October 19).  Neuroimaging and Neuropsychological Assessment. Annual Fall Symposium, Philadelphia Neuropsychology Society.  Philadelphia, PA.

**Bigler, E.D.**     (1996, October 18).  Neuroimaging, Neuropsychology and Dimensia.  Grands Rounds lecture, Allegheny University of the Health Sciences, Department of Neurology.  Philadelphia, PA.

**Bigler, E.D.**     (1996, October 13).  Meet the Expert: Erin D. Bigler, Ph.D..  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL.

**Bigler, E.D.**     (1996, October 13).  TBI Expert Testimony:  Neuromedical and Neuropsychological Caveats.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL.

**Bigler, E.D.**     (1996, October 12).  Neuroimaging in TBI: Clinical Correlations with Neurobehavior Profiles and Recovery.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL.

**Bigler, E.D.**     (1996, September 20).  Neuropsychology and Neuroimaging.  Invited lecture, UND School of Medicine.  Fargo, ND.

**Bigler, E.D.**     (1996, August 12).  Quantitative Neuroimaging Findings, Traumatic Brain Injury, and Substance Abuse.  Symposium: Neurobehavioral and Neuropsychological Assessment of Drug Abuse, American Psychological Association Convention.

**Bigler, E.D.**     (1996, June).  Magnetic Resonance Imaging of the Brain:  Relationship Between Structure and Functions.  Invited lecture, 4th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer.

**Bigler, E.D.**     (1995).  Kronheim Lecture.  Invited lecture, Undersea and Hyperbaric Medical Society's Annual Scientific Symposium.

**Bigler, E.D.**     (1995, November). Current Status of Neuroimaging and Neuropsychological Assessment. Invited lecture, National Academy of Neuropsychology. San Francisco, CA.

**Bigler, E.D.**     (1995, November). Neuropsychological Assessment, Neuroimaging and Learning Disabilities. Learning Disabilities Association of Utah Conference.

**Bigler, E.D.**     (1995, August). New Directions in Brain Injury Diagnosis Using Imaging Technology. Texas Head Injury Association, 14th Annual State Conference.

**Bigler, E.D.**     (1995, August). Long-Term Outcomes. Texas Head Injury Association, 14th Annual State Conference.

**Bigler, E.D.**     (1994, January). Damage to Executive Function. The Mild Brain Injury Case, The Utah Head Injury Association, Salt Lake City, UT.

**Bigler, E.D.**     (1993, October). National Academy of Neuropsychology.

**Bigler, E.D.**     (1993, August). Chair, Symposium: Biological revolution-neuroimaging and neuropsychology. American Psychological Association, Toronto, Canada.

**Bigler, E.D.**     (1993, August). Quantitative magnetic resonance imaging and neuropsychological assessment. Paper presented at the annual conference of the American Psychological Association, Toronto, Canada.

**Bigler, E.D.**     (1993, May). Neuropsychological assessment and neuroimaging: A synthesis. Psychology Grand Rands presented at the University of Missouri.

**Bigler, E.D.**     (1992, November). Learning disabilities in children and evaluation and behavior management of ADHD. Lectures presented at The Child's Brain Conference. Austin, TX.

**Bigler, E.D.**     (1992, October). National Academy of Neuropsychology, Pittsburgh, PA.

**Bigler, E.D.**     (1992, September). Neuropsychological function and brainimaging invited address given at the annual Brain Function and Learning Conference at the University of North Texas, Denton, TX.

**Bigler, E.D.**     (1992, May). Neuropsychology of Parkinson's disease. Lecture presented at the Parkinson's Support Group, VA Medical Center, Salt Lake City, UT.

**Bigler, E.D.**     (1992, May). Traumatic brain injury. Invited lecture presented at the Seventh Annual Conference of the Missouri Head Injury Advisory Council, Missouri Division of Special Education, Jefferson City, MO.

**Bigler, E.D.**     (1992, March). Neuroimaging and Neuropsychology. Presidential Address, National Academy of Neuropsychology, November 1, 1990. Presented again at Neurology/Psychiatry Grand Rounds, University of Texas at San Antonio, February 14, 1991; at the 1991 National Academy of Neuropsychology, Dallas,

|  | Texas, November 1, 1991; at The University of Utah Seminar Series, November 18, 1991; and at Rancho Los Amigos Medical Center, University of Southern California, March 11-13, 1992. |
|---|---|
| **Bigler, E.D.** | (1991, November). Neuroimaging and Electrophysical Techniques. Invited address presented at the Mild to Moderate Head Injury Conference sponsored by the Utah Head Injury Association and Utah State Bar. (1992, November). New dimensions in neuropsychology: strengths and limitations of neuropsychological assessment. |
| **Bigler, E.D.** | (1991, October). Neuroimaging and Neuropsychological Assessment. Invited lecture at the conference entitled, "Cognitive assessment: An interdisciplinary dialogue" presented at Texas A&M University, College Station, TX. |
| **Bigler, E.D.** | (1991, August). Neuroimaging and Neuropsychological Assessment in Traumatic Brain Injury in School-aged Children. Invited address presented at The Utah State Office of Education Conference on "Serving students with traumatic brain injury in our schools." Salt Lake City, UT. |
| **Bigler, E.D.** | (1991, July). The Divine Brain. Brigham Young University Forum address, Provo, UT. |
| **Bigler, E.D.** | (1989, March). Memory Disorders: Neuropsychological and Anatomical Correlates. Grand Rounds Lecture. University of Texas Health Science Center in San Antonio, Dept. of Psychiatry. |
| **Bigler, E.D.** | (1988, November). Applications of Brain Imaging Techniques to Clinical Neuropsychology. Invited address/Workshop. National Academy of Neuropsychologists, Orlando, FL. |
| **Bigler, E.D.** | (1988, October). Current Status of Brain Imaging and Clinical Neuropsychology. Guest lecturer/Invited address at the Eighth Julie McGee Lamberth Conference, Baylor College of Medicine. |
| **Bigler, E.D.** | (1988, September). Alzheimers Assessment. Texas Department of Mental Health and Mental Retardation - Nursing Education Teleseries. |
| **Bigler, E.D.** | (1988, September). Visiting Professor, Texas A&M University, Department of Psychiatry. Neuropsychology update Lecture, Scott & White Hospital, Temple, TX. |
| **Bigler, E.D.** | (1987, April). Neuropsychology of Depression. Fourth Annual update in Psychiatry sponsored by the Department of Psychiatry, University of Texas Health Science Center at San Antonio, November 22, 1986. Colloquium Lecture, Brigham Young University, April 2, 1987. |
| **Bigler, E.D.** | (1987, March). Neuropsychology of Dementia. Invited lecture series, Edmonton Hospital and University of Alberta, Alberta, Canada. |

44

**Bigler, E.D.**        (1986, December). <u>Neuropsychology of Cerebral Trauma</u>. Invited address/Workshop, Florida State Psychological Association Conference, Fort Lauderdale, FL.

**Bigler, E.D.**        (1985, October). <u>Brain Imaging: Relationship to Clinical Neuropsychological Assessment</u>. Invited address at the National Academy of Neuropsychologists, Philadelphia, PA.

**Bigler, E.D.**        (1983, November). <u>Neuropsychological Diagnosis of Learning Disabilities</u>. Invited address at the 19th Annual Conference of the Texas Association of Children with Learning Disability, Waco, TX.

**Bigler, E.D.**        (1983, October). <u>Neuropsychology and Computerized Tomography</u>. Invited address at The National Academy of Neuropsychologists, Houston, TX.

**Bigler, E.D.**        (1983, May). <u>Neuropsychology Update</u>. Invited address at the Barrow Neurological Institute of St. Joseph's Hospital & Medical Center, Phoenix, AZ.

**Bigler, E.D.**        (1983, May). <u>Neuropsychology Workshop</u>. Brigham Young University, Provo, UT.

**Bigler, E.D.**        (1982). <u>Neuroanatomy and Neuropathology</u>. Invited address at The National Academy of Neuropsychologists Annual Meeting, Atlanta, GA.

**Bigler, E.D.**        (1981). <u>Assessment in Clinical Neuropsychology</u>. Invited address and workshop presented at the annual meeting of the National Association of School Psychologists, Houston, TX.

**Bigler, E.D.**        (1981). <u>Clinical Neuropsychology</u>. Training seminar presented to Psychology Doctoral Interns, Austin State Hospital, 1977, 1978, 1979, 1980, 1981.

**Bigler, E.D.**        (1981). <u>Neuropsychological Evaluation of the Learning Disabled Child</u>. Workshop presented to Region XIII Educational district, Austin, TX, Summer 1979, and Spring 1981.

**Bigler, E.D.**        (1980, November). <u>Current Developments in Neuropsychology of Learning Disabilities</u>. Paper presented as part of symposium on Learning Disability at the annual Texas Psychological Association Meetings, Austin, TX.

**Bigler, E.D.**        (1980, September). <u>Clinical Assessment of Cognitive Deficit in Traumatic and Degenerative Disorders: Brain Scan and Neuropsychologic Findings</u>. Paper read at the NATO conference on Neuropsychology and Cognition, Medical College of Georgia, Augusta, GA.

**Bigler, E.D.**        (1979, November). <u>Visually Evoked Potentials: Neuropharmacologic Interactions</u>. Invited address read at the 20th annual meeting of the German Democratic Republic Society for Pharmacology and Toxicology, Leipzig, East Germany.

45

**Bigler, E.D.** (1977). Bicuculline Potentiation of Photically Evoked After-discharges. Paper read at the Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.** (1977). Chairman, Section on Neuropharmacology, Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.** (1977). Clinical Neuropsychology. Seminar presented at the Psychologist's meeting of the Texas Department of Mental Health and Mental Retardation, Houston, TX.

**Bigler, E.D.** (1976). A Reinterpretation of Lateral Geniculate Function in the Rat. Paper read at the Rocky Mountain Psychological Association, Phoenix, AZ.

**Bigler, E.D.** (1975). Lateral Geniculate Multiple Unit Activity during Metrazol Potentiated Photically Evoked After-discharges in Rats. Paper read at the Society for Neurosciences (Arizona Chapter), Scottsdale, AZ.

**Bigler, E.D.** (1972). Personalized System of Instruction (PSI): Two Perspectives. Paper read at the Rocky Mountain Psychological Association, Albuquerque, NM.

**Bigler, E.D.** (1971). Errorless Auditory Discrimination in the Pigeon. Paper read at the Rocky Mountain Psychological Association, Denver, CO.

**Bigler, E.D.,** & Robinson, D.N. (1998, September 29). Mind and Brain. Psychology 390R Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.,** Lai, E.C., Meyer, C. & Winston, J.L. (1998, April 25). Panel discussion/Questions and answers. Neurology Section of the Texas Medical Association's Tex Med '98. Austin, Texas.

**Bigler, E.D.,** Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B., Brietner, J.C.S., Tschantz, J., Welsh-Bohmer, K.A., & Saumders, A.M. (1997, August). Quantitative Neuroimaging and Dementia. Chicago, IL.

**Bigler, E.D.** et al. (1997, June). Dementia and aging: A population based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging. International Neuropsychological Society. Bergen, Norway.

**Bigler, E.D.,** Blatter, D.D., & Ryser, D. (1996, November 16). Clinical and neuroimaging predictors of neurobehavioral outcome following traumatic brain injury. Paper presented at International Perspectives in Traumatic Brain Injury, Melbourne, Australia

**Bigler, E.D.,** Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.  Abstract published in the INS Bulletin, October 1983, pp. 40-41.

46

**Bigler, E.D.,**          Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular Enlargement, Cortical Atrophy, and Neuropsychological Performance Following Head Injury. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX. Abstract published in the INS Bulletin, October, 1983, p. 36.

**Bigler, E.D.**          & Eidelberg, E. (1976). Diazepam Suppression of Evoked After-discharges in Rat Lateral Geniculate Nucleus and Visual Cortex. Paper read at the Western Pharmacology Society Meetings, San Francisco, CA.

**Bigler, E.D.**          & Fleming, D.E. (1975). Pharmacological Modulation of Photically Evoked After-discharges, Dorsal Hippocampal EEG Rhythms, and Locomotor Activity in the Rat. Paper read at the Western Psychological Association, Sacramento, CA, and abstracted in Western Psychological Association Abstracts, 147, 1975.

**Bigler, E.D.,**          Millett, R.L. & Fleming, D.E. (1973). Dorsal Hippocampal Lesions and Unimpaired or Facilitated Conditioned Emotional Response Suppression in the Rat.  Paper read at the Western Psychological Association, Anaheim, CA.

Anderson, C.          & **Bigler, E.D.** (1993, October).  Ventricular dilation, cortical atrophy in neuropsychological outcome following traumatic brain injury.  Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Baca, L.          & **Bigler, E.D.** (1996, January).  Violent Assault Resulting in Head Injuries. Domestic Violence: Health Care's Role & Responsibility.  Salt Lake City, UT.

Bartholomew, J.,          Wilde, E.A., Hessel, C.D., Gandhi, P.V., **Bigler, E.D.**, Lowry, C., Ryser, D.K., & Blatter, D.D.  (1998, August 14-18).  Poster Session: Neuropsychology of Head Injury, Medical Disorders, and Psychiatric Disorders. QMRI of Corpus Callosum in TBI Males: Alcohol Use and Time Postinjury. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California.

Blatter, D.D.,          **Bigler, E.D.**, Ryser, D.K., Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., McNamara, S., & Bailey, B. (1994, May).  Correlation of The Functional Outcome Measure (FIM) with Quantitative and Semi-quantitative Analysis of MRI Following Traumatic Brain Injury (TBI). American Society of Neuroradiology.

Blatter, D.D.,          Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes. Presented at the meeting of the American Society of Neuroradiology, St. Louis, MO, June, 1992. Presented at the meeting of the Society of Magnetic Resonance in Medicine, Berlin, Germany, August, 1992. Abstract published in the Proceedings of the 11th Annual Scientific Meeting, 1992, Abstract No. 738, p. 71.

Cullum, C.M.,        & **Bigler, E.D.** (1987, February). <u>Cerebral Lateralization and The MMPI</u>. Paper presented at The International Neuropsychological Society Meetings, Washington D.C.

Fleming, D.E.,       & **Bigler, E.D.** (1975). <u>Electroencephalographic Correlates of Sidman Avoidance Responding</u>. Paper read at the Rocky Mountain Psychological Association, Salt Lake City, UT.

Hopkins, R.O.,       Gale, S.D., Pope, D., Weaver, L.K. & **Bigler, E.D.** (2000, February). <u>Ventricular Enlargement in Patients with Acute Respiratory Distress Syndrome</u>. International Neuropsychological Society Twenty-Eighth Annual Meeting. Adam's Mark Hotel, Denver, Colorado.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D. & **Bigler, E.D.** (1998, May). <u>Neuropsychological Outcome, Brain Perfusion Defects and Quantitative Magnetic Brain Resonance Imaging Following Carbon Monoxide (CO) Poisoning</u>. Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996). <u>Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning</u>. 1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996). <u>Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning</u>. 1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Kesler, S.R.,        Foley, H.A. & **Bigler, E.D.** (1998). Relationships Between Brain Abnormalities and Cognitive-Neurobehavioral Symptoms in Traumatic Brain Injury (TBI) Using Single Photon Emission Computed Tomography (SPECT), Clinical (MRI) and Quantitative (QMR) Magnetic Resonance. Twenty-Sixth Annual International Neuropsychological Society Conference, Honolulu, HI.

Laatsch, L.K.,       Varney, N.R., Wu, J.C., Hopkins, R.O., & **Bigler, E.D.** (1998, August 14-18). Symposium: Functional Brain Imaging in Neuropsychology and Rehabilitation. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, CA.

Lainhart, J.,       Johnson, M., Coon, H., McMahon, B., **Bigler, E.D.** & Tate, D. (2001, February 14-17). <u>Megalencephaly in autism: A quantitative magnetic resonance imaging study</u>. Paper presented at Psychiatric Research Society, Park City, UT.

Lu, L.,             **Bigler, E.D.** (December, 2000). Performance of Chinese stroke survivors on Chinese version of Trails B. Poster session presented at the annual meeting of the National Academy of Neuropsychology, Orlando, Florida.

48

Miller, M.J.,          Tate, D.F., Cleavinger, H.B., Rice, S.A., **Bigler, E.D.**, & Victoroff, J. (August 24, 2001). Exploratory Analyses of Neuroimaging, APOE, and Neuropsychological Performance of Dementia [Abstract]. The Clinical Neuropsychologist. Science poster presented at the Annual Meeting Science Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Orme, S.,             Clark, E., **Bigler, E.D.**, Pompa, J., & Kircher, J. (1998, August 14-18). Session: Neuropsychological Assessment, Methodological Consideration in Pediatric Traumatic Brain Injury Research. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, CA.

Piran, N.,            & **Bigler, E.D.** (1981). A Neuropsychological Investigation of the Theory of Schizophrenia. Paper read at the American Psychological Association Meetings, Los Angeles, CA.

Porter, S.,           Anderson, C.V. & **Bigler, E.D.** (1993, October). A serial study of hippocampal atrophy in neuropsychological outcome of 35 traumatically brain injured patients. Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Reichman, M.V.,       **Bigler, E.D.**, & Blatter, D.D. (1994, October). Biomechanics of Cerebral Concussions and Radiographic Considerations. Medicine in the Intermountain West: Update 1994, LDS Hospital, Salt Lake City, UT.

Rice, S.A,            Bigler, E.D., Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8). Corpus callosum morphology in autism. (Abstract). Journal of the International Neuropsychological Society, 9(2), 270.

Rice, S.A.,           **Bigler, E.D.**, Lainhart, J. Tate, D.F., McMahon, W., Coon, H., & Ozonoff, S. (2002, July24-27). Corpus Callosal Differences in Macrocephalic Autism and Relationship to IQ. Abstract and Poster presented at the International Neuropsychological Society Twenty-Fourth Mid-Year Meeting, July 24-27, 2002, Stockholm City Conference Center: Stockholm, Sweden.

Ryser, D.K.,          Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & Bigler, E.D (November, 2002). Predicting changes and length of stay for inpatient rehabilitation following traumatic brain injury. Poster presented at the Annual meeting of the Academy of Physical Medicine and Rehabilitation in Orlando, Fl.

Ryser, D.K.,          Johnson, S.C.., Blatter, D.D., Russo, A.A., Barker, L.H., Primus, E., **Bigler, E.D.** (1994, September 25). Quantitative Analysis of Magnetic Resonance Imaging post TBI: Correlation with the Functional Independence Measure (FIM) on admission and discharge from Rehabilitation. International Association for the study of Traumatic Brain Injury, St. Louis, MO.

Ryser, D.K.,          & **Bigler, E.D.** (1994, January). Usefulness of Subjective and Semi-Quantitative Analysis of CT & MR Neuroimaging for Predicting TBI Outcome. Sheldon Berrol, M.D. Brain Injury Symposium, Salt Lake City, UT.

49

Sweet, J.J,          Millis, S.R., Connor, D.J., Hasker, P.D., & **Bigler, E.D.** (1998, August 14-18).
                     Symposium: Detection of Feigned Cognitive Impairments–Current Issues and
                     Future Approaches. 106th Annual Convention of the American Psychological
                     Association. Moscone Center, San Francisco, California.

Tate, D.F.,          Miller, M.J., Rice, S.A., Cleavinger, H.B., & **Bigler, E.D.** (August 24, 2001).
                     Clinical Significance of Hippocampal Asymmetry in Alzheimer's Disease
                     [Abstract]. The Clinical Neuropsychologist. Science poster presented at the
                     Annual Meeting Scientific Program, Division of Clinical Neuropsychology (40)
                     of the American Psychological Association, San Francisco, CA.

Tate, D.F.,          Gilbert-Tate, J.J., & **Bigler, E.D.** (February 1998). Berry's Test of Visual-Motor
                     Integration and the Test of Nonverbal Intelligence: A Comparison Among School
                     Children in India. Twenty-sixth Annual International Neuropsychological
                     Society Conference, Honolulu, HI.

Turkheimer, E.       Farace, E., Yeo, R.A., & **Bigler, E.D.** (February 1992). A closer look at gender
                     differences in verbal and performance IQ following unilateral lesions [Abstract].
                     Journal of Clinical and Experimental Neuropsychology. Poster presented at the
                     annual meeting of the International Neuropsychological Society, San Diego, CA.

White, J.,           Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb
                     5-8, 2003).Performance on the Logical Memory Measure and Temporal
                     Lobe Atrophy. (Abstract) Journal of the International Neuropsychological
                     Society, 9(2), 317.

White J.,            Mortensen J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (2002,
                     October). The Controlled Oral Word Association Measure and Animal
                     Fluency Test and Temporal Lobe Atrophy. Poster accepted for presentation at
                     the 22nd Annual Conference of the National Academy of Neuropsychology,
                     Miami, Florida.

Wilde, E.A.,         Bartholomew, J., Lowry, C., Ryser, D.K., **Bigler, E.D.**, Gandhi, P.V., Hessel,
                     C.D., Brooks, M., Nielsen, D., & Blatter, D.D. (1998, August 14-18). Paper
                     Session: Neuroimaging and Cognition in Traumatic Brain Injury. OMRI
                     Correlates With Acute Cognitive and Functional Measures in TBI. 106th Annual
                     Convention of the American Psychological Association. Moscone Center, San
                     Francisco, California.

Wilde, E.A.,         Bartholomew, J., **Bigler, E.D.**, Meyer, K.J., Ryser, D.K., Blatter, D.D., Lowry,
                     C., Brooks, M.P., & Nielsen, D.L. (1997, August). QMRI and FIM Outcome in
                     Substance-Abusing TBI patients. Chicago, Illinois.

Yeo, R.A.,           Turkheimer, E., & **Bigler E.D.** (1984). The Influence of Sex and Age on
                     Unilateral Cerebral Lesion Sequelae. Paper presented at the XII annual meeting
                     of the International Neuropsychological Society (INS), Houston, Texas. Abstract
                     published in the INS Bulletin, October, 1983, p. 40.

PROFESSIONAL AND HONORARY SOCIETIES:

American Psychological Association
Society for Neuroscience
New York Academy of Sciences
National Academy of Neuropsychologists
Sigma Xi, the Research Society of North America
International Neuropsychological Society
American Academy of Neurology


AWARDS AND SCHOLARSHIPS:

President, Intermountain Chapter of Neuroscience, present

Treasurer, International Neuropsychological Society, 2001 – present

American Psychological Association Division 40 Awards Committee Member, 1999-2002.

Karl G. Maeser Distinguished Faculty Lecturer, Brigham Young University, 1999.

Distinguished Clinical Neuropsychologist Award for Career Contributions, National Academy of
Neuropsychology, 1999.

New Zealand Neurological Foundation Panel of International Referees member, 1998.

Teacher of the Year Award, Department of Psychology, Brigham Young University, 1991-1992.

President, National Academy of Neuropsychologists, 1989-1990.

Outstanding Texas Neuropsychologist & Texas Psychological Association, Healthcare Rehabilitation
Center, 1989.

Outstanding Service Award, Texas Association for Education and Rehabilitation of the Blind and
Visually Impaired, 1985.

Hogg Foundation Grant (A Neuropsychological contribution to the theory of schizophrenia), 1980-1981.

Who's Who in the Southwest, 1980-1981.

Outstanding Young Men of America Award, 1977.

Dissertation of the Year Award, Department of Psychology, Brigham Young University, 1974-1975.

Post-Doctoral Fellowship granted by the National Institute of Neurological and Communicative Disorders
and Stroke, Department of Health, Education and Welfare, Public Health Service, National Institutes of
Health, 1975-1977.

Academic Scholarships:  1967, 1968, 1973, 1974.

Pre-Doctoral Research Internship awarded by the Research Division, Brigham Young University, 1972-1973.

GRANTS:

Cache County of Memory in Aging Study, NIH Grant, AG-11380.

A Study of Megalencephaly in Autism, NIH Grant, HD 35476-04.

TBI and Rehabilitation, Deseret Foundation, 2000.

Long-Term Cognitive and Functional Outcome in ARDS Survivors, Deseret Foundation, May 1995.

Establishing Normative Neuropsychological Data for CO Trial, Deseret Foundation, May 1995.

EDITORSHIPS:

Editor, Texas Psychologist,1978-1980.

Associate Editor, Journal of the International Neuropsychological Society, 1990-Present.

Associate Editor, Archives of Clinical Neuropsychology, 1987-1998.

Consulting Editor, International Journal of Clinical Neuropsychology/Clinical Neuropsychology, 1978-1990.

Consulting Editor, Critical Issues in Neuropsychology, Plenum Press, New York, 1984-1999.

Consulting Editor, Archives of Clinical Neuropsychology, 1986-1987.

Consulting Editor, Journal of Learning Disabilities, 1986-present.

Consulting Editor, Neuropsychology Review, 1988-present.

Consulting Editor, Psychological Assessment, 1990-present.

Consulting Editor, Journal of Consulting and Clinical Psychology, 1990-93.

Consulting Editor, Neuropsychology, 1993- Present.

Editorial Board, Journal of Psychopathology and Behavioral Assessment, 1998-Present

Reviewer, The Gerontologist, 1999.

# TRIAL TESTIMONY OF ERIN D. BIGLER, Ph.D. (As of February 28, 2003)

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| January 13, 2003 | Emily Celarek vs. Don D. Rutland, Fire Protection District | LKA990140 | Albert Durkin Nolan Law Firm | Kane County Cthse Geneva, Illinois |
| January 8, 2003 | Campbell v. Rhodes | 00-CV-373 | Bruce Kaye Law offices of Bruce Kaye, L.L.C. | Division A, District Court of Adams County, Brighton, Colorado |
| November 8, 2002 | Bradford v. Smith | Civil #980903413 | Kelly MacFarlane Christensen & Jensen | 2nd Judicial District Court; Weber County, Utah |
| September 25, 2002 | Bradford v. Smith | Civil #980903413 | Kelly MacFarlane Christensen & Jensen | 2nd Judicial District Court; Weber County, Utah |
| June 6, 2002 | Brittany Koval, et al v. Kincheloe, et al | CIV 99-1524 | Michael Archuleta Whitehurst, Harkness, Ozmun & Arthuleta | U.S. District Court, Western District of Oklahoma |
| May 28, 2002 | Catherine Clayton, et al, v. Board of Education of the Salt Lake City School District | 990910054PI | Peter Collins, Attorney Budgen, Collins & Horton, L.C. | Third District Court in and for Salt Lake County, State of Utah |
| April 16, 2002 | Kristen Henricksen, et al , v. State of Montana, et al | DV 96-408 | Monte Beck | Montana Eighteen Judicial District Court, Gallatin County |

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| March 25, 2002 | Barbara B. Finizio, Paul Finizio individually and Christina M. Finizio by and through her guardian, ad Litem, Paul Finizio v. Harvest Inn and Coastal Hotel Group, Inc, and DOES 1 to 25, et al. | 26-10314 | Duane E. Clapp, Jr. Clapp, Moroney, Bellagamba & Vucinich | Superior Court of the State of CA in and for the County of Napa unlimited jurisdiction. |
| March 19, 2002 | Farrah Grayson, individually & Bailey Grayson, a minor by her mother and legal guardian, v. Laidlaw Transit Inc., et al. | 99-CV-1947 | David J. Greene | District Court, County of Adams, State of Colorado |
| December 17, 2001 | Cory Dodge vs Chris Gappmayer | 980404809 | Mark James | 4th Judicial District Court in and for Utah County, State of Utah |
| November 30, 2001 | Sam Van Ho v. Reliance Steel & Aluminum Col., dba Affiliated Metals, et al | 20422.2 | Julie Ann Blanch Snow, Christensen, Martineau | 3rd District Court, Salt Lake City, UT |
| November 20, 2001 | Elizabeth Guerrero; Bealie Ann Velvick and Terry Velvick vs. Republic Silver State Disposal, Inc. a Nevada Corp, et al. | A-385149 | Steven Baker Benson, Bertoldo & Baker | District Court, Clark County, Nevada |
| November 1, 2001 | Sherry Flick v DeJesus | A334327 | Randy Mainor, Attorney Mainor & Harris | 8th Judicial Court, Clark County, Nevada |

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| October 31, 2001 | Juan Salazar vs Airport Centre, Inc., a Florida Corporation et al | 99-02993-CA-02 | Phillip Gerson Law Offices of Phillip Gerson | Circuit Court or the 11th Judicial Circuit, Miami-Dade County, Florida |
| October 25, 2001 | Juan Lopez/First Financial vs Robert Pastran, & Jaime Rincon | CV-0097-000053 | Lorri Krehbiel Madison, Harbour, Mroz & Brennan, PA | 2nd Judicial District Court, County of Bernalillo, State of New Mexico |
| September 10, 2001 | David Carlton v. American Airlines | 4:01CV00256HW | John Howie | US District Court, Eastern District of Arkansas, Western Division |
| August 20, 2001 | Kelly McArthur vs Ladislau Steiner, MD | CL00-8323 | Herbert Pearce Crowley Law Firm | Circuit Court of Albemarle County, VA |
| August 23, 2001 | Justin Colas | 99 CV 1600 | Susan Kudla, Attorney Schoenwadk, Sanger, Kudla & Long | Denver District Court, Colorado |
| August 10, 2001 | John Radi v. University of Utah Hospital | 920900577PI | Terence Rooney Snow Christensen & Martineau | 3rd District Court, Salt Lake County, UT |
| May 25, 2001 | Tommy Peavy vs William E. Davis, Glazer's Wholesale Drug Company, Inc., AKA Cactus Beverage | 2000-00595 | Ray Putney | District Court Harris County, TX |

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| | Company of Texas, AKA Maxwell Distributing Company, et al. | | | |
| May 17, 2001 | Joshua Wiggins vs Peachtree Settlement Funding | Bankruptcy 99-40458 Adversary 99-06212 | Cullen Battle Fabian & Clendenin | United States Bankruptcy Court, District of Idaho |
| May 10, 2001 | Jessica Wood Nelson, vs Bernardo Padilla and Deanie Stott | 990700285 | Daniel S. McConkie Kirton & McKonkie | 2nd Judicial District Court, Davis County, Utah |
| May 2, 2001 | Sharon Garza and Israel Garza on behalf of ISRAEL GARZA, a minor, vs Emilio M. Torres, MD, Felix Hull, MD and St. David's Healthcare Systems, Inc. | GN000513 | Alice London | 345th Judicial District, Travis County, TX |
| April 26, 2001 | Manus v. American Airlines | 9:00611HW | Jim Jackson, attorney Boswell Tucker & Brewster | U.S. District Court Little Rock, Arkansas |
| April 4, 2001 | Hall v. Poltrans | OCV 005 D | Mel Orchard III Meyer & Williams | U.S. District Court, District of Wyoming Casper, WY |
| April 3, 2001 | Novak v. Hogan et al. | 990903932 | Peter Collins Bugden Collins & Morton | Third District Court Salt Lake City, UT |
| Mar 6 & Mar 8, | Capron v. Thompson | OOCV86D | Law Offices of | US District Court District of Wyoming |

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| 2001 | | | Lawrence Hartnett | Casper, WY |
| February 9, 2001 | Ross v. Alphonsus et al. | CV PI 9800418D | Owens James & Vernon | Ada County Courthouse Boise, ID |
| January 24, 2001 | Ross v. Wellington Leisure Products | 970902668 | Tracy Fowler Snell & Wilmer | 3rd District Court Salt Lake City, UT |
| Nov. 13 & 17, 2000 | Roness vs. Fed Ex et al. | Index #108301/97 | Ken Goldblatt Goldblatt & Associates | New York City, NY |
| November 14, 2000 | Justice vs. Methodist Hospitals of Dallas | No. DV99-4730-M | Michael Shore Shore, Fineberg | 298th Jud. Distr. Dallas County, TX |
| October 4, 2000 | Pamela Davis v. Boulder Mountain Ranch, Bob Cochran et al. | Civil No. 98CV0794G | Janet Lewis Lewis Law Offices | US Distr Court for Distr of Utah Central Division |
| September 25, 2000 | Walker v. Laurin | File #647-536 Claim No. HM012456 3AN-99-5570 | Thomas V. Van Flein Clapp Peterson … | Superior Court for State of Alaska, 3rd Judicial District Anchorage, AK |
| June 12, 2000 | Lebron et al. v. U.S.A. et al. | 99CA316UN | Michael Archuleta Whitehurst Harkness | US District Court, Western District of Texas, Austin, TX |
| May 30., 2000 | State of Utah vs. Roberto Arguelles | 971900530 971900531 971900532 | Kenneth Brown Brown Bradshaw Anderson & Moffat | Salt Lake City, UT |

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| May 24, 2000 | Charlotte Wallace vs. Roth Landscaping & Anderson | | Peter C. Collins Bugden Collins & Morton | Salt Lake City, UT |
| April 27, 2000 | Serna v. Serna and Larsen | 10,096 | Jason M. Romrell Moss Cannon and Romrell | Rigby, ID |
| March 8, 2000 | Robin Danar v. United Parcel Service | 98101 | Thomas Routh Nolan Law Group | New York, NY |
| February 4, 2000 | Beveridge vs. Deseret Construction | A351950 | William C. Jeanney Bradley Drendel & Jeanney | Las Vegas, NV |
| January 12, 2000 | Dickerson et al. Plaintiffs v. United States of America | SA-99-CA0001HG | Michael Archuleta Whitehurst Harkness | US District Court, Western District of TX, San Antonio Division, San Antonio, TX |
| September 15, 1999 | Linda Frakes vs. Edwin Thomas, Bruce Hatwin, Mark Obringer | C-98-CV-214J | Mel Orchard Meyer & Williams | US District Court of Wyoming Cheyenne, WY |
| September 1, 1999 | Gary Crandall vs. Sandra J. Temples | 970400330 | Kenneth Parkinson Howard Lewis & Peterson | 4th District Court Provo, UT |
| August 13, 1999 | Birmingham vs. R&L Carriers, Inc. | CIV-97-248-1 | Bruce Munson Huckabay Law Firm | Little Rock, AR |
| August 9, 1999 | Wilde vs. Wilde | | Doug Mortensen | Salt Lake City, UT |

| Date Testified | Name of Case | Case # | Law Firm & attorney name | Court and Location |
|---|---|---|---|---|
| July 9, 1999 | Atwood vs. Condie | | Rich Humphreys Christensen & Jensen | Salt Lake City, UT |
| May 26, 1999 | Willey vs. Salt Lake International and Russell Anderson Lester vs. Claysen | | Colin King Dewsnup King & Olsen | Salt Lake City, UT |
| January 29, 1999 | In the matter of the estate of LaWanna Stevenson | 963901234GC | Steve Hale Parr Waddoups | 3rd Jud. Distr. Ct, SL County Probate Division Salt Lake City, UT |
| January 11, 1999 | M. Hammil, a minor, by her parents and next friends, Louise & Thomas V. Marie Peterson and Laidlaw Transit Cir. | 95-0432A | Peter Eleey Law Offices of Peter Eleey | Plymouth SS Superior Court Boston, MA |
| January 27, 1998 | Francis M. Walker et ux v. The City Club et al. | 93-2349 | Drew Ranier Badon & Ranier | 14th Judicial Court Lake Charles, LA |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (as of February 28, 2003):

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| February 27, 2003 | Donald R. Lohrenz and Kim D. Lohrenz individually and as the parents and natural guardians of the minor child, KRL v. M.M., a minor child | DV 01-0468 | Larry Cozzens<br>Cozzens Warren Harris |
| February 26, 2003 | Kelly Bingham, a minor, by and through his mother and duly appointed Conservator, Joanne Bingham v. Jeronimo Martinez, and R.S. Western, Inc., a Colorado corporation | 02-C V -150-J | Bill McKellar<br>Boley & McKellar |
| February 25, 2003 | Teresa Coronado v. Washington Mutual Bank | 245460STC | David Cohn<br>Chain Younger Cohn & Stiles |
| February 18, 2003 | Massey v. Desert Rose Golf Course | A407535 | Trevor Atkin<br>Edwards Hale Sturman |
| February 18, 2003 | Veronica Macias et al. v. C.P. Allstar Corp et al. | GN101877 | Tom Harkness<br>Whitehurst Harkness Ozmun |
| January 31, 2003 | Jo Anne Milliken, individually and as next friend of Earl W. Milliken Jr. v. John Douglas Embry et al. | 64561 | Joel Fineberg<br>Law Offices of Joel Fineberg |
| January 14, 2003 | Perry v. Nelson | 11643 | Gerald R. Mason<br>Mason & Mason |
| January 10, 2003 | Robert Patrick Nolan and Jacqueline Nolan, plaintiffs vs. Rolls Royce Allison et al. | 01-4628 | Bruce Lampert<br>Schaden Katzman Lampert & McClune |
| December 20, 2002 | Julie Eversole as guardian ad litem for Jacob Eversole v. Valley Design & | 980700047 | Erik Ward<br>Gridley Ward Shaw |

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | Construction | | |
| December 17, 2002 | Doris Bruhn v. Interstate Brands Corporation, a Delaware corporation and Dave Berman, doing business as West Valley Billiards | 010903519PI | Peter Collins Bugden Collins and Morton |
| December 10, 2002 | Dale Prescott Anderson aka Scott P. Anderson v. Tricon et al. | CV01190MDWM | Paul T. Ryan Datsopoulos, MacDonald & Lind |
| December 3, 2002 | Joseph F. Bell, individually and on behalf of Madge Bell, Craig Bell and Brenda Bell v. David A. Dwyer, M.D. and Capitol Emergency Associates, PA and Columbia/St. David's Healthcare | GN1-04073 | Alice London, Attorney Watson, Bishop, & London |
| November 15, 2002 | Delores and Dwayne Kolschefsky vs. Mark W. Harris and Harris Law Firm | Civil Action # 283 | William Fix, Attorney Law Office of William Fix |
| November 5, 2002 | Marceline Richards vs. Nancy Z. Pierce | 990403797 | Spencer Hatch |
| October 30, 2002 | Eric Horton & Karen Horton v. Outback Steakhouse of Florida, Inc. dba, Outback Steak House, and Eric Edwards. | 01-2506-A | Roger Anderson, Attorney Gallen, Yarbrough & Anderson |
| October 29, 2002 | Marcellos Robinson, by & through his guardian et al vs. Toyota Motor Corporation, Inc. et al. | 01AS05448 | Leon Russell, Attorney Russell, Brown & Sawicki, LLP |
| October 16, 2002 | Arlon Massey V. Desert Rose Golf Course | A407535 | Trevor Atkin, Attorney Edwards, Hale, Sturman, Atkin & Cushing |
| October 9, 2002 | Houvinen v. Western Construction | 010904264 | David Cutt, Attorney |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 2

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | Specialties Case | | Eisenberg & Gilchrest |
| October 8, 2002 | Coy Love v. Stephen D. Wood, M.D., et al; | 000904790 | Norm Younker, Attorney<br>Fabian & Clendenin |
| September 27, 2002 | Megan Hofland v. Evans Construction et al. | 11818 | Jeffrey Tennyson, Attorney |
| August 28, 2002 | Alfred Martinez vs. Wilson Plaza Associates, LP et al | 00-649-B | Roger Braugh, Attorney<br>Sico, White & Braugh, LLP |
| August 7, 2002 | Patrick Honey & Barbara Honey vs. Ardean J. Ediger,M.D. & St. Luke's Regional Medical Center | CV PI 0000120D | Walter Bithell and Steve Andersen<br>Holland and Hart |
| August 7, 2002 | (Kelly Coburn) Lyn W. Austin et al, vs Fire-Lite Alarms, Inc et al | 01-206-BLW | John T. Lezamiz, Attorney<br>Hepworth Law Offices |
| July 3, 2002 | Jack Powers vs. Michael Hawley | 990801795 | Paul C. Farr<br>Perry, Malmberg & Perry |
| July 3, 2002 | Richard C. Blair vs. Toyota Motor Sakes USA, Inc. | 2:97-CV-781 K | Jim Clegg<br>Snow, Christensen, Martineau |
| June 19, 2002 | Lori Allen & Edgar Allen et al, vs Panther II Transportation, Inc., an Ohio Corp, vs SS Jay Logistics | 000050230MI | Bob Schuster, Attorney<br>Spence, Moriarity & Schuster |
| June 18, 2002 | David Hosick & Frances Hosick v. Morgantown-Indianapolis Freight Line, Inc. et al | 12250 | Tommy Jacks<br>Mithoff & Jacks |
| June 14, 2002 | Joseph Jorgenson & Kathy Jorgenson, vs. Steven J. Hatfield | 01-CV-694G | Rob Williams, Attorney<br>Meyer & Williams |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 3

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| June 10, 2002 | Joseph Mitchell v. Union Pacific Railroad Company | CIV-SO132 FCD/GGH | Kimberly Miller Larry Lockshin, Esq. |
| May 15, 2002 | Ryan Graves v. Horton Community Hospital | #00-2292-KHV | Janet Simpson, Attorney Holbrook, Heaven and Osborn, PA |
| May 10, 2002 | Calvin Jason, Sr. and Barbara Jason, v. The City-Parish of East Baton Rouge, et al | 468, 326N | Lee Overton |
| May 10, 2002 | Joshua Barton, by and through his parents and natural guardians, Matt Barton and Kimberly Barton, v. PHC Regional Hospital, a Utah Corporation, et al. | Civil # 990907725 MP | Rich Humphreys, Attorney Christensen & Jensen |
| May 8, 2002 | Eugene Sullivan v. Mogelson & Desmond | CV-99-1607 | Steve Andersen, Attorney Holland and Hart |
| May 1, 2002 | Eric Hemmert v. BBL Services Inc, et al | Civil # 11885 | Robert W. Horn |
| April 24, 2002 | Brittany Koval, et al v. Kincheloe, et al | CIV 99-1524 | Michael Archuleta Whitehurst, Harkness, Ozmun & Arthuleta |
| April 19, 2002 | Randy Gibbs v. Unum | 200CV00549B | Rich Humpherys, Attorney Christensen and Jensen |
| April 17, 2002 | Karen Blake as Guardian ad Litem of Sherri Mock, v. Kim Michelet, et al. | CV01-02017 | William Jeanney |
| April 17, 2002 | Joyce Holeman v. Schwan's Sales | 00-2-00185-08 | Craig Vernon/Bruce Owens |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 4

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | Enterprises, et al. | | Owens, James & Vernon |
| March 29, 2002 | Keith Douglas Karnes & Doris Dove, Co-Conservators for and on behalf of their ward, Robert L. Karnes, v. Harold R. Hileman, et al | C-99-727 | David Hampton<br>Hampton & Newman |
| March 22, 2002 | Stephen Brady, individually and Next Friend of Minor Son, JOSHUA BRADY, et al. v. Simon Property group (Texas), LP, et al. | 99-1095 | Evelina Ortega |
| March 20, 2002 | W. James Emmett V. Boise Cascade Corporation | 01-CV-55-RWA | James R. Halverson, Attorney<br>Herndon, Sweeney & Halverson |
| March 13, 2002 | Randy Gibbs v. Unum | 200CV00549B | Rich Humpherys<br>Christensen & Jensen |
| March 13, 2002 | Donald Roberts v. Gentry et al | 99CV213 | James Leventhal<br>Leventhal & Brown |
| February 27, 2002 | Ashley Christensen et al, v. Addi Brewer | CV-01-156 | Robert Bell<br>Reep, Spoon & Gordon |
| February 27, 2002 | Barbara B. Finizio, Paul Finizio individually and Christina M. Finizio by and through her guardian, ad Litem, Paul Finizio v. Harvest Inn and Coastal Hotel Group, Inc, and DOES 1 to 25, et al. | 26-10314 | Duane E. Clapp, Jr.<br>Clapp, Moroney, Bellagamba & Vucinich |
| February 20, 2002 | Marceline Richards v. Nancy Z. Pierce | 990403797 | Spencer Hatch |
| February 20, 2002 | John Harrington v. Stephens Trucking & Idaho State Insurance Fund | IC99-022646 | James Arnold<br>Petersen, Parkinson, & |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 5

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | | | Arnold |
| February 6, 2002 | Gary Machan V. Unum Life Insurance Company of America | 2:00CV904C | Scott Petersen Fabian & Clendenin |
| February 5, 2002 | Ryan Graves v. Horton Community Hospital | 00-2292-KHV | Janet Simpson Holbrook, Heaven and Osborn, PA |
| February 1, 2002 | Gary Machan V. Unum Life Insurance Company of America | 2:00CV904C | Scott Petersen Fabian & Clendenin |
| February 1, 2002 | Tom & Gloria Mayer v. Montana State University | DV99-380 | Larry Cozzens Crowley Law Firm |
| January 30, 2002 | Emily Celarek vs. Don D. Rutland, Fire Protection District | LKA990140 | Albert Durkin Nolan Law Group |
| January 11, 2002 | Lynda Fotos v. Crystal Lake Community High School | #96-LA 322 | Albert Durkin Nolan Law Group |
| January 4, 2002 | Reverend R. Michael Tuck & Mary P. Tuck PhD, Plaintiffs v. the estate of James C. Hampton, MD, Prudential Healthcare Inc., St. Paul Medical Center et al. | 00-9702 | Alan Laufman, JD, MD |
| December 21, 2001 | Penny Jo Wallace v. King Distributing and Lewis Dean Howard | 000906012 | David Lund Petersen and Hansen |
| December 21, 2001 | Jefferson Guy v. Vicky Lynn Miller, Genuine Parts Company and/or Napa Auto Parts | 00-2861 | Tom Carse |
| December 14, 2001 | Hannah Watson v. Jerome T. Washington, MD, Methodist Healthcare | 98-CI-10485 | Michael Archuleta, MD, MD Whitehurst, Harkness, |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 6

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | System of San Antonio, et al | | Ozmun, Archuleta |
| December 12, 2001 | Leigh Chambers v. Carlos J. Vazquez, MD, et al. | 96-4378-CI-21 | Dominick Saifi |
| November 21, 2001 | Richard Kuntz v. Prudential Prestige Real Estate | 990905746 | William Rawlings |
| November 9, 2001 | Patrick Hentges vs Patient First Richmond Medical Group, PLLC, Raleigh C. Powell III, MD and F. Wayne Mathewson, MD | L00-963 | Guy C. Crowgey, Attorney Eck, Collins & Marstiller |
| November 7, 2001 | Dana Wood v Jenkins & Allied Concrete Company | CL00-135 | Bruce Rasmussen Michie, Hamlett, Lowry, Rasmussen & Tweel |
| October 26, 2001 | Elizabeth Guerrero; Bealie Ann Velvick & Terry Velvick, v Republic Silver State Disposal, Inc, et al | A-385149 | Steven M. Baker Benson, Bertoldo & Baker |
| October 26, 2001 | Ruth Redekop, Kenneth Rowley, Ciao Milner, Peggy Milner, Kenneth Caffrey & Mavis Caffrey | DV-97-560A | Sean Hinchey, Joe Bottomly Bottomly Law Offices |
| October 19, 2001 | Michael Meister v. Presbyterian Healthcare Services, Richard Rock and Richard Rock, MD,PA | D1314-CV-99-706 | Travis Collier Rodey Law Firm |
| October 4, 2001 | Byron Williams v Daughters of Charity Health Services of Austin d/b/a/ Brackenridge Hospital et al | 98-08959 | Greig Coats, Attorney Mithoff & Jacks |
| October 3, 2001 | Marjean Gaylord as natural parent and guardian of Logan Wright v US Express | 01-CV-028-D | Robert A. Krause, Attorney Spence, Moriarity & Schuster |

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | and Ravinder Singh, individually | | |
| September 21, 2001 | Joshua & Joe Call vs Allstate Insurance Company | CV-00-3507 | Bryan Smith, Attorney McGraff, Meacham, Smith & Seamons |
| September 19, 2001 | Jefferson Guy vs Vicky Lynn Miller, and Genuine Parts Co. | 00-2861 | Tom Carse |
| August 28, 2001 | Steven Fellows vs. Suburban/Coleman, et. al. | SCV8679 | Arnold Hafford Laub & Laub |
| August17, 2001 | Sandy Spaulding & Steve Spaulding, Vs. Kenneth Rutstein, Mall Contractors Limited Liability Co., A Wyoming limited liability, et al. | C-00-424 | Mel Orchard |
| August 15, 2001 | Kelly McArthur vs Ladislau Steiner, MD | CL00-8323 | Herbert Pearce Crowley Law Firm |
| August 15, 2001 | David Carlton v. American Airlines | 4:01CV00256HW | John Howie |
| August 10, 2001 | Ken Rymer vs Steel Deck Erectors; Oakland Construction Company | 000901447 | David A. Cutt, Eisenberg & Gilchrist |
| August 8, 2001 | Linda Curnutt and Ronald Curnutt vs Landstar Inway, Inc., Richard Bontrager, an individual and DOES ONE through 100 inclusive. | 2:01CV136B | Michael Shea, Attorney Shea & Shea |
| August 3, 2001 | Mitchell Vega vs John Herbert Shaw & US Cargo Inc, a Florida Corporation, et al. | 99-01112 CA 13 | Philip M. Gerson Law Offices of Philip M. Gerson, P.A. |
| August 1, 2001 | Thomas Ripley vs Sunnyside Cogeneration Associates; Historical | 000700772 | Jeff Gooch, Attorney |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 8

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | Properties, Inc.; Cosi Sunnyside Inc.; Constellation Energy Group | | Spence Moriarity & Schuster |
| August 1, 2001 | Jefferson Guy vs Vicky Lynn Miller, and Genuine Parts Co. | 00-2861 | Tom Carse |
| July 31, 2001 | Madonne Miner, Mark Miner and Cynthia Schuman, as Conservators of the estate of Mary Theresa Miner, an incompetent adult vs Bell Sports, Inc., Bell Helmets, Inc. Bell Bicycle, et al. | 950906683PI | Charles Thronson<br>Parsons, Behle & Latimer |
| July 27, 2001 | Thomas Tomisin vs Steven J. Stromberg | 980908281 | Bryce Froerer |
| July 27, 2001 | Kathryn Walker vs Alvis Barrier MD and Al Pokorny, MD | 00-260 | Joe Bluemel<br>John Brooks<br>Viastos, Brooks, Henry |
| July 20, 2001 | Cory Dodge vs Chris Gappmayer | 980404809 | Mark James |
| July 18, 2001 | Delores and Dwayne Kolschefsky vs. Mark W. Harris and Harris Law Firm | 283 | William Fix<br>Law Office of William Fix |
| July 18, 2001 | Stephen Gacioch vs John H. Bellows, EBR Management, LLC and John Does I - V | 99090774 | Erik Ward<br>Gridley, Ward & Shaw |
| July 11, 2001 | Kelly McArthur vs Ladislau Steiner, MD | CL00-8323 | Herbert Pearce<br>Crowley Law Firm |
| July 11, 2001 | Nicholas Sorensen vs Jack W. Marcelis; Michell Marcelis; Sean Marcelis | 000905711 | Rich Humpherys<br>Christensen & Jensen |
| July 6, 2001 | Audrey C. Oswalt vs Thomas R. Riggs, MD | 96-10558 | Michael Shore<br>Lauren, Baudhuin & Shore |

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| June 20, 2001 | Louis Van Holt vs National Railroad Passenger Corporation | 98L007547 | Albert Durkin Nolan Law Group |
| June 19, 2001 | Jennifer Lovan, as the natural mother and guardian ad litem of ANGEL LOVAN, a minor, vs. Steven C. Lloyd, Nita Lovan, Randy Brixey, & DOE defendants 1-10, whose true name and identities are unknown. | CV P19600305D | Mike Stefanic Anderson, Julian & Hall |
| June 18, 2001 | Alexandra Rentfro vs Donald P. Ward | GN0-01005 | Greg Coates Mithoff & Jacks |
| June 10, 2001 | Lawrence Voegele & Ina Foster vs Stephen Seldon, MD, Randall Peoples, MD, Sunrise Hospital & Medical Center, LLC, a Delaware Limited Liability Company; and DOES II through X, inclusive. | A402153 | Theodore Hoffman Hoffman & Wallick |
| June 1, 2001 | Ryan Truchot vs State Farm | 00216J | George Powers Sundahl, Powers, Kapp & Martin |
| May 30, 2001 | Nicholas Sorensen vs Jack W. Marcelis; Michell Marcelis; Sean Marcelis | 000905711 | Rich Humpherys Christensen & Jensen |
| May 18, 2001 | Sherry Flick vs Kenneth DeJesus, Julie Flick, and DOES I-X, inclusive | A334327 | W. Randall Mainor Mainor & Harris |
| May 16, 2001 | Juan Lopez/First Financial vs Robert Pastran, & Jaime Rincon | CV-0097-000053 | Lorri Krehbiel Madison, Harbour, Mroz & Brennan, PA |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 10

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| May 14, 2001 | Glenn Cook vs Great American Casinos Inc, et al. | CV 99-00444 | Peter Collins Bugden, Collins & Morton |
| May 10, 2001 | Jamie Wheeler & Neil Seiffert vs Faye Wheeler; Richard J. Singleton' DOES I through X; and, ROE corporations I through X, inclusive | A390374 | Hafen, Porter & Storm Erich N. Storm |
| May 9, 2001 | Glenn Cook vs Great American Casinos Inc, et al. | CV 99-00444 | Peter Collins Bugden, Collins & Morton |
| May 4, 2001 | Lori Jean Fillmore vs IHC Health Services, Inc., a Utah corporation; Utah Valley Regional Medical Center, an unincorporated subdivision of IHC Health Services, Inc., David Groesbeck, M.D., John Doe I, John Doe II, John Doe III, [corporations a,b,c] | 980901638 PI | Snell & Wilmore Byron Benevento |
| April 25, 2001 | Nicolas Zamudio and Maria Vazquez-Zamudio, Individually and as Next Friends of Marlen Zamudio, a Minor v. Paul William Sheeran, M.D. et al. | 99-07017 | Greig Coates Mithoff & Jacks |
| April 20, 2001 | Juanita Becker (Plaintiff) vs. Clinton City, a Municipal Corporation & John Does I through IV (Defendants) | 000601141 | Erik M. Ward Gridley Ward & Shaw |
| April 18, 2001 | Dean Huntzinger and Jeana Huntzinger v. Don Winegar | A386988 | Robert Cottle Mainor and Harris |
| April 17, 2001 | Dennis Holdaway v. Dr. Gerald Goodman | 980910682 | D. David Lambert Howard Lewis Petersen |
| | Rochelle T. Johnson, by and through | | |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 11

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| April 6, 2001 | Neldon P. Johnson, her guardian (plaintiff) vs. Banc One Financial Services, Inc. & Jeff T. Sloan (defendant) | 980405302 | |
| April 3, 2001 | Manus v. American Airlines | 9:00611HW | Jim Jackson, attorney Boswell Tucker & Brewster |
| March 30, 2001 | Justin Lee Colas by and through his parents and next friends, Cathi A. Colas & Todd Colas; and Cathi A. Colas & Todd Colas, individually v. Patricia A. Giuffre, M.D. | 99 CV 1600 | Susan Kudla Schoenwald Sanger Kudla and Long |
| March 28, 2001 | Garza et al. v. St. David's Hospital et al. | GN000513 | Alice London |
| March 20, 2001 | Debra Pellicia & Robert Pellicia v. American Airlines | CV-00-913 | Michael Slack Slack & Davis |
| March 15, 2001 | Walter Owens et al. v. Monsanto Company | CV96PT 0440E | James Wright Mithoff & Jacks |
| March 9, 2001 | Vega v. Shaw | 99-V090-387 | Philip M. Gerson Philip M. Gerson, P.A. |
| March 7, 2001 | Campbell v. T.R. Transportation, Tommy Joe Rhodes | OO-CV-373-A | Bruce J. Kaye Law Office of Bruce J. Kaye |
| February 23, 2001 | Farrah Grayson v. Laidlaw Transit Services Inc. and Daniel Pembroke | 99CV1947 | David J. Greene David J. Greene, sole proprietor |
| February 21, 2001 | Brenda Salmond v. American Airlines Quinton Salmond v. American Airlines | 4:00CV00776HW 4:00CV00775HW | John Howie Howie & Sweeney |
| February 16, 2001 | Joshua John Wiggins v. Peachtree | 99-40458 | Cullen Battle |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 12

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | Settlement Funding | 99-06212 | Fabian & Clendenin |
| February 14, 2001 | Whitman v. BMC West | CV PI 000270D | P. Richard Meyer<br>Meyer and Williams |
| January 31, 2001 | John Radl v. University of Utah Hospital | 920900577PI | Terence Rooney<br>Snow Christensen &<br>Martineau |
| January 31, 2001 | Christy Fausett v. Rebecca Crowley | 990401913 | Jackson Howard<br>Howard Lewis & Peterson |
| January 26, 2001 | Tommy Peavy et ux v. William E. Davis et al. | 2000-00595 | Ray Putney<br>Law Offices of Ray Putney |
| January 25, 2001 | Ross v. Alphonsus et al. | CV PI 9800418D | Bruce Owens<br>Owens James & Vernon |
| January 24, 2001 | Ray E. Toler & his wife, Catherine Toler v. American Airlines, Inc. | 4:00CV00849-HW | Michael Slack<br>Slack & Davis |
| January 12, 2001 | Shiv S. Pathak, plaintiff v. Hans George Mattes... | 221055 | Richard Schoenberger<br>Walkup Law Firm |
| January 10, 2001 | Mark Thoreson v. Wood River Medical Center, P. Scott McLean, M.D., Thomas A. Coffman, and Stephen Wasilewski, M.D. | CV985259 | Robert Schuster<br>Spence Moriarity & Schuster |
| January 10, 2001 | Rex Jacobsen and Billie Jacobsen v. Vernal City and Kenneth Rasmussen | 000800127 | Clark McClellan<br>McKeachnie Allred &<br>McClellan |
| January 5, 2001 | Allen et al. v. Schwarzwald | 1999-44182 | Michael Archuleta<br>Whitehurst Harkness... |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 13

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| December 29, 2000 | Kyle v. Employers Casualty Company | Cause No. 96-09648 | Bob MacInnes MacInnes, Whigham, Lively & Siefken |
| December 20, 2000 | Scott Thomas et al. Vs. Ford Motor Company | Case No. 2:99-CV-487B | Edgar J. Heiskell Chandler, Franklin & O'Bryan |
| December 13, 2000 | Byron Williams, a Minor, by and through his Next Friends, Victor Karl Shaw and Theresa Williams-Shaw, Victor Karl Shaw, Individually, and Theresa Williams-Shaw, Individually v. Daughters of Charity Health Services of Austin, et al. | Cause No. 98-08959 | Greig Coates Mithoff & Jacks |
| December 1, 2000 | Hunter Henrickson vs. State of Montana and Montana State University | Cause No. DV-96-408 | Monte D. Beck Beck & Richardson |
| November 30, 2000 | Everett Starling vs. Union Pacific Railroad Comp. | Case No. 99-4181-RDR | Roger Roe, Jr. Yaeger Law Firm |
| November 29, 2000 | Hall v. Poltrans | Case No. OCV 005 D | Mel Orchard III Meyer & Williams |
| November 22, 2000 | Howe v. HTI of UT | Civil No. 99-09010795 | Ruth Lybbert Dewsnup King & Olsen |
| November 15, 2000 | Eric Mead & Amanda L. Mead vs. Dillon Companies, Inc., d/b/a King Soopers, Inc. | 00 CV 0218 | Bruce H. DeBoskey Silver & DeBoskey |
| November 7, 2000 | Achenbach vs. Express Way, Inc. and John Does I-IV | Civil No. 980912382 PI | Warren Driggs Robert DeBry & Assoc. |
| November 1, 2000 | Ross v. St. Alphonsus et al. | Case No. CV PI 9800418D | R. Bruce Owens Owens James & Vernon |
| | | Case No. | Susan M. Stevenson |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 14

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| October 25, 2000 | Ross v. Wellington Leisure Products | 970902668 | Snell & Wilmer |
| October 25, 2000 | Howe v. HTI of Utah, Inc. | Case No. 0008000059 | Ruth Lybbert<br>Dewsnup King & Olsen |
| October 6, 2000 | Capron vs. Thompson | Case No. OOCV 86D | Lawrence Hartnett |
| October 4, 2000 | Armstrong v. Glen C. Pickett and John Does 1-5 | Civil No. 980908711 | Steven B. Smith<br>Scalley & Reading |
| October 3, 2000 | Tyler vs. Christensen Chevrolet Buick Geo | Case No. 2:99 CV 805K | Colin King<br>Dewsnup King & Olsen |
| September 12, 2000 | Stephens v. R.Q. Construction et al. | 98-0911436 | Lynn Harris<br>Harris & Carter |
| September 6, 2000 | Foster vs. Home Depot, USA | 410135 | Michael Danko<br>O'Reilly & Collins |
| September 5, 2000 | Nelson vs. Padilla | 990700285 | Daniel McConkie<br>Kirton & McConkie |
| September 1, 2000 | Justice vs. Methodist Hospitals of Dallas | DV99-4730-M | Michael Shore<br>Shore Fineberg |
| August 22, 2000 | Witcher vs. Ash Park Apartments, Ltd. | 17-175609-98 | John David Hart<br>Law offices of John David Hart |
| August 2, 2000 | M. Kathryn Miller vs. Safeco Ins. Company of Illinois | DV99-00040-L | Frank Cawley<br>Law Offices of R. Jack Ayres, Jr. |
| July 14, 2000 | Thomas C. Grover and Laurie B. Grover vs. Christopher Richards and Austin | 99-04490 | Sherra Kay Read<br>Mithoff & Jacks |

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | Radiological Association | | |
| July 7, 2000 | West v. Seagull Glass | 980902348PI | James E. Morton<br>Bugden Collins & Morton |
| August 16, 2000 and August 18, 2000 | Weisman vs. Travelers Property Casualty and USF&G | UIM CI #5900 273921 014 | Thomas Vesper<br>Westmoreland Vesper & Schwartz |
| June 7, 2000 | Lebron et al. v. U.S.A. et al. | 99CA316UN | Michael Archuleta<br>Whitehurst Harkness |
| June 2, 2000 | Serrano v. Healthsouth | 98-05375 | Tom A. Stribling<br>Colbert Freeman & Stribling |
| May 31, 2000 | Joe & Amber Johnson v. Roadway Express | 980901863 | Christopher Shaw<br>Gridley Ward & Shaw |
| May 31, 2000 | Tamme Webb Henry vs. Century Theatres | 990900-366 PI | T.J. Tsakalos<br>Kipp & Christian. P. C. |
| May 24, 2000 | Sanchez vs. Hyman Power | 96 L 596 | Thomas Routh<br>Nolan Law Group |
| May 19, 2000 | Paman v. Lerner Processing Labs, Inc. | | Michael Harris<br>Root & Harris |
| May 16, 2000 | Charlotte Wallace vs. Roth Landscaping & Anderson | | Peter Collins<br>Bugden Collins & Morton |
| May 10 & 12, 2000 | Roper v. Grefenson et al. | 97-3730 | Robert Harlem<br>Robert Harlem & Assoc. |
| April 19, 2000 | Mary Ruth & Roger Forsey v. Idaho & Bannock Paving | CVP198-00080A | Steven v. Reichert<br>Service Gasser & Kerl |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 16

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| April 11, 2000 | Patricia Friedmutter vs. Cecile Crowe | A374278 | Jason Awad<br>Jason Awad & Assoc. |
| April 7, 2000 | Hempfling v. Dyncorp et al. | CV-N-97-417-DWH | Robert A. Dotson<br>Laxalt & Nomura, Ltd. |
| March 13, 2000 | Michael Flahive vs. Payless Cashways, Inc. | 71, 362-A | Robert A. MacInnes<br>MacInnes Whigham, Lively & Siefken |
| March 10, 2000 | Lecompte vs. DCC (Daimler Chrysler Corp) | 7824-JG99 | Mikal C. Watts<br>Harris & Watts |
| March 6, 2000 | Cheri A. McMahon v. Francis Dickson, M.D. | CAL 98-10466 | Christopher Mangold<br>Law Offices of Christopher Mangold |
| February 23, 2000 | Sampson et al. v. John Carl Phillips, D.D. et al. | 22,692 | Michael Archuleta<br>Whitehurst Harkness... |
| February 16, 2000 | Hope Little v. Walmart Stores, Inc. | PR98-12-003 | Richard Hincks<br>Nielsen & Senior |
| January 28, 2000 | Bill Majors v. Keller Industries, Inc., Home Depot International, Inc.; and Home Depot USA, Inc. | 96-08895-I | Michael L. Atkinson<br>Atkinson & Associates |
| January 26, 2000 | Lori de Jesus et al. v. Wyeth Ayerst Laboratories et al. | D-001-OV-98-01490 | Walter Melendres<br>Montgomery & Andrews |
| January 19, 2000 | Wallace vs. Allstate et al. | 970906020 PI | Peter Collins<br>Bugden Collins & Morton |
| January 17, 2000 | Beveridge vs. Deseret Construction | A351950 | William C. Jeanney<br>Bradley Drendel & Jeanney |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 17

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| January 7, 2000 | Alan Trujillo and Sharon Trujillo vs. Utah Dept of Transport, Ball, Ball and Brosamer, Inc., a California corporation; and John Does I through X or Trujillo vs. UDOT et al. | 960907179PI | Gary B. Ferguson Williams & Hunt |
| January 5, 2000 | Matter of Bob Carter v. Safeco/American Insurance Company | | Gregory J. Sanders Kipp & Christian |
| December 18, 1999 | Kathy Weaver v. Delta Airlines, Inc. | CV98-151-Blg-Jds | Randall Bishop Jarussi & Bishop |
| December 16, 1999 | Cheri A. McMahon v. Francis Dickson, M.D. | CAL 98-10466 | Chris Mangold Law Offices of Chris Mangold |
| October 22, 1999 | Buchman vs. State Farm | Civil No. 960901814 | Jeff Gooch Spence Moriarity & Schuster |
| October 13, 1999 | Davis vs. Cochran | Civil No. 2 98CV0794G | Janet Lewis Law Offices of Janet Lewis |
| September 24, 1999 | Tessa Maxwell vs. Wain Allen, M.D. et al. | Civil No. 970300086 | Gary Ferguson Parsons Behle & Latimer |
| September 20, 1999 | Dennis Nielsen vs. Specialized Bicycles | | Richard Burbidge Burbidge & Mitchell |
| September 10, 1999 | Wilmshurst vs. Carriage Cove | | Ralph Smith Ray Quinney... |
| September 8, 1999 | Gregory vs. St. Stephen's Episcopal School, Inc. | | Walt Williams Law Offices of Walt Williams |
| August 31, 1999 | Anderson vs. Anderson | | David Caldwell Law Offices of David Caldwell |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 18

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| August 18, 1999 | Taylor vs. Fullmer | | Chris Nelson<br>Richards Brandt Miller Nelson |
| August 9, 1999 | Birmingham vs. R&L Carriers, Inc. | Circuit No. CIV-97-248-1 | Bruce Munson<br>Huckabay Law Firm |
| July 27, 1999 | Hesselsweet vs. Kappa Alpha | Cause No. 9804779 | Bill Whitehurst<br>Whitehurst Harkness… |
| July 14, 1999 | Walker vs. Vintage | | Milton Younger<br>Chain Younger … |
| June 17, 1999 | Stern vs. Anthony Industries | No. C97-01789 | Cynthia Byrd<br>Law Offices of Michael Veen |
| June 16, 1999 | Ervin vs. Willis Trucking | Civil No. 97090100901 | Jeff Eisenberg<br>Dewsnup King & Olsen |
| June 1, 1999 | Prudencio vs. Chen Family Investments | Cause No. 98-05922 | Al Hassler<br>Smith & Hassler |
| May 26, 1999 | Siddons vs. Business Properties | Case No. CV93-11735 | Melvin McDonald<br>James Skelton & Hochula |
| May 21, 1999 | Meister vs. North Aurora Motel, Inc. | | Chris Mangold<br>Law Offices of Chris Mangold |
| May 19, 1999 | Warr vs. BMC | Civil No. 960300066WD | Richard Meyers<br>Meyer & Williams |
| May 14, 1999 | Airmet vs. Troutan | | Richard Gage |
| May 12, 1999 | Linda Graham vs. Salt Lake Leasing | Civil No. 980911366 | Nate Alder<br>Christensen & Jensen |
| May 7, 1999 | Linda Frakes vs. Edwin Thomas | Case No. 98-CV- | Rebecca Louis |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 19

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| | | 214-J | Louis & Hunt |
| April 30, 1999 | Goguen vs. Durrant | | Mark Griffin<br>Woodbury & Kesler |
| April 21, 1999 | Flick vs. Tonga | Case No.<br>920400488PI | Chris Nelson<br>Richards Brandt Miller Nelson |
| April 20, 1999 | Howe v. Northern Nevada Railroad | Case No. CV-<br>9706135 | Peter Collins<br>Bugden Collins & Morton |
| April 15, 1999 | Warr vs. BMC | Civil No.<br>960300066WD | Richard Meyer<br>Meyer & Williams |
| April 9 & 13, 1999 | Aarestad vs. Shuwa | | Mark Choate<br>Choate Guinn ... |
| March 29, 1999 | CNA vs. Mason | Civil No. 980403553 | Steven Trainer<br>Strong & Hanni |
| March 17, 1999 | Caesar Benavidez vs. Jaysau Ltd. | | Al Hassler<br>Smith & Hassler |
| March 10, 1999 | Charlene Dickman vs. John R. Campbell | | Richard Burbidge<br>Burbidge Carnahan, Ostler &<br>White |
| March 10, 1999 | Charlotte Howe vs. Northern Nevada<br>Railraod | Case No. CV-<br>9706135 | Peter Collins<br>Bugden Collins & Morton |
| March 5, 1999 | Nicole Atwood vs. Jeffrey Condie | | Rich Humphreys<br>Christensen & Jensen |
| March 4, 1999 | Marija Ziramov vs. Sherry Forsyth | Civil No. 980404027 | Mike Petro<br>Young Kester & Petro |

Depositions of Erin D. Bigler, Ph.D. (as of February 28, 2003) - Page 20

| Date of Deposition | Name of Case | Case # | Law Firm & Attorney |
|---|---|---|---|
| March 3, 1999 | Anita Gori v. Lamonicas | Civil No. 960900428 | Jim Hasenyager<br>Law offices of Jim Hasenyager |
| March 2, 1999 | Westberg v. Prudential Ins. Co. | Case No. Civ. 96-0333-5-LMB | Don Bailey<br>Bailey & Kornblum |
| February 26, 1999 | Salas v. Waste Management | | Scott Christensen<br>Plant Wallace Christensen |
| February 17, 1999 | Karey Herring v. Electrical Wholesale Supply Inc. et al. | Civil No. 980501230CV | Jeff Eisenberg<br>Dewsnup King & Olsen |
| February 3, 1999 | Sandra Jauragui v. First Equity Holdings of America | | Al Hassler<br>Smith & Hassler |

**Erin David Bigler, Ph.D.**
A Professional Corporation
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

August 13, 2002

**TAX ID #87-0514798**

RE:     The following is a listing of Dr. Bigler's fees:

**New Case Consultation Fee/Comprehensive Review of Records**          **$1,750.00**
·   Non-refundable retainer to be used towards future charges for review of
    records and conferences with attorneys.  From this retainer, Dr. Bigler's hourly
    charge for forensic work is $275.00/hour.  No work will begin until this retainer
    is received.  This retainer is not to be used toward neuropsychological testing.

**Neuropsychological Testing**          **$1,750.00**
·   Comprehensive Battery - - includes initial consultation, full battery of testing,
    report, and review of test results.

**Exploratory Review of Records/Consultation**          **$275.00**
·   One hour review of records/consultation with attorney to determine if attorney
    would like to proceed to Comprehensive Review of Records, etc.

I have also enclosed our retainer/cancellation policies for your review and signature.  If
you should have any questions, please feel free to contact me at 801-374-8536.

Sincerely,

Susan Wheatley
Business Manager

/srw

Enclosures

**IF FEDERAL EXPRESS SERVICE IS NECESSARY,
PLEASE SEND TO THE FOLLOWING ADDRESS:
Erin D. Bigler, Ph.D., P.C.
c/o Susan Wheatley, Business Manager
408 North 500 West
Provo, UT  84601**

**Mailing Address:** PO Box 1968, Provo, Utah  84603-1968
**Clinic Address:** LDS Hospital Medical Office Plaza 2, Ste 106, 370 East 9th Avenue, Salt Lake City, Utah 84103
**Appointments:** (801) 377-1072; Fax: (801) 377-1079  **Billing:** (801) 374-8536  **Fax:** (801) 374-1072
**Salt Lake Office:** (801) 408-5755

EXHIBIT E (VIDEOTAPE)