

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

## Alan B. Johnson

| | |
|---|---|
| Maggie Botkins, Deputy Clerk<br>Julie Hedelson, Court Reporter<br>Mike Thelen, Law Clerk | December 3, 2003<br>Cheyenne, WY |

| | |
|---|---|
| Case No. 02-CV-16 AND 02-CV-17 | Counsel: |
| **Joette Williams et al** | Nick Murdock, Mark Carman, Bill Slamkowski, Todd Ingram, Scott Olheiser, Bob Schuster |
| Plaintiff,<br>v. | |
| **Vail Resorts Development Company et al** | Billy Gunn, Peter Rietz, Martha Rehm, Charles Clay, Pat Murphy, Chris Yvard, Chris Byrd |
| Defendant. | |

### COURTROOM MINUTES

#### Jury Trial
#### Day 11

Court notified parties that Mrs. Elaine Clark (juror) permanently excused from jury due to death in her family.

**Plaintiff's Witnesses**

Dr. Sachin R. Shenoy MD (Hendersonville, NC) direct exam by Mr. Schuster - 9:21am - 10:33 am

Side bar conference 10:33 am - 10:41 am

Dr. Sachin R. Shenoy MD direct exam by Mr. Schuster (cont) 10:41am -10:42 am

Recess 10:43 am

Dr. Sachin R. Shenoy MD direct exam by Mr. Schuster (cont) 11:00 am - 11:16 am

Side bar conference 11:16 am - 11:22 am

Dr. Sachin R. Shenoy MD direct exam by Mr. Schuster (cont) 11:22 am - 11:57 am

Lunch Recess 11:58 am - 1:43 pm

Defendant Motion for Mistrial as to personal injury (outside presence of jury) 1:43 pm - argument by Mr. Gunn and Mr. Murphy - 1:48 pm ; argument by Mr. Schuster 1:48 pm - 1:53 pm - Court denies motion for mistrial - 2:05 pm

Court outlines guidelines for the parties:
Damage Experts - experts do not become agents of the parties.
Court will not let experts consider the arguments of opposing experts.
Each expert will be required to express their own opinions.
Court expects the experts to express their skill and opinions to the jury.

Jury returned to courtroom 2:12 pm

Dr. Sachin R. Shenoy MD cross exam by Mr. Gunn 2:12 pm -(used deposition 2:59 pm) - 3:25 pm; Redirect by Mr. Schuster 3:25 pm - 3:27 pm

Hearing outside presence of jury 3:27 pm - 3:29 pm

Recess 3:29 pm

Dr. Sachin R. Shenoy MD Redirect exam by Mr. Schuster (continued) 3:49 pm - 3:51 pm; Recross exam by Mr. Gunn 3:52 pm - 3:53 pm

Erin Bigler PhD, Salt Lake City, UT, Direct exam by Mr. Schuster 3:54 pm - 4:43 pm

Side bar conference 4:43 pm - 4:50 pm

Erin Bigler PhD, Direct Exam by Mr. Schuster (continued) 4:50 pm - 4:55 pm

Side bar conference 4:55 pm - 4:56 pm

Erin Bigler PhD, Direct Exam by Mr Schuster (continued) 4:56 pm - 5:14 pm

Side bar conference 5:14 pm - 5:15 pm

Erin Bigler PhD, Cross Exam by Mr. Gunn 5:15 pm - 5:28 pm; Redirect Exam by Mr. Schuster 5:29 pm - 5:31 pm; Recross by Mr. Gunn 5:31 pm - 5:31 pm

Jury recessed at 5:32 pm

Court adjourned at 5:33 pm